1          IN THE UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA
2                **FORT LAUDERDALE**
     CASE NOS. **21-CR-60255, 21-CR-60256, 21-CR-60257, 21-CR-60258**
3  _____

4  **UNITED STATES OF AMERICA**,
                Plaintiff
5       vs.                 **June 9, 2022**

6  **LUIS BERKMAN, BRYAN SAMUEL**
  **BERKMAN, SERGIO RODRIGO**
7  **MENDEZ-MENDIZABAL, AND PHILIP**
  **LICHTENFELD**,
8               Defendant.

9  _____

10             **SENTENCING HEARING**

11       BEFORE THE HONORABLE **PAUL C. HUCK**,

12      UNITED STATES DISTRICT COURT JUDGE

13  _____

            **A P P E A R A N C E S**
14
15  FOR THE PLAINTIFF:    **JILL SIMON**, AUSA
  UNITED STATES OF      **ELI RUBIN**, AUSA
16  AMERICA            U.S. Attorney's Office, U.S. DOJ
                    99 NE 4th Street
17                   Miami, FL 33132
                    (305) 961-9247
18                   Jill.simon@usdoj.gov
                    Eli.rubin@usdoj.gov

19  FOR THE DEFENDANT:    **JOSEPH A. DeMARIA**, ESQ
  LUIS BERKMAN        Fox Rothschild, LLP
20                   2 South Biscayne Blvd, Ste. 2750
                    Miami, FL 33131
21                   (305) 442-6547
                    Jdemaria@foxrothschild.com
22
  FOR THE DEFENDANT:    **MICHAEL B. NADLER**, ESQ
23  BRYAN SAMUEL BERKMAN  Stumphauzer, Foslid, Sloman, Ross, Kolaya
                   2 South Biscayne Blvd., #1600
24                   Miami, FL 33131
                    (305) 614-1400
25                   Mnadler@sfslaw.com

```
 1   FOR THE DEFENDANT:      DAVID E. MAGILLIGAN, ESQ
     SERGIO RODRIGO          Magilligan Law
 2   MENDEZ-MENDIZABAL       3900 Hollywood Blvd, PH2
                             Hollywood, FL  33021
 3                           (305) 469-1870
                             David@demesq.com
 4
     FOR THE DEFENDANT       FRANK SCHWARTZ, ESQ
 5   PHILIP LICHTENFELD:     Frank Schwarts, PA
                             100 N. Biscayne Blvd., Suite 1300
 6                           Miami, FL  33132
                             (305) 379-5661
 7                           Frank@fschwartzlaw.net

 8

 9
     REPORTED BY:            GIZELLA BAAN-PROULX, RPR, FCRR
10                           Official Court Stenographer for
                             the Southern District of Florida
11                           299 East Broward Blvd
                             Fort Lauderdale, FL  33301
12                           (305) 303-2327
                             gizella_baan-proulx@flsd.uscourts.gov
13
     Also present:
14        GERALD MOODY, ESQ, US DOJ; U.S. Probation Officers

15
```

16                        **P R O C E E D I N G S**

17            *(The following proceedings were held in open court.)*

18            **THE COURT:**  Everybody ready to proceed?

19            **ALL:**  Yes, Your Honor.

02:47 20            **THE COURT:**  I am missing a key document here.  Have a

21    seat.  We're here in the four matters today for sentencing in

22    the United States versus Berkman, Luis Berkman, Bryan Berkman,

23    Mendez and Lichtenfeld.  Counsel, are you ready to proceed?

24            **AUSA SIMON:**  Yes, Your Honor.

02:48 25            **THE COURT:**  Let's have appearances for the parties.

 1          **AUSA SIMON:**  Your Honor, Jill Simon on behalf of the

 2 United States.  I'm joined by Assistant United States Attorney

 3 Eli Rubin, and another attorney from the Department of Justice,

 4 Gerald Moody.

02:48    5          **THE COURT:**  And for the defendants?

 6          **MR. DeMARIA:**  Good afternoon, Your Honor, Joe DeMaria

 7 on behalf of Luis Berkman, who is sitting to my left.

 8          **MR. NADLER:**  Good afternoon, Your Honor, Michael

 9 Nadler on behalf of Bryan Berkman who is also sitting to my

02:48   10 left.

11          **MR. MAGILLIGAN:**  David Magilligan on behalf of Sergio

12 Rodrigo Mendez-Mendizabal.

13          **MR. SCHWARTZ:**  May it please the Court, Frank Schwartz

14 on behalf of Philip Lichtenfeld, who is present before the

02:49   15 Court.

16          **THE COURT:**  Good afternoon.  With regard to

17 Mr. Mendez, I'm just going to refer to him by the first of his

18 last name, Mendez, if that's all right.  It's a little easier

19 that way.

02:49   20          Okay.  A couple of preliminary matters.  First, we're

21 going to go through all of the discussions, we're going to have

22 objections, parties can make their recommendations, defendants

23 have a chance to allocute all that before I actually announce

24 the sentences for each individual.  That way I want to hear

02:49   25 everybody's story, their position before I figure out what the

1    best way to proceed.

2            And speaking of that, I've got three people from

3    probation it looks like.

4            **PROBATION 1:**  Good afternoon, Judge, James Thomas.

02:49    5            **PROBATION 2:**  Your Honor, Michael (inaud.).

6            **PROBATION 3:**  Good afternoon, Your Honor.  Braun

7    Alvarado.

8            **THE COURT:**  Good afternoon.  First of all, I want to

9    advise -- and there are a lot of people out here who I assume

02:49   10    are relatives and friends of the defendants.  And I want to

11    compliment the lawyers on both sides, both the government's

12    lawyers and the four groups of defendant lawyers for their work

13    in this matter.

14            It's been very helpful to the Court and very, very

02:50   15    informative.  You've given me a lot to digest, and a lot to

16    think about here.  You've also provided me with, in addition to

17    the PSI, a lot of memorandum of law and recommendations, things

18    like that.  Quite a number of letters and exhibits which I have

19    reviewed.

02:50   20            It's obvious from the letters that the defendants have

21    strong support from family and friends.  I will make one

22    comment, though, before we get started.  I notice, not in all

23    the letters but just a few letters, there's references to this

24    defendant or that defendant made a mistake or used poor

02:50   25    judgment.

1           I just want to tell you, for those people in the

2      audience who may not be aware of the full story here, why we're

3      here today, it was not a matter of a mistake or poor judgment.

4      This was a fairly complex, well thought-out criminal

02:51  5      conspiracy, among these four defendants who pled guilty, and

6      others who may or may not plead guilty, but we'll find out what

7      their circumstances are later on in the year.

8           I note that parties seem to refer to this case as

9      approximately a $1,000,000 bribery scheme bribing Bolivian

02:51  10     officials, and that's true.  I mean, that's based on the

11     factual proffers and the guilty pleas.  But I'll tell you, I

12     look on this a little differently and I want everybody to know

13     my view.  I look at this as more than a $1,000,000 bribery of a

14     couple of officials in Bolivia.  I look at this as a

02:51  15     substantial theft of close to well over $2,000,000, monies that

16     were taken unlawfully from the people in Bolivia.

17          So, to me, it's more than just bribing people for a

18     million dollars.  It's the difference between the contract that

19     the defendants had, which was a little over $5.6 million, and

02:52  20     the contract they had to purchase the nonlethal weapons, which

21     I think it was 33 -- $3.357 million, for a difference of $2.3

22     million, plus or minus, and even after you take into account, I

23     think most merchants would consider to be a reasonable markup

24     for being the middle person in the middle company, that the

02:52  25     total involvement here was $2,000,000 that the Bolivian people

1   lost.  So that's kind of one of my views, and that's -- I say

2   that only because you keep referring to this as a $1,000,000

3   bribery, but I think it's more than that.

4           On the other hand, once this conspiracy was uncovered,

02:53   5   the parties immediately stepped forward, admitted their guilt

6   and cooperated, and I use the word "cooperated" in the limited

7   sense that they cooperated by pleading guilty and making

8   themselves available.  Mr. Mendez came to the United States.

9           So in that respect, I think that's a good thing for

02:53  10   the defendants.  I think that's a consideration I will take

11   into consideration here.  I think they've had good legal advice

12   in that regard and I think based on what I've seen in the

13   written papers that have been submitted, the defendants have

14   all had very good legal advice in this case, and I appreciate

02:53  15   the fact that the parties have pretty much stepped up and

16   admitted their responsibility, even though I was seeing in some

17   of the memos, people trying to factor -- add a little bit, not

18   too much but a little bit.

19           But, anyway, I'm going to considering all the 18

02:53  20   United States Code Section 3553(a) factors in coming up with

21   the four sentences.

22           Let's see if we can get some things squared away.

23   First of all, have all the counsel for the defendants discussed

24   with their represented clients the contents of the Presentence

02:54  25   Investigation Report, and advised them they have a right to

 1  file objections if they so chose?

 2          **MR. DeMARIA:**  Yes, Your Honor.

 3          **MR. NADLER:**  Yes, Your Honor.

 4          **MR. MAGILLIGAN:**  Yes, Your Honor.

02:54  5          **MR. SCHWARTZ:**  Yes, Judge.

 6          **THE COURT:**  And I see some objections were filed.  All

 7  right.  Also, three parties have filed requests for downward

 8  departure based on Rodriguez.  One did not, Mr. Mendez did not

 9  file such a motion, but I'm going to allow that as if it had

02:54 10  been filed in a timely fashion.  So I will consider what I will

11  call the Rodriguez principle with regard to all four

12  defendants.  I think that's the appropriate thing to do.

13          Okay, a little background.  We've got Luis Berkman, he

14  was charged for money laundering, 1956, subsection H; 1957,

02:55 15  subsection A, and that was the same charge for Mr. Mendez.

16  With regard to Bryan Berkman and Mr. Lichtenfeld, they were

17  charged with 371, and the maximum sentences are different in

18  both those cases -- in each of those charges.  One is five

19  years, that's the bribery, and ten years maximum for the

02:55 20  laundering charges.

21          I think the guidelines, before we get into any motions

22  or any objections for Mr. Luis Berkman.  I believe it was a

23  level 32, which is -- everybody has a criminal history of 1,

24  and that gives a guideline, advisory guidelines of 121 to 151

02:56 25  months.  Mr. Mendez, because he has an additional factor, his

1  offense level is 34.  What is the guideline for that?  I

2  don't -- can you give me that quickly?

3           PROBATION 1:  Yes, Judge, it's 151 months to 188.

4           THE COURT:  151 to one --

5           PROBATION 1:  -- 88.

6           THE COURT:  And that's because he was an official, he

7  gets an additional bump of a couple levels.  And then the --

8  for Bryan Berkman and Mr. Lichtenfeld, their advisory

9  guidelines are 108 to 135 based on a Level 31.

02:56 10           Everybody in agreement that's the starting point?

11           AUSA SIMON:  Yes, Your Honor.

12           MR. DeMARIA:  Yes, Your Honor.

13           MR. SCHWARTZ:  Yes, Your Honor.

14           THE COURT:  We'll start with Mr. Luis Berkman.  What's

02:57 15  the government's recommendation?  Let's get the recommendation

16  across the board.  What's the government's bottom line

17  recommendation?

18           AUSA SIMON:  The government is recommending guideline

19  sentences for each of the defendants.

02:57 20           THE COURT:  Low end of the guidelines?

21           AUSA SIMON:  Well, Your Honor, the statutory maximum

22  exceeds the guidelines so --

23           THE COURT:  Oh, that's right.  So what's your

24  recommendation?  Sixty months.

02:57 25           AUSA SIMON:  So it's 60 months for Mr. Lichtenfeld and

1    Mr. Berkman, and 120 months for -- excuse me, Lichtenfeld and

2    Bryan Berkman, and 120 for Luis Berkman and Mendez.

3         THE COURT:  And for the defendants, first, let's see.

4    What is the bottom line for Luis Berkman?

02:57  5         MR. DeMARIA:  24 months, Your Honor.

6         THE COURT:  For Bryan?

7         MR. NADLER:  Your Honor, we're asking for probation

8    and a split sentence with house arrest.

9         THE COURT:  Mr. Mendez?

02:57  10        MR. MAGILLIGAN:  Judge, we're asking for 24 months.

11        MR. SCHWARTZ:  Judge, on behalf of Mr. Lichtenfeld,

12   we're asking for a split sentence of home confinement.

13        THE COURT:  Probation?

14        MR. SCHWARTZ:  Probation with home confinement, Judge,

02:58  15   a significant period of home confinement.

16        THE COURT:  Let me just give you up front because I

17   don't think it's fair to let you -- there's not going to be a

18   sentence that doesn't have prison time.  Probation is way, way

19   off the radar screen in this case.  This is a $2,000,000 theft,

02:58  20   mind you, a million dollar money laundering.  Probation is not

21   going to work.  It just isn't.  I would feel so guilty with

22   something like that.

23        I mean, there's some compelling arguments to be made

24   by the defendants, but, you know, that's not going to -- I will

02:58  25   just let you know ahead of time.

1        All right, let's talk about Luis Berkman.

2   Mr. DeMaria, you have a conditional objection with regards to a

3   fine?

4        **MR. DeMARIA:**  Yes, Your Honor.  I don't think we need

02:59   5   to spend a lot of time on it because on the issue of the fine,

6   A) the government is not asking for it.  B) the probation

7   report says he can't forward it, which he can't.  The reason I

8   objected is that the probation department followed a doubling

9   of the $2,000,000 to a $4.7 million maximum fine.

02:59  10        As I set forth in my motion, I believe the maximum is

11   the 250, and the only way you get above the 250 is A) the

12   government has to make a motion for an upwards departure, which

13   they didn't do, so I think we stop right there, and secondly)

14   under the Eighth Amendment you would have to go through a whole

02:59  15   hearing on that.

16        **THE COURT:**  Let me ask you this; there's restitution

17   in this case.

18        **MR. DeMARIA:**  No, the government does not have

19   restitution with foreign countries.

02:59  20        **AUSA SIMON:**  That's correct, Your Honor.

21        **THE COURT:**  Okay.

22        **MR. DeMARIA:**  But they have pretty heavy forfeiture,

23   and my client has that.

24        **THE COURT:**  So I'm not sure I agree with probation.  I

02:59  25   see we have got a total net worth of over half a million

1  dollars.

2        **MR. DeMARIA:**  Your Honor, if I may, so in light of the

3  forfeiture, Your Honor has already entered an order in which

4  Mr. Berkman is giving up all the equity in his homes.  They

03:00  5  have two homes, Georgia and Deerfield.  Mrs. Berkman, of

6  course, doesn't have any obligation to pay any of that, but he

7  does.  We reached an agreement with the government that we're

8  selling the one about the same value, so all of his equity is

9  gone, he's going to lose his retirement account under the law,

03:00  10  that's gone.  At the end of it, he's going to have nothing.

11  His retirement account is going to gone, the civil side has

12  already told me they're going to move for that and we're not

13  going to be able to fight it because the law allows it.

14        **THE COURT:**  What's the last part?  I'm looking at the

03:00  15  financial bills, Page 27.

16        **MR. DeMARIA:**  Right.  So his equity is gone.  We have

17  already agreed to that.  He has given up --

18        **THE COURT:**  The securities?

19        **MR. DeMARIA:**  Pardon me?  His equity in his homes.

03:00  20        **THE COURT:**  Equity in his home, okay.  Is that Vernon

21  Lake?

22        **MR. DeMARIA:**  Pardon me?

23        **THE COURT:**  Vernon Lake Drive home?

24        **MR. DeMARIA:**  No, the one in Deerfield.  Vernon Lake

03:01  25  is where his wife will live, that was the agreement we made

1    that she gets to have somewhere to live.

2           THE COURT:  20th Avenue, Apartment 503?

3           MR. DeMARIA:  Deerfield, yes.  And that one has

4    already been agreed, to there's a contract for sale and we'll

03:01   5    be filing the appropriate papers to --

6           THE COURT:  What's the government's view?  You know

7    more about the financial situation.

8           AUSA SIMON:  Yes, Your Honor.  The government does not

9    disagree with what Mr. DeMaria just said.  The forfeiture

03:01  10    amount here was $875,000.  That includes the amount of money

11    that Mr. Luis Berkman made from the conspiracy and additional

12    monies that he was keeping in a safe in his home that he

13    intended to pay for a bribe.  He has handed over the money

14    already that was in the safe and we're working through the sale

03:01  15    of the property and the forfeiture.

16           THE COURT:  He was to get -- his split was $650,000,

17    right?

18           MR. DeMARIA:  Just a touch under, yes.  649 and

19    change, we'll say 650.

03:01  20           THE COURT:  I'm going to round off.

21           MR. DeMARIA:  Correct, correct.

22           AUSA SIMON:  650, yes, Your Honor.

23           THE COURT:  That money was actually received by him,

24    right?

03:01  25           MR. DeMARIA:  Correct.

1          **THE COURT:**  It's now been turned over to the

2    government?

3          **MR. DeMARIA:**  He turned over so far because the

4    forfeiture was higher because as you saw in the --

03:02  5          **THE COURT:**  No, no, but he's turned over the 650?

6          **MR. DeMARIA:**  No, he turned over what was in cash in

7    his safe, which one hundred and -- they say 139, it was 140,

8    139, that was in his safe of what was left from money he was

9    holding for the defense official that never came to pick it up.

03:02  10   That's been turned over.  He's turning over the equity in his

11   homes, which is about 300 after the sale.  So he'll already be

12   up to four-something.  And then he's going to turn over his IRA

13   account, because under U.S. law while a 401(k) is protected, an

14   IRA is not so we can't fight it.  That's going to be another

03:02  15   140.  So he's already going to be three, four, five -- you

16   know, close to --

17          **THE COURT:**  All right.  Okay.  I'm good with that.

18   Okay.

19          Other than arguing Rodriguez and just general

03:02  20   principles that your client is a good person, that was an

21   aberrant behavior, et cetera, what's your main argument

22   Mr. DeMaria?  Why should I go below the 120 months?

23          **MR. DeMARIA:**  Well, first of all, let's start with

24   Rodriguez, you have to start there.  Because the -- without the

03:03  25   Rodriguez -- with the Rodriguez you get down into the 70s.

1    That's number one.  But the main reason besides -- and I don't

2    think his personal characteristics and his health and his

3    community and charitable contributions are to be ignored.  I

4    think if we do individualized sentencing, those are very

03:03  5    important --

6         **THE COURT:**  Can you take your mask off because it's

7    kind of muffled.  Whenever you're in court, that's fine.

8         **MR. DeMARIA:**  I've been vaccinated.

9         I don't believe we should ignore those personal

03:03  10    characteristics which are a reason Your Honor and many judges

11    have lowered it.  But let's talk about sentencing disparities.

12    I believe Mr. Nadler's memorandum, my memorandum, I think

13    Mr. Schwartz's memorandum has shown you these are not the first

14    FCPA cases that have been prosecuted.  This statute has been on

03:03  15    the books for 50 years, it's been prosecuted heavily in

16    Florida, in Texas, the Eastern and Southern Districts of New

17    York.  Your Honor has had them, your colleagues have had them,

18    and so what we're looking at is the amount at issue, the type

19    of conduct involved, and what we're looking at in case after

03:04  20    case, I understand why the government has their policy for

21    general deterrence to send the message.  We got that.  When it

22    comes to individualized punishment, retribution, specific

23    deterrence, these gentlemen aren't doing anything else again.

24    My client is done.  His career is done.  He's financially

03:04  25    ruined.  He's done.  So we're talking about general deterrence.

1  The message that Washington wants to send to other businessmen,

2  don't do this, we got it, but it has to be balanced again

3  individual sentencings for the reason we say it needs to be

4  lower than 60 months.  Forget 120 months, that would be

03:04  5  draconian.  He should be lower than 60 months --

6      **THE COURT:**  Okay.  Okay.  You propose if I gave a full

7  application of egregious, that the guidelines would be down to

8  -- giving him any credit for three levels, where does that take

9  you down?

03:04  10      **MR. DeMARIA:**  It takes you down to -- if you do

11  Rodriguez, it would take you down to a Level 28, 78 to 97

12  months, which I believe --

13      **THE COURT:**  That's what my notes say.  I wanted to

14  confirm that.

03:05  15      **MR. DeMARIA:**  Right.  Correct.

16      **THE COURT:**  And the same would be true, of course, for

17  Mr. --

18      **MR. DeMARIA:**  For Mr. Mendez.

19      **THE COURT:**  -- Mendez, okay.

03:05  20      See, now here's -- the guidelines are pretty high

21  compared to that.  So you got 121, which is the low end of the

22  guidelines, down to 78 which is a major reduction in and of

23  itself.  And I guess should I be talking also about Mr. Mendez

24  because they kind of go somewhat hand in the glove with regard

03:05  25  to the Rodriguez factor.  I am prepared to take that into

1   consideration, but I'm not sure it requires a full three level

2   reduction.

3          **MR. DeMARIA:**  I don't think --

4          **THE COURT:**  So you're asking to go from 121, which is

03:05  5   the guidelines, set aside for the moment 120 months, down to a

6   fifth of that, 27 months.

7          **MR. DeMARIA:**  I'm asking -- well, first of all, I

8   haven't gotten to my argument of the disparity between the

9   exact same conduct.  If you read every factual proffer, every

03:06 10  probation statement, all four of them were involved in

11  everything they were involved in the agreement to pay the

12  kickbacks, and they were involved in the moving of the money

13  through the U.S. to pay the cash and to pay the other money.

14          The difference is Mr. Mendez can't be prosecuted for

03:06 15  FCPA because he's a government official, so he has to be

16  prosecuted for money laundering, that's how they get him, and

17  Mr. Berkman gets it, too, they're all the same so when you talk

18  --

19          **THE COURT:**  He can be prosecuted for bribery.

03:06 20          **MR. DeMARIA:**  Mr. Berkman can, right, but what happens

21  is, they look at levels of culpability and as I've said in my

22  papers, there's no doubt that other than the government

23  officials who asked for the money, Mr. Berkman is number two on

24  culpability.  We've agreed to that with Mr. Lichtenfeld --

03:06 25          **THE COURT:**  I agreed to that.  I was pretty clear.

1       **MR. DeMARIA:**  Because there logic, it makes sense.  My

2  point is what they chose to do is ignore the sentencing

3  disparity by taking four defendants with the exact same conduct

4  and doubling the time that Mr. Mendez and Mr. Berkman face just

03:07  5  because they can.

6       My point in my memorandum, and I'll show you in the

7  cases, is every judge that has looked at that, including the

8  Eleventh Circuit in Do Campo (ph.), that says if it's apples to

9  apples, you have to treat them the same.  These are apples to

03:07 10  apples.

11       **THE COURT:**  That possibly can be true, but then I

12  think there's an argument to be made that your client might get

13  a leadership role because he got everybody involved in this.

14  According to him and to his son, he got his son involved in

03:07 15  this, according to everybody's agreement, he got

16  Mr. Lichtenfeld involved in this.  So he recruited these

17  people.  So if -- you know --

18       **MR. DeMARIA:**  I wouldn't use the word "recruited."

19       **THE COURT:**  I take the bad with the good.

03:07 20       **MR. DeMARIA:**  Right.  But Number 1) in negotiations

21  and going through this with the government, being fully

22  debriefed --

23       **THE COURT:**  I'm sorry, there's no question you're --

24  the father in this case, Luis was more culpable except for

03:07 25  Mr. Mendez and probably everybody else and Murillo.

1       **MR. DeMARIA:**  He's less culpable than the government

2   official that asked for the kickback but he's more culpable

3   that Mr. Lichtenfeld --

4       **THE COURT:**  That we agree.  I think it's more culpable

03:08   5   when you're asking for a bribe that having to pay in bribe in

6   order to do business.

7       **MR. DeMARIA:**  I think it's important, Judge --

8       **THE COURT:**  I think it's important, I think it's a

9   factor.

03:08   10       **MR. DeMARIA:**  Right.

11       **THE COURT:**  I just have a tough time, when you say 24,

12   that is such a discount.

13       **MR. DeMARIA:**  I understand.

14       **THE COURT:**  I just can't live with that.

03:08   15       **MR. DeMARIA:**  I understand that.  Can I talk about --

16       **THE COURT:**  A million dollar theft does not result in

17   a 24-month sentence.

18       **MR. DeMARIA:**  First of all, Judge --

19       **THE COURT:**  It just doesn't.

03:08   20       **MR. DeMARIA:**  -- I understand.

21       **THE COURT:**  So you're going to have get more -- you

22   know, give me something that's within reason so I just can't

23   out of hand say it's rejected.

24       **MR. DeMARIA:**  I got it, so let me start.

03:08   25       **THE COURT:**  So you go from 121, which is the

 1 | guidelines --

 2 |      MR. DeMARIA:  Gotcha.

 3 |      THE COURT:  -- all the way down to 24.  Now, I

 4 | understand Rodriguez, I don't have to apply Rodriguez, but I

03:08   5 | think it's the fair thing to do, and I'm going to apply it for

 6 | all four defendants, but not to the extent that you're

 7 | requesting.

 8 |      MR. DeMARIA:  So can I -- when you apply it for Bryan

 9 | Berkman and Lichtenfeld, by definition, you're going below 60

03:08 10 | months, so the second question has to be:  Why should Mendez

11 | and Luis Berkman be getting treated differently when all four

12 | did the same thing, all four were involved in the same conduct.

13 | Don't take my word for it, take the government's, take

14 | probations.  It's in the factual proffers --

03:09 15 |      THE COURT:  I'll tell you, the first thing that comes

16 | to mind is they're more culpable.

17 |      MR. DeMARIA:  Therefore, Luis Berkman should get more

18 | time than Bryan Berkman and Lichtenfeld.  I agree.

19 |      THE COURT:  We all agree on that.

03:09 20 |      MR. DeMARIA:  But that doesn't mean he should go from

21 | 60 to way above 60.  So the question is, what is reasonable?

22 |      So if I may, before we even get to the personal

23 | characteristics, which I think are crucial here, before we get

24 | to that, if you look at other cases in this district and in the

03:09 25 | other districts that dealt with these bribery cases, with

1  amounts of bribery and contracts much more than this, millions

2  more, we have had in the Serveyos Dios (ph.) case 35 months.

3  Why do I mention --

4          THE COURT:  Which case?

03:09  5          MR. DeMARIA:  Serveyos Dios (ph.).  it's in my brief,

6  in my list of cases.  The government in response says, well,

7  Serveyos Dios got a break because he had diabetes.  I've shown

8  you the serious health issues Mr. Berkman has, which are a

9  proper consideration.  He's got terrible serious health

03:10  10  conditions.  His heart, his blood pressure, his arthritis, his

11  kidney stones, he's had three surgeries and in Serveyos Dios, I

12  think it was Judge Smith, decided that was appropriate.  I want

13  to go beyond that though.

14          And in de la Paz, very important case, Petroecuador,

03:10  15  millions, eight million dollars in bribes.  The initial

16  sentence --

17          THE COURT:  Which one?

18          MR. DeMARIA:  De la Paz, Roman.

19          THE COURT:  One second.

03:10  20          MR. DeMARIA:  I don't know if it was listed there

21  because we just recently pulled the J&C off it.  I can tell you

22  the case law.

23          THE COURT:  What I'm looking at, I'm trying to find

24  out.

03:10  25          MR. DeMARIA:  Yeah, let me, if I may.

1          THE COURT:  Government says none of these involved

2   substantial assistance.

3          MR. DeMARIA:  No, can I tell you what I did?

4          THE COURT:  Excuse me, discount of a 5K1.1, and let me

03:10  5   tell you right now, I agree with the government and I agree

6   with the cases that say I shouldn't consider that kind of

7   cooperation, that's why I decide, when I talk about

8   cooperation, I'm talking about that limited aspect of coming

9   forthright and pleading guilty right up front, coming into the

03:10  10  country, that.  I don't consider that to be the cooperation

11  that results in a 5K1.1.

12          MR. DeMARIA:  I agree with Your Honor.

13          THE COURT:  And I'm not going to give him a benefit

14  for that.  And I haven't see anything.  No one is even

03:11  15  proposing anything at this stage.

16          Now, down the road, that may be different.

17          MR. DeMARIA:  I agree, but let me give you an example.

18          First of all, we carefully selected cases that were

19  not 5K, all right?  There's number one.

03:11  20          Let me give you an example.  Luis de la Paz Roman,

21  Case Number 19-CR-20004, Judge Cooke, eight million dollars in

22  bribes.  Petroecuador gets 36 months on guidelines of 87 to

23  108.  Then, after he testified at trial, they come back on a

24  Rule 35, gets probation.  We're not asking for Part 2.  We

03:11  25  assume the government will be up to their word.

1       THE COURT:  Wait, wait, 87.

2       MR. DeMARIA:  He had 87 to 108 and got 36 months.

3       THE COURT:  Wait, 87 --

4       MR. DeMARIA:  To 108.

03:11   5       THE COURT:  Then it was reduced by a Rule 35 motion?

6       MR. DeMARIA:  No.  The first sentencing got a variance

7  down to 36 months from 87 to 108.  Then they came back on a

8  Rule 35 and got probation after he testified at trial.

9       So my point is we have not picked 5K motions.  We have

03:12  10  not picked Rule 35.  We picked cases, and the range that we

11  cited in our brief and the reason I said 24 is because we had

12  two or three cases in the 20 to 24 range, and we had three

13  cases in the 36 range.  So I agree, we picked the low end of

14  the range.  I understand Your Honor may say that's too low, I

03:12  15  got it, but I'm telling you we gave you cases without 5K,

16  without Rule 35, Petroecuador major oil industry, billions of

17  dollars being spent.  Venezuela, same thing.  Big, big money

18  and the judges in this district and other districts have said

19  the guidelines are overstated.  That's number one.

03:12  20       THE COURT:  There are no other cases?  You didn't cite

21  any ones where they were higher.

22       MR. DeMARIA:  There's one at 40-something, yes, I can

23  tell you that.  I've cited them.  There was one at 40-

24  something.

03:12  25       THE COURT:  Now, I think this applies to all the

1    defendants.  So let me hear from the government on that.  What

2    response?  I read your memo, and it's hard to keep track of all

3    these cases because there's so many of them, they tend to have

4    names that are not familiar to me.  And you said that some were

03:12  5    5K1s and you distinguished four cases of 5K1.1 and the one with

6    the COVID-19 and diabetes and I think there was one more, I

7    can't remember what that was.

8          So what's your response to the difference between what

9    you're recommending here and what the judges have done in other

03:13 10    cases?

11          **AUSA SIMON:**  Well, Your Honor, I mean, we've cited

12    cases in our brief that showed significant sentences for FCPA

13    and money laundering corruption defendants.

14          **THE COURT:**  Give me an example that's somewhat

03:13 15    equivalent to this where, instead of, say, like Judge Cooke or

16    judge Smith gave X, the other judge gave 2X.

17          **AUSA SIMON:**  Yes, Your Honor.  If you give me one

18    moment, please.

19          **THE COURT:**  Of course we wouldn't have this problem if

03:13 20    we had a one judge court.

21          **AUSA SIMON:**  Your Honor, while I'm looking for that,

22    in addition to the cases that we cited in our brief, there are

23    two FCPA defendants in this district --

24          **THE COURT:**  You can take your mask off.

25          **AUSA SIMON:**  Yes, of course, Your Honor.

1          There are two FCPA defendants in this district within

2    the last ten years who received significant sentences.  That's

3    Carlos Rodriguez and Joel Esquenazi, they received 180 and 84

4    month, respectively.  Now that's a different situation than

03:14  5    here, those were not cooperators, that was after a trial.

6          **THE COURT:**  Is that here in the Southern District?

7          **AUSA SIMON:**  That was in the Southern District of

8    Florida.  It was Judge Martínez.

9          **THE COURT:**  Who was the Judge?

10         **AUSA SIMON:**   Judge Martinez.

11         **THE COURT:**  Who?  Martinez?

12         **AUSA SIMON:**   Judge Martinez, yes.

13         **THE COURT:**  What's the other one?

14         **AUSA SIMON:**  So they were tried together, Carlos

03:14  15   Rodriguez and Joel Esquenazi.  So they received 15 years and

16   one got 84 months.  So the idea that FCPA --

17         **THE COURT:**  How can you get 15 years with a statutory

18   maximum?

19         **AUSA SIMON:**  Well, so this was after a trial, there

03:14  20   were multiple counts.  It was FCPA and money laundering.  Their

21   guidelines were higher.

22         **THE COURT:**  So there's a difference there?

23         **AUSA SIMON:**  Yes.  Yes.

24         **THE COURT:**  Another one?  I find this the case.

03:14  25   Defense will always give us the lowball cases, some judges just

1   by philosophy --

2          **AUSA SIMON**:  Yes, Your Honor.

3          **THE COURT**:  -- just sentence lesser than others and

4   some more and some in the middle range.

03:14   5          **AUSA SIMON**:  Yes.  And in our brief, we mentioned a

6   few that got guidelines or near guideline sentences, including

7   Escobar Dominguez, which was from 2018 in this district.  The

8   guidelines range was 46 to 57 months.  The sentence was 48

9   months.  Similarly, Reyes Lopez was from 2017 in this district.

03:15   10  The guidelines range there was 57 to 71 months, and the

11  sentence was 53 months.

12          So it's not correct to say that FCPA defendants are

13  always getting, you know, probation or two-year sentences.

14  There have been significant sentences for this type of

03:15   15  defendant, this type of case in this district.

16          I would also note that a lot of these cases include

17  individuals who participated in bribery schemes on behalf of

18  their employers.  They are, of course, culpable and they, you

19  know, are -- you know, they are culpable in those cases, but it

03:15   20  is a little different here where we have, you know, the

21  defendants who conspired to pay these bribes in order to win

22  this contract for Bryan Berkman's company.  And, you know, then

23  they laundered the corrupt proceeds and bribes through multiple

24  bank accounts, and it was all to line their own pockets with

03:16   25  that corrupt --

1    **THE COURT:**  Isn't that what all these defendants have

2  been guilty of, bribing and then maybe money laundering, maybe

3  not, but lining their own pockets?  Isn't that what it's all

4  about?

03:16    5    **AUSA SIMON:**  The distinction that I was making is some

6  of the FCPA cases is an individual who worked on behalf of the

7  company and -- in order for that company to win business.

8    **THE COURT:**  Gotcha.

9    **AUSA SIMON:**  It's a slightly more indirect than --

03:16   10    **THE COURT:**  How about some cases Mr. DeMaria

11  referenced?  Are those cases where the employer is the one who

12  got stuck when he's trying to help his company out?

13    Here's the problem:  You all say this case is similar

14  to our case and you say these cases are more similar.  I don't

03:16   15  know that.  I can never know that unless I'm going to spend

16  years going through all the other records.

17    **AUSA SIMON:**  I mean, that's why the facts --

18    **THE COURT:**  So I depend upon you all to be forthright

19  and be an officer of the Court and say, "Okay, this was higher

03:17   20  than we're recommending," or you saying, "This is lower but

21  because of these factors," and I don't always get that.

22    And I understand that, you're being advocates for your

23  client.

24    **AUSA SIMON:**  I understand, Your Honor.  This is, of

03:17   25  course, a fact-intensive inquiry, that's why we're here, that's

1  why we provided the submissions that we have.

2         As you note, there are cases that, you know, are on

3  the lower end in the spectrum.  I've cited cases that are on

4  the higher end, you know, and we're seeking the guidelines here

03:17  5  which, you know, in these negotiated plea agreements,

6  informations that the defendants have pled to, for two of them,

7  the guidelines are 120 months; for two it's 60 months.

8         THE COURT:  Did the charging documents, are they

9  affected by your view of the culpability?  In other words, you

03:17 10  decided to go with money laundering here, bribery over here?

11         AUSA SIMON:  Absolutely, Your Honor.

12         THE COURT:  So your argument, one of your arguments is

13  that some defendants have already gotten a benefit?

14         AUSA SIMON:  Yes, that's exactly right, Your Honor.

03:18 15         THE COURT:  And that would be two Foreign Corruption

16  Practices Act defendants.

17         AUSA SIMON:  Yes, it's our view that --

18         THE COURT:  And I assume that you felt the government

19  could have indicted two counts or both counts.

03:18 20         AUSA SIMON:  That's exactly right, Your Honor.  The

21  fact that this is negotiated plea and they pled to an

22  information, each with a single count, we see that as a benefit

23  that they have already received.

24         THE COURT:  I do, too, somewhat.  All right.  And I'm

03:18 25  going to pick on Mr. DeMaria, not pick on him but since he's

1   the first one up and a lot of these arguments I think bleed

2   over to all the other defendants, so I'm going to let him have

3   more of the floor.  Don't feel like you're being -- the other

4   lawyers and defendants are being left out.

03:18   5        **MR. DeMARIA:**  We talked about Mr. Berkman, but I would

6   like to make sure I have time to talk about Luis, the

7   individual, because I think it's important.  I won't do that

8   yet.

9        **THE COURT:**  Everybody is going to have time.

03:18   10        **MR. DeMARIA:**  So let me just explain.  On Page 9 --

11   first of all, I think the advocacy has been fair on both sides.

12   They cited cases on the higher end of the range, we cited

13   lower.

14        Why did I cite lower?  Because when you look at Luis

03:19   15   individually and his health and his charitable, a thousand

16   hours of community service, the kind of person he is, I think

17   that commands consideration but --

18        **THE COURT:**  Let me tell you right now:  That is not

19   going to be a major consideration.  Everybody ought to know

03:19   20   that.  I do not consider people with a lot of money who give to

21   charities, if you come to court -- hear me out, don't interrupt

22   you me -- if you could into court and say, "We were good

23   people, we gave to the church, we gave this charity, we

24   delivered goods to the needy," you know.  There's are a lot of

03:19   25   comments from fellow courts about that.  I personally think

1   that people should do good deeds for one reason and one reason

2   only, because it's a good deed.

3          MR. DeMARIA:  And I agree, and I know Your Honor and I

4   would never come in here to say he paid money.  What I've said

03:19  5   in my brief was that back in his days in Bolivia through his

6   days throughout his life, he's always helped.  That's why I

7   have letters from police officers and from others saying what

8   he does.

9          More importantly, and I have the person from Atlanta

03:20 10   who came here to just stand for him, not to ask to speak, Mr.

11   Delgado from I Care Atlanta, this man gave a thousand hours,

12   not a promise I'll do it on probation, he gave a thousand hours

13   of his time and will continue because that's been part of his

14   life.  Maybe it's not a major consideration for Your Honor, but

03:20 15   I think it becomes a consideration.

16          So all I'm saying is --

17          THE COURT:  I will can take it into consideration.

18   You seem to want to make it the hallmark of your argument that

19   he's different than, you know, anybody else because he's been

03:20 20   good to --

21          MR. DeMARIA:  Of course not.

22          THE COURT:  -- you know, this Atlanta charity or

23   whatever and I just say, put you on notice, put everybody on

24   notice, I don't -- I give it some weight, but I don't give it

03:20 25   as much weight as everybody seems to do in their memos, let me

1  put it that way.

2         MR. DeMARIA:  Of course no.  My major argument is,

3  when you look at -- this is a program that the Department of

4  Justice has issued from Washington for 50 years.  It is a

03:20  5  detailed program and basically some districts get more than

6  others.  We do because of our Latin American connections, Texas

7  does, and the Eastern District of New York does because of --

8         THE COURT:  What does that have to do with anything?

9         MR. DeMARIA:  Because you have to look at those

03:21  10  sentences to say how is the federal judiciary treating these

11  cases?  When you have the federal judiciary across the board

12  saying these guidelines are too high and going below guidelines

13  without a 5K --

14         THE COURT:  I'm going to go below the guidelines, but

03:21  15  you've given me the low end, the government's given me the high

16  end, so I have to figure out what -- maybe both of those are

17  right I should --

18         MR. DeMARIA:  I gotcha.

19         THE COURT:  You're going below the guidelines.

03:21  20         MR. DeMARIA:  No, what I want to make sure is the

21  starting point in this case should be the same.  It should be

22  60 and down.  This 120 is unreasonable and unfair, because what

23  they did is they could have charged all of them with the same.

24         THE COURT:  Wait, wait you say that.  But people get

03:21  25  sentenced for other crimes, robbery -- I won't say robbery

because that involves robbing somebody face-to-face.  Stealing,

breaking into someone's house or whatever, taking 50,000,

$100,000, whatever it might be, they get more than 24 months.

And here, let me tell you one of the things, and you should

03:21  know this because I like lawyers to know what I'm thinking, and

the clients.

I look at this as a bad crime in this sense:  This

corrupts.  It corrupts the system.  Just like perjury corrupts

the system.  Just like bribing a jury corrupts the system.

03:22  This, to me, is worse than going and breaking into somebody's

house and stealing all the jewelry worth a million dollars

because what it does is it eats at the fabric of the country.

Now, that's not to say that Bolivia is -- I don't know

anything about Bolivia's government or whether they have more

03:22  corruption than this or not, that's not my issue.  But is a

corrupting crime.  This is not a victimless crime, and it's not

a $1,000,000 money laundering crime.  This is a $2,000,000

theft, in my view.

**MR. DeMARIA:**  Can I address two issues?  Number 1) I

03:22  agree with you but, you know what, bribery is the oldest crime

in the books.  It goes back to the beginning of man, and so

when the government says, "We're going to hammer people, we're

going to throw the book at them because it's not going to stop

the next guy from bribing," it doesn't happen.  We just general

03:23  deterrence has to dealt with, we know that.  The Eleventh

1   Circuit says it, the guidelines say it, you say it.  We know

2   that.

3        The question is what's the -- how much sacrifice does

4   the individual have to suffer for this message that they keep

03:23  5   sending out and they keep getting briberies?  It's a serious

6   crime, but secondly, this is not a $2,000,000 bribe.  The price

7   to Condor in Brazil was a 3.6.  These men had a right to put a

8   profit on top of it.  Mr. Lichtenfeld, there was nothing

9   illegal about Mr. Lichtenfeld getting $500,000.

03:23  10        **THE COURT:**  3.357.

11        **MR. DeMARIA:**  So 3.4, I guess.

12        **THE COURT:**  I figured it was $2.3 million between the

13   Argentine Brazilian quote and the quote to --

14        **MR. DeMARIA:**  But you have to understand how it builds

03:23  15   up.  So you got Condor Management produces the teargas, they

16   get paid.  Okay?  When the money got transferred to Mr. Bryan

17   Berkman's bank account and the American Bank sent it back, they

18   had to have another way to pay it.  So Mr. Lichtenfeld put up

19   500,000 -- put up bonds and got paid $500,000 for it.  That's

03:24  20   $500,000 of legitimate money that you'll hear his attorney say

21   he put up bonds to get the deal done.  Legitimate.  These

22   gentlemen had a profit, a high profit, no doubt.

23        Was all before the kickback was announced.  They went

24   to Mr. Mendez and said, "The price is 4.6."  It was then when

03:24  25   Mr. Mendez said, "We need it for the party another million."

1  That is why it is important to know a kickback versus a bribe.

2  They didn't set out offering money, they said, "This is the

3  contract price."  And Mr. Lichtenfeld got paid for a legitimate

4  service.  It was the government official who is going to be on

03:24  5  trial --

6          **THE COURT:**  How much did Mr. Murillo, what was his

7  take?

8          **MR. DeMARIA:**  Pardon me -- 700, for Mr. Mendez and

9  Mr. Murillo together.

03:24  10          **THE COURT:**  I got here 650 to your client, 122 to his

11  son, 180 to Mendez, 500 to Lichtenfeld.

12          **MR. DeMARIA:**  Let me tell you the bribes.

13          **THE COURT:**  Wait, but you say it would be profit or I

14  think, isn't there a word Suca (ph.).  Isn't that what it's

03:25  15  called?  Suca, is that the term that's used?  Sugar.  But that

16  comes close to $2,000,000.

17          **MR. DeMARIA:**  But this is really important.  You start

18  with condor's price for the teargas.  You then put a profit on

19  top.  You call the government official and say, "The contract

03:25  20  to you is 4.6."  That's all legitimate, and out of 4.6, Mr.

21  Lichtenfeld gets his 500, all legitimate.

22          The government official then says, "I want a million

23  on top.  So you know what the bribes are, 700 went to Bolivia

24  for Mr. Mendez and Mr. Murillo.  130 stayed in Miami for

03:25  25  Mr. Murillo that that went to his relative.  20 went to

1  somebody from the defense department, and this is important,

2  because it really is one bribe.  After the minister of

3  government made the deal, they couldn't sign the contract

4  because in Bolivia, only the defense department can so they --

03:25   5           THE COURT:  I know.  I read all this stuff.

6           MR. DeMARIA:  But what's important --

7           THE COURT:  This is more than a million money

8  laundering, in my view.  There is no other way to it.

9           MR. DeMARIA:  But even the government agrees it's a

03:25  10  million seven -- the government agrees it's a million dollars

11  because that's what it is.  But let's --

12           THE COURT:  I disagree with the government then.  You

13  think it's a million dollars?

14           AUSA SIMON:  Your Honor, if you add up the bribes, we

03:26  15  get to approximately one million dollars but the government

16  understands Your Honor's point, that the value here is in

17  excess of a million dollars because that's a corrupt contract.

18           MR. DeMARIA:  If I may, Your Honor.

19           THE COURT:  And that's my view.  You would not -- if

03:26  20  two legitimate business people, arms length, were doing this

21  deal.  It would not be six point -- what did I have, 6.5?

22           MR. DeMARIA:  5.6 no, it would have been 4.6.  It

23  would have been 4.6.  If they would have said yes, and they

24  didn't ask for a kickback, it would have been 4.6, not 5.6, but

03:26  25  I'll agree with you because the guidelines say that you use the

1  two million dollars for the guidelines.  We got that.

2          THE COURT:  Anyway let go on to the next section.

3          MR. DeMARIA:  So the cases we picked are not a million

4  dollar cases.  The cases we picked are all much more, but if I

03:26  5  can go beyond that, on Page 9 of their brief, here is their

6  high end.  Their opposition brief uses 48 months for somebody

7  that had a totally different set of circumstances.  51 months,

8  46 months.  So my point is, is there a range?  Yes.  I think

9  the range -- the range I've seen on the low end is 20 to 24

03:27  10  months, and I didn't pick the lowest.  The mid end tends to be

11  36 months.  The upper end tends to be 46 months.  That tends to

12  be the range throughout these FCPA cases before you consider

13  individual characteristics, and what I've said at the end of my

14  brief and I know this is something Your Honor has done, you're

03:27  15  one of the leaders in this country of doing it, where you put

16  some of the custodian time into the supervised release.

17  Federal law allows it, the Court of Appeals allows it, and what

18  you've done, Your Honor, and you've done it mercifully for

19  people, is you've said, "Once I decide how much time needs to

03:27  20  be sent the message, I make you do some of it in BOP and some

21  of it in your supervised release," and I gave you the case law

22  to say you've always been right to do that and, frankly, I

23  think other judges should do that.  And that is what we have

24  asked for.

03:27  25          Whatever time you think is necessary, after you hear

1   the individual presentations, you should then say, "How much

2   needs to be in BOP, especially somebody like Luis with his

3   health?"  I've had clients that when BOP doesn't treat them

4   they get moved from a camp to Butner to a mid level because

03:28   5   that's the only place to get health.  That's extra punishment.

6        So all we are saying is, decide how much time -- I

7   didn't come here to ask for probation.  Decide how much time

8   and then use your discretion like you've done in case after

9   case to put some of that time in supervised release because

03:28  10   that's called custodial time, and the message that will go out

11   in the Miami Herald and the Bolivian papers will be the total

12   amount of time is the custodian time, but I would like to

13   address, at some point, his individual characteristics.

14        THE COURT:  Go ahead.

15        MR. DeMARIA:  So, three things --

16        THE COURT:  Keep in mind, I've read the letters and

17   I've read the memos.  I don't want to hear it again.

18        MR. DeMARIA:  I don't intend to take much time.  Very

19   briefly, if I may.

03:28  20        He's been punished severely already.  One little minor

21   issue.  So he gets 650, right?  He gets this 225 that the

22   defense minister is supposed to get and as I said in my papers,

23   the military person that was supposed to come pick it up dues

24   of COVID and nobody picks it up.  Then it hits the press in

03:28  25   Bolivia, they take off, and the money is sitting there.  We

1  have turned over what was in the safe.  That's Number 1.

2          Number 2) Mr. Berkman, when he made his 650, his

3  money, he paid taxes on it.  He paid $250,000 on taxes.  Get

4  this, under American law.  He doesn't get a deduction from

03:29  5  forfeiture for that.  There were two courts in Massachusetts

6  that said he should, but the First Circuit said you can't, so

7  I'm not arguing that.  He doesn't even get a deduction from his

8  taxes for that.  He can't even go back to the IRS.  So he's

9  actually paying 650 back he has to pay, plus 250 that he

03:29  10  already paid Uncle Sam.  He's being punished.

11          His career is over.  Even though he doesn't sell

12  weapons, he sells to law enforcement, he sells to the military.

13  He's had a life involved with these people.  That's over.  His

14  name is ruined.  His reputation is ruined.  One of the most

03:29  15  important things is he'll tell you --

16          **THE COURT:**  I've read all this.  I've taken it into

17  consideration.  But, that's his own doing.

18          **MR. DeMARIA:**  Pardon me?

19          **THE COURT:**  That's his own doing.  See, I have to give

03:29  20  that -- I don't give as much worth as you do, I really don't.

21  The fact that he -- you know, if he was a legitimate

22  businessman he wouldn't have all these problems.  He brought it

23  on himself to become corrupt.

24          **MR. DeMARIA:**  He is a legitimate businessman.

03:29  25          **THE COURT:**  Not in this instance.

1          **MR. DeMARIA**:  Of course not.

2          **THE COURT**:  That's what we care about.  We're talking

3    about this instance.

4          **MR. DeMARIA**:  Because he should have said no, but that

03:30   5    doesn't make him an illegitimate -- he's a legitimate

6    businessman who when they said to him, "You want that contract,

7    you've got to pay us for the party," they called it.  He said,

8    "Yes."  He should have said, "No."  But the point is -- and by

9    the way, all these cases where they say they're working for

03:30  10    somebody, yes, I guess we're not a big company that can pay

11    Main Justice a hundred million dollars to settle and let a few

12    guys go to jail.  It's a little company.  Bryan Berkman is a

13    little company.  These are legitimate businesses that made the

14    criminal act, I won't say bad judgment if you don't like it,

03:30  15    the criminal act of saying "yes" when they were told, "You want

16    this contract, you got to pay a kickback."  It was wrong.  They

17    should be punished for it, but their whole life has to mean

18    something.  His life has to mean something.

19          So let me go to Number 2.  Not only his community

03:30  20    service, which I've addressed, the individuals who have spoken

21    for him.  I think I gave you the letter from one of the

22    reference, another sent it to me afterward, I said to mail it

23    to you, it's too late, but they talked about his remorse.  He

24    doesn't minimize a thing.

03:30  25          Everybody he -- Mr. Delgado will tell you, everybody

he talks to he says, "I did wrong," but here is the most

important thing.  He destroyed his family.  He brought Bryan

into this case because Bryan was the one that had connections

with Condor.  He brought Bryan in and now Bryan is going to go

03:31  to jail.  Imagine his poor wife who has a husband and son.

So yes, he did one really bad act and a good wife and

the reason we submitted that to Your Honor is, we does his good

wife get ignored.

THE COURT:  Okay, next?  Anything else?

03:31  MR. DeMARIA:  Those are my issues, Your Honor.  I

don't know if you want to hear from him yet or wait.

THE COURT:  We can hear from him now.

MR. DeMARIA:  By the way, because of his English being

a second language and he's nervous, we have made it very short.

03:31  You've seen his letter, I'll give you the letter so you can

read it, but he did want to speak to you.

DEFENDANT LUIS BERKMAN:  Your Honor, thank you for

allowing me to speak to you.  I wrote a letter to you and I

simple want to say that I know I commit a crime.  I apologize

03:31  to the Court, to Bolivia, to my family and friends.  I was

wrong in agreeing to pay a kickback.  I do repent all the

wrongdoings, especially bringing my son into this illegal

conduct.  I know that I must be punished for my misconduct.  I

have already lost most of my life, including my career, my

03:32  ability to provide to my family, I have left my wife to support

herself.  I cannot look to my son's wife and children without

knowing that I caused them great harm as well.  I feel terrible

shame and guilt for my actions.  I simply ask the Court to have

some compassion for me and mercy for my family.  Please don't

03:32  punish me in a way that destroys what I have left in my life.

Thank you, Your Honor.

THE COURT:  Okay.  Let's move on to Bryan.  You have

one objection.  Let me get the file open.  You have one

objection with regard to his role.

03:33  MR. NADLER:  Yes, Your Honor.  Mr. DeMaria made my job

a little easier.  His argument relating to Rodriguez and

disparity apply across the board.  We're in a situation that

you have --

THE COURT:  Everybody is going to get the benefit of

03:33  Rodriguez.

MR. NADLER:  Right, I'm not going it argue it again.

What makes Bryan unique here is you have three other

defendants, and I believe the government will say the same

thing, that given the totality of the conduct here, Bryan

03:33  Berkman's conduct is the least culpable.  He sits at the

bottom.  Like Mr. DeMaria said, it's Murillo, Mendez, Luis

Berkman, Philip Lichtenstein {sic}, and then Bryan Berkman.  He

was brought in initially because of his contacts, his

experience in this world.  He fully admits he came to a point

03:33  where --

1          THE COURT:  Let's talk about the minor role first, you

2     have objection to the minor role.

3          MR. NADLER:  Yes, Your Honor.  Given the comparison,

4     you have to look at the conduct that was conducted by Bryan

03:33  5  Berkman and the conduct of everybody else.  Bryan Berkman was

6     initially brought in because of his experience and his

7     connections in this particular world with Condor and with

8     others.  They initially created --

9          THE COURT:  Let me ask you this:  Would this bribery

03:34  10  conspiracy exist without him and his company?  The answer is

11     no.

12          MR. NADLER:  I don't --

13          THE COURT:  The answer is no.

14          MR. NADLER:  Luis Berkman could have gone somewhere

03:34  15  else.  He had other connections.  Bryan was his easiest because

16     --

17          THE COURT:  But the answer is no, without this

18     --without the company.

19          MR. NADLER:  Another company could have been used.  He

03:34  20  went to Bryan because of the relationship but, yes, Luis

21     Berkman could have gone somewhere else.  He had been in the

22     defense industry for many years.  He went to Bryan, one,

23     because Bryan was his son.  The initial point of this contract

24     and this bid was not to pay the bribe.  It wasn't until the

03:34  25  government changed, and Murillo and Mendez, who were friends

1   with Mr. Luis Berkman for years came in and they realized that

2   there was a way to secure this, and Murillo asked for the

3   additional money.  But yes, it could have been solidified using

4   another company.  And in a sense, Bryan's connections created

03:35  5   this, allowed it to happen, but his bank accounts and his

6   companies were negated.  They eventually couldn't be used and

7   that's why they brought in Philip Lichtenfeld and used his

8   stuff.  Bryan essentially was marginalized.  He received the

9   least amount of money.  He had no control.  He didn't know

03:35  10   everybody that was involved.  He didn't know exactly where the

11   accounts were and the money was spending.

12       THE COURT:  Okay.  I don't think he's a minor role for

13   this case.

14       MR. NADLER:  I understand, Your Honor.

03:35  15       THE COURT:  You know, any description I've seen of a

16   minor role does not fit your client.  I do understand, though,

17   that he is not as culpable as his father or Mr. Mendez, and I

18   think that's reflected somewhat in the charging document.  He

19   has a 60-month maximum where his father has twice that.

03:36  20       MR. NADLER:  That's part and parcel.  I don't think

21   this could have existed without his active participation, not

22   only in the bribery aspect, but also the money laundering

23   aspect, but he's not being charged with money laundering.

24       THE COURT:  So yes, I agree, he's less culpable, I

03:36  25   think that's reflected in the charge and as a consequence he's

 1  gotten the benefit of that.

 2          **MR. NADLER:**  He also is less culpable than

 3  Mr. Lichtenfeld.

 4          **THE COURT:**  I'm not sure I agree with that.  I think

03:36   5  Mr. Lichtenfeld would probably disagree as well.

 6          **MR. NADLER:**  I don't think that's true.

 7          **THE COURT:**  I think you're kind of -- he was brought

 8  in after this -- as I understand the facts in this case.  There

 9  was this agreement in place.  It couldn't work because --

03:36  10          **MR. NADLER:**  Bryan's accounts wouldn't work, his bank

11  accounts.

12          **THE COURT:**  They needed somebody to come up with some

13  money to put a bond up --

14          **MR. NADLER:**  Correct.

03:36  15          **THE COURT:**  -- so the Brazilian company would be

16  satisfied that they were going to ge paid if they shipped the

17  teargas, et cetera, et cetera.

18          **MR. NADLER:**  Correct.

19          **THE COURT:**  So he's not in even in the very beginning

03:36  20  of it.

21          **MR. NADLER:**  That's correct, Your Honor.

22          **THE COURT:**  So you can't say people are equal or a

23  little more or a little less, but I think the way the

24  government has charged is a fair representation of culpability.

03:37  25          Now, that doesn't necessarily mean where the sentence

 1    should be.  But I think that's a relative evaluation of the

 2    different culpabilities.

 3         MR. NADLER:  I mean, in conversations with the

 4    government, after the conspiracy started, I think they would

03:37  5    agree that in the totality Mr. Berkman, Bryan Berkman, is the

 6    least culpable.

 7         THE COURT:  I don't know.  They have never said that.

 8    I don't think --

 9         AUSA SIMON:  Your Honor, we agree that Bryan Berkman

03:37 10    and Philip Lichtenfeld are less culpable than Luis Berkman and

11    Mr. Mendez.  We do acknowledge that Bryan Berkman received the

12    lowest amount of the defendants.  He just received north of

13    $120,000, and he was recruited into the conspiracy by his

14    father.

03:37 15         THE COURT:  Well, I guess when I get to

16    Mr. Lichtenfeld to see if he thinks he's more or less culpable

17    than Mr. Bryan, I think they're kind of in the general area,

18    certainly less than the other two.  And that's why we've got a

19    cap at 60.

03:38 20         MR. NADLER:  Thank you, Your Honor.

21         Characteristics, the Court read our memo.  Mr. Berkman

22    is the father of a now six-month-old baby with his wife.  He

23    has -- supports two additional children.  He is trying to

24    rebuild his business, understanding it is not a huge part of

03:38 25    the Court's consideration, he does provide back to his temple

1   community service, his rabbi is here to speak if the Court

2   wants to hear from him.  He has an immense shame that he's

3   going to tell the Court about what happened and how it has

4   affected all aspects of his family.

03:38   5           **THE COURT:**  Okay.

6           **MR. NADLER:**  I do adopt Mr. DeMaria's argument, a 60-

7   month sentence for the conduct involved for -- it is a million

8   dollars.  They did get teargas.

9           **THE COURT:**  It's not going to be that.  It's not going

03:38  10   to be the maximum.

11          **MR. NADLER:**  Okay.

12          **THE COURT:**  It definitely will not be the maximum, and

13   there probably will be some kind of -- what I'm thinking about

14   is X number of months for each person, and maybe 12 months of

03:39  15   home confinement with community service.

16          **MR. NADLER:**  Understood, Your Honor.

17          **THE COURT:**  I'll tell you what:  Two things bother me

18   about Bryan.

19          **MR. NADLER:**  Yes, sir.

03:39  20          **THE COURT:**  One is he keeps saying I am taking full

21   responsibility, right, but then, and not so subtly, maybe

22   subtly, but not so subtly, he comes back in a way you know, I

23   did it because I'm a good, loyal son, I didn't want to let my

24   father down.  That's not quite coming forward and saying,

03:39  25   "Yeah, I really did a bad thing here."  That's just there.

1  Every time I read something that he's proposed or you propose,

2  that's there.

3           The other thing is you say he's a great family, man

4  and I'm sure he has and he's done all these great things, but I

03:39  5  am perplexed how someone can own a Rolex watch worth $20,000,

6  which more than he pays his children in child support on an

7  annual basis, and also has almost a $30,000 student loan that

8  he's had for over a dozen years, maybe 15 years.  How can you

9  have a Rolex watch, a 2021 Genesis GD 80, which is considered

03:40  10  to be a luxury car, and I guess fanciful BMW motorcycle, and

11  still owe the government $30,000, almost $30,000 in a loan

12  that's been around, student loan that's been around for maybe

13  12, 15 years.

14           **MR. NADLER:**  You're talking the $30,000 on the student

03:40  15  loan, Your Honor?

16           **THE COURT:**  Yes, sir.

17           **MR. NADLER:**  Because they're monthly payments.

18           **THE COURT:**  So he's paying it down.

19           **MR. NADLER:**  He's paying it down, yes.

03:40  20           **THE COURT:**  What was the original?

21           **MR. NADLER:**  Over 50, he believes.  He would have to

22  go back --

23           **THE COURT:**  A little over 50?

24           **MR. NADLER:**  Over 50 he believes.

03:40  25           **THE COURT:**  So for 15 years he paid it down.

1          **MR. NADLER:**  I've been paying my student loans for
2     over 20.

3          **THE COURT:**  This has nothing to do with incentive.
4     It's just when I see somebody with a $20,000 Rolex watch and
03:41 5     driving around in a brand new luxury car, not paying his
6     student loan is just not the way to run a country, in my humble
7     opinion.

8          You can tell your Congressman that.

9          **MR. NADLER:**  I apologize, Your Honor.  He does pay his
03:41 10    student loans.  They're on a monthly basis.  He pays them every
11    month, as per the loan agreement that he made when he took them
12    out.  He's not delinquent.

13         **THE COURT:**  Good.  Well, I'm glad to hear that.
14    That's better than a lot.

03:41 15        **MR. NADLER:**  Your Honor raised something else.  He
16    bought himself a watch.  He takes care of his family.  He does
17    take care of his two other young sons from his prior marriage.

18         **THE COURT:**  I saw that.  That's good.  Not everybody
19    that appears before me does that.

03:41 20        **MR. NADLER:**  He is very active in all of his
21    children's lives and continues to be so.

22         **THE COURT:**  Good.  That's important.

23         Does he want to say something at this time?

24         **MR. NADLER:**  Yes.

03:42 25        **DEFENDANT BRYAN BERKMAN:**  Thank you, Your Honor.  I'm

1    a little bit beside myself and, to your point specifically, it

2    is nobody's else's fault other than my actions that have put me

3    here in this chair.  That is something that I've reflected on

4    every single day this past year.  I've broken the trust of all

03:42  5    those around me.  I've watched my family cry.  I was incredibly

6    gracious when I was notified of the dates being pushed back

7    because that meant that I would be there for my son's birth and

8    so forth.

9        And so I'm filled with nothing but remorse and regret

03:43  10   to not be the man, the father and the son that I was raised and

11   grew in to be, and I can't do anything but you apologize

12   profusely and repent for everything that I've done.  And grow

13   to the person that I'm expected to be and regain the trust that

14   I've lost through my own selfishness that's put me here today.

03:43  15   That's it, Your Honor.  Thank you.

16       THE COURT:  Thank you, sir.  I'll turn to Mr. Mendez.

17       MR. MAGILLIGAN:  Good afternoon, Your Honor.

18       THE COURT:  You are also getting the benefit of a

19   reduction based on Rodriguez.

20       MR. MAGILLIGAN:  Yes, thank you, Your Honor.  I will

21   focus on my client's major characteristics.  I mean, as you can

22   see, my client is here in his jail clothing.  He's the only one

23   of these codefendants who has been in custody since he

24   originally came in contact with law enforcement since last May,

03:44  25   and I think I would like to focus on the fact that, you know,

1    one of the benefits of a sentencing is that everyone in this

2    room has finality.  The government has finality, the defendants

3    have finality.  Their families can understand and move on in

4    their lives, but, unfortunately, my client isn't going to have

03:44  5    that benefit.  He's not a U.S. citizen.  He's been in --

6    whenever the Court, whatever their decision you finally render,

7    Your Honor, my client will be released, he'll be picked up by

8    immigration, and then he'll have a very difficult immigration

9    case to try and resolve, if it's possible, before being

03:44 10    potentially removed to the country of Bolivia, which, you know,

11    the country of Bolivia at his point, so back in Bolivia, my

12    client has lost his business, lost his ability to be a lawyer,

13    he has lost his home.  He's lost everything.  There's nothing

14    there for him to return to.  And he's truly's a man without a

03:44 15    country, Your Honor.

16         He has -- I mean, I know the Court may not be aware of

17    the fact but the ex-president, that the government that he

18    worked for in Bolivia, the ex-president has been in jail for 15

19    months continuously, potentially they're holding her for more

03:45 20    time, so their potential jail cell and whether or not that's a

21    legal sentence or the corruption in those countries, but he has

22    tremendous things to worry about.  Already he has suffered

23    tremendously, Your Honor, and going forward, whatever happens

24    here today, he has more in the future for him than this case.

03:45 25    His future is totally unresolved, Your Honor, regardless of

1  what happens here today.

2         And I'd just like to say that he has been continuously

3  cooperative with the government since he initially came in

4  contact with them.  He's never tried to minimize his role.  I

03:45  5  think my client understands the gravity of being a government

6  official and taking advantage of that position, and to him, in

7  retrospect, he feels terrible about it.  It was a huge and poor

8  decision that he made.  And it's ruined his life.

9         I mean, there's no other way to describe it, Judge.

03:45  10  His life is totally destroyed.  His wife and his 13-year-old

11  daughter are here today in court, and they've been put in an

12  awful position to try to provide for themselves in a new

13  country, trying to get ahead and trying to do the best they can

14  while their cases are pending with immigration.  This is a

03:46  15  terrible, terrible situation for my client.

16         In terms of deterrence for, you know, future, if there

17  was any Bolivian government official who is ever considering

18  getting involved in any corrupt acts, I mean, my client is a

19  cautionary tale for anyone.  Already he's a cautionary tale.  I

03:46  20  mean, there's no -- I wouldn't say there's no need for more

21  punishment, but I obviously join in saying 24 months because

22  he's already suffered tremendously, and the goals of the law,

23  Judge, have already been, to a large extent, I think satisfied

24  in terms of he's been punished personally, tremendously, and

03:46  25  this will deter any future person from creating these kinds of

1  acts, Your Honor.

2          Would you like to hear from my client?

3          **THE COURT:**  If he would like to speak.

4          **MR. MAGILLIGAN:**  Yes, he would, Your Honor.

03:46  5          **DEFENDANT SERGIO RODRIGO MENDEZ-MENDIZABAL:**  I am

6  going to speak in Spanish because I do not speak English very

7  well.

8          I assume full responsibility for my actions, and I

9  profusely apologize for what I did.  I am terribly ashamed and

03:47  10  regretful of having participated in these acts that caused so

11  much pain, so much loss, so many losses, and so much, so many

12  negative things that happened to us, to me and my family.

13  Because of this case, I lost my career, my reputation, my

14  position, and my honor, and my net worth, my financial

03:48  15  condition, previous financial condition, and the worst and the

16  most difficult part is that I lost my freedom.  I have been for

17  over a year in jail in this country where I do not speak the

18  language, and I have been in some jails where I have felt that

19  I was discriminated against.  To me, the loss of my freedom has

03:49  20  transformed me fully.  For all of these, I ask God to forgive

21  me.  I ask my daughter to forgive me.  I ask my wife, both of

22  them are here, I ask them to forgive me.  I ask my children who

23  are in Bolivia to forgive me.  To my parents, I ask them to

24  forgive me.  They are now in heaven next to God.  I try to

03:50  25  forgive myself, and I ask all of those who would like to

1   forgive me to please forgive me.  Because of all that I have

2   said, I would beg for mercy to be able to reincorporate myself,

3   reinsert myself into society along with my family, to be at

4   peace with my family, myself and God.  Making the commitment

03:50   5   that from now on I am not going to commit any act of which I

6   will have to then feel that I am repentful -- I would have to

7   regret that.  And for me to be able to go back and be the

8   individual that I always was in my country.  And I thank you,

9   Your Honor, for this opportunity.

03:51   10   THE COURT:  Thank you.

11   MR. SCHWARTZ:  Judge, may I use the lectern?

12   THE COURT:  You may.

13   MR. SCHWARTZ:  May I take the mask off?  Is that okay?

14   THE COURT:  Sure.  Please.

03:52   15   MR. SCHWARTZ:  Thank you.  Judge, I want to thank the

16   Court for taking the time to read the submissions.  I know this

17   Court reads everything that's submitted.  We submitted a lot of

18   character letters.

19   Before I get started with the 3553 factors, I also

03:52   20   want to thank the government that they've given my client the

21   opportunity to cooperate, which he's been doing, and I know

22   we're not dealing with that today, but I do want to thank the

23   government.  I have to respectfully disagree with some of my

24   co-counsel here because I do not see Mr. Lichtenfeld as equal

03:52   25   along with the other defendants.  He was called by a friend and

1  asked to make an investment in a contract that involved the

2  Bolivian government, which my client initially said, "I'm not

3  interested, I don't get involved with governments, this is not

4  what I do."

03:52   5        As the Court has read in my summations, he has a very

6  successful family business where he does plastic bottle caps.

7  He grew his family's business in Bolivia and they have now many

8  of these manufacturing companies throughout Latin America that

9  employs hundreds of employees.  He initially said no to a

03:53  10  lifelong friend, Luis Berkman.  And the reason why Luis needed

11  him was because the letter of credit that the Bolivian

12  government sent to Bryan so that they can fund this deal and

13  pay off the Brazilian gas company, teargas company, they

14  couldn't get funding on that letter of credit.  They reached

03:53  15  out to other individuals to make the investment.  They

16  couldn't.  He calls back his lifelong friend.

17        THE COURT:  Let me see he if I get this right.  The

18  deal didn't go through initially because of a red flag the bank

19  saw and would not do the transaction.

03:53  20        MR. SCHWARTZ:  They wouldn't accept the Bolivian

21  government's letter of credit to fund.

22        THE COURT:  So they rejected this --

23        MR. SCHWARTZ:  Correct.

24        THE COURT:  -- for whatever reason, whether they

03:54  25  thought there was maybe some banking law issues or whatever it

1  was, they rejected it.

2          **MR. SCHWARTZ:**  They rejected it.

3          **THE COURT:**  So now we're stuck, we need someone to

4  come forth.

03:54  5          **MR. SCHWARTZ:**  Correct.

6          **THE COURT:**  And that's Mr. Lichtenfeld.

7          **MR. SCHWARTZ:**  Correct, Judge, and when he -- and the

8  government will agree with this, and I'm a little taken aback,

9  but I believe the government will agree with this next

03:54 10  statement, is that when Luis contacts my client, and offers him

11  to make an investment in this deal, "Lend me the $2.2 million

12  that I need to get these deals started, this is a deal of a

13  lifetime, I'm going to get out of all my debts, I need your

14  help, my friend, I know you have a company in Brazil."

03:54 15  Mr. Lichtenfeld does have a company in Brazil with a partner,

16  he agrees to help his friend.

17          At this point, Judge, he has no knowledge that there's

18  going to be a bribe paid or that there's been an ask of a

19  bribe.  My client contacts his partner in Brazil and says,

03:55 20  "Listen, I'm trying to help a friend, we have an opportunity

21  here, they offered us if we lend $2.2 million, we can make

22  $500,000.  That's 250,000 for you, 250,000 for me."

23          They actually go and get a loan, and they actually put

24  physically the cash to Condor.  So there's this talk about a

03:55 25  bond and putting a bond, there was no bond.  It was cash.  They

1   hired an attorney in Brazil to do all the paperwork with

2   Condor, to do everything legitimate.  Luis provided my client

3   the contracts with the Bolivian government to show him that

4   this is a legitimate contract.  Those were sent to his

03:55   5   Brazilian attorneys to prepare.

6           THE COURT:  I've read all this.  Tell me what the

7   point is.

8           MR. SCHWARTZ:  Judge, the point is that when a

9   statement is made that he is equally culpable, when he agreed

03:55   10   and the reason why he made that $500,000 was because he lent

11   2.2.  At that point, it's all clear, he has no knowledge and no

12   involvement in this, that a bribe was going to be paid.  The

13   reason he sits today is because his criminal conduct was when

14   he was asked to help in transferring the funds to make the

03:56   15   payment, the kickbacks.  That's when he should have said, "Hey,

16   I didn't agree to this.  And I step out.  And that's his

17   criminal conduct.  I know the Court doesn't like to use the

18   words mistake, but that was his criminal conduct.  That's why

19   he came to the United States, hired an attorney, we reached out

03:56   20   to the government, voluntarily came here.

21           Frankly, Judge, on vacation, there were no charges,

22   the government hadn't really responded to my inquiries, and

23   when the government finds out that he's here in the United

24   States on vacation they said, "Well, we have to kind of

03:56   25   jump-start this and make the arrest because now we don't have

1    to deal with an extradition.

2           When they go looking for him, Judge, he wasn't where

3    they went and looked for him, he finds out at 5:00 in the

4    morning that he's looking for him, that the government is

03:57  5    looking, contacts me, I contact the government.

6           THE COURT:  Okay.  Why is he here if he's so innocent?

7           MR. SCHWARTZ:  No, Judge, he's here --

8           THE COURT:  The way you say it, it's just this is an

9    arm's length -- wait.  The way you're presenting it, it sounds

03:57 10    like this is an arm's length transaction, he's making an

11    investment in a legitimate business transaction and that's not

12    what we have here.

13           MR. SCHWARTZ:  Absolutely.  I'm getting to the point

14    where his criminal conduct is clear from the record is the

03:57 15    transfer of the payments to Murillo and Mr. Mendez, a hundred

16    percent, he pled guilty.  That's why he's here.

17           THE COURT:  Are you saying he never knew about the

18    bribes?

19           MR. SCHWARTZ:  No, no.  He did and I'll tell you when

03:57 20    he found out about the bribes.

21           THE COURT:  And they couldn't have gone through unless

22    they somehow had someone with enough financial wherewithal to

23    come up with either the bond or be able to get the bond, and

24    that was your client.

03:57 25           MR. SCHWARTZ:  Well, that part of it occurred without

him knowing that there was going to be bribes paid.  So it was

just that part of it.  So his criminal conduct was his helping

them move the monies in the way that the government has

explained and it's in the PSI, Judge.  But I think that

03:58    distinction, and the point I'm trying to make, and maybe I'm

being a little too long-winded.

THE COURT:  Probably.  That's all right.

MR. SCHWARTZ:  I apologize.

THE COURT:  That's all right.  Some of my last

hearings.

MR. SCHWARTZ:  So it's that fact that when he was

initially involved, he didn't know.  When the Bolivian

government pays the initial payment, Condor is paid off.  My

client gets his money released and gets paid his profit.

03:58    Everything is done.  There's -- he still has no knowledge of a

bribe.  When he becomes aware of the bribe is when the Bolivian

government claws back the payment because they paid all of it

upfront instead of in installments as the contract requested,

and all the money gets clawed back, including the half a

03:58    million dollar profit.  Now he's saying, "Wait a minute, now

I'm losing my 2.2 with Condor."  He calls Luis and is

pressuring Luis, "When I am going to get my 2.2?  When am I

going to get my 2.2?"  He's not worried about his profit, he's

worried about his investment.

03:59    THE COURT:  Let me stop you there.  You're talking

1   about a half a million dollars in profit.

2       **MR. SCHWARTZ:**  There's the investment that he puts up,

3   which is the 2.2, and his half a million dollars in profit.

4       **THE COURT:**  That's a pretty good return, isn't it?  It

03:59  5   sounds -- you know what they say, if it sounds too good to be

6   true, it's probably not true, so if this is a legitimate deal

7   getting a half a million dollars return on a short-term loan or

8   investment or whatever you want to call it, that should send up

9   some red flags right then and there.

03:59  10      **MR. SCHWARTZ:**  I agree, Judge, and like I stated in my

11  document, this he a gentleman who really did this more to help

12  a friend, a lifelong friend, and to see his behavior going

13  forward, and you can see from the letters we submitted, this is

14  his character.  This is a person that doesn't say no when

04:00  15  people are in need.

16      And so just to finish that point, Judge, once he's

17  pressuring Luis about losing his investment, that's when Luis

18  tells him, "Listen, don't worry, we're going to get paid

19  because Murillo and Mendez are involved.  They're going to get

04:00  20  money.  They're going to make sure we get paid because they're

21  getting a piece of it."

22      So that's when his knowledge comes in.  And I'm just

23  bringing that to the Court's attention because I think that

24  it's an important distinction that needs to be made here as to

04:00  25  his involvement along with the others.

1          You know, we have cited different cases.  My

2    co-counsel have cited different cases, and the government cites

3    different cases related to other sentences and what the Court

4    should consider.  But you won't find a case where an individual

04:00   5    that's not involved in contracts isn't soliciting governments

6    for contracts, isn't a middleman for people to offer contracts,

7    which is what you normally see here.  You normally, in our

8    district, we see all the PDVSA cases where it's just a fleecing

9    of --

04:01   10         THE COURT:  This sounds like a motion to dismiss the

11   indictment.

12         MR. SCHWARTZ:  No, Judge, this is just distinguishing

13   my client compared to others.  So that's my point with regards

14   to when he was aware of it.

04:01   15         THE COURT:  I think the government made the right

16   charging here, I guess it was their mechanism for categorizing

17   different levels of culpability, and I think they probably did

18   a pretty good job, whether your client is more or less culpable

19   than Bryan, you know, I guess it's in the eye of the beholder

04:01   20   and that's the reason why I only have these kind of sentencing

21   with every defendant in front of me, because this is always the

22   finger pointing, it was his fault, it wasn't my fault.

23         MR. NADLER:  And I appreciate that, Judge, and I'm

24   making the pitch through the eyes of the beholder who will be

04:01   25   making the decision and I just want --

1       **THE COURT:**  Let me hear from the government because

2   you're been sitting there and I got it from your body language

3   that you're not quite in agreement with every version of this

4   story or every part of this story.

04:02   5       **AUSA SIMON:**  I think that's true, Your Honor.  I just

6   want to clarify, the facts are not disputed here but, you know,

7   Lichtenfeld $500,000 that he received and shared with his

8   partner were corrupt proceeds from this contract.  I just want

9   to make sure that that is not now somehow in dispute.  We do

04:02  10   acknowledge that Lichtenfeld was the last person to become

11   aware of the corrupt nature of this transaction, but we're

12   talking about a couple of weeks' difference here.  For the

13   majority of the time period, he was aware.  He coordinated

14   multiple cross-border wire transfers and bribe payments.  He

04:02  15   coordinated cash drops to pay for bribes both in Bolivia and

16   here in Miami.

17       So he certainly joined the conspiracy.  He was an

18   active and real participant.  As Your Honor noted, we view him

19   as less culpable than Luis Berkman and Mendez and charged

04:02  20   accordingly.

21       **MR. SCHWARTZ:**  Judge, just for the record, I'm not in

22   any way implying that the eventually $500,000 he received were

23   not illicit funds, they were.  That is why he agreed to plead

24   guilty.  That is why he paid back to the government in

04:03  25   forfeiture already the $500,000.  That's been paid off.

1    **AUSA SIMON:**  That's true, Your Honor.

2    **THE COURT:**  Well, that brings me to the next question

3 which is the fine.  Probation, for the first time recommends,

4 that a fine be applied here.  Let me hear from the government.

04:03   5 What do you think is an appropriate fine and then I'll hear

6 from Mr. Lichtenfeld.

7    **AUSA SIMON:**  One moment, Your Honor.

8    Your Honor, given our view of the relative

9 culpability, we would look at the range that probation put

04:03   10 forward and would ask for something on the low end of that.  We

11 believe it is $30,000.

12    **THE COURT:**  Well, the guidelines are $30,000 to

13 $250,000.  Mr. Schwartz?

14    **MR. SCHWARTZ:**  Judge, quite honestly, I'm going to

04:04   15 leave that to the Court's discretion because I don't want --

16    **THE COURT:**  Let me tell you what I'm thinking.  It's

17 going to be more than the minimum.

18    **MR. SCHWARTZ:**  Can I just --

19    **THE COURT:**  But not too bad.  I am thinking in terms

04:04   20 of -- there's no particular reason other than I think it is the

21 right number.  I've got something in mind.  I think I know what

22 I'm going to do.

23    **MR. SCHWARTZ:**  I will just point out to the Court some

24 of the collateral consequences that have been financial because

04:04   25 of my client's involvement in this case.  He has already paid

1    back to the Bolivian government because of a Bolivian action

2    that commenced in Bolivia, he does have a large business

3    development, a real estate development there, the World Trade

4    Center Act, so they froze the accounts and they froze that

04:05  5    business, many partners involved.  This is a multimillion

6    dollar project.

7          In order for him to get that released so that his

8    partners wouldn't lose the whole project, he paid already

9    directly to the Bolivian government, in cash, because that's

04:05 10    what they wanted, $820,000.  In addition to, he had to

11    relinquish his shares in that project.  The conservative

12    estimate loss of value in him relinquishing those shares to him

13    personally was between five and seven million dollars, in

14    addition to the half a million dollars he's already paid the

04:05 15    government in forfeiture.

16          I don't have a recommendation with regards to the

17    fine.  I'm going to leave it to the Court's discretion, Judge,

18    because the last thing I want to be accused of is having a

19    client that, as the Court stated early on in this hearing, is

04:05 20    paying his way out of this.  That's not what we're seeking to

21    do.

22          What I'm seeking to do is to have the Court look at

23    his actual involvement and the 3553 factors.  But I would ask

24    the Court to take into consideration those collateral

04:06 25    consequences.

1        In addition, Judge, when he --

2        **THE COURT:**  Coming a conclusion soon?

3        **MR. SCHWARTZ:**  Yes, Judge.

4        **THE COURT:**  Because none of this is new.  I should say

04:06  5  very little is new.

6        **MR. SCHWARTZ:**  Judge, last thing, the 3553(a).

7        **THE COURT:**  Your client should know that.  You have

8  obviously spent a lot of time and thought into your

9  submissions, but I read them.

04:06 10       **MR. SCHWARTZ:**  So just lastly, Judge, the good deeds

11 that my client has done.  As the Court said, you do good deeds

12 because you should do good deeds, and I'm not going to point to

13 the things that he's done before this, and I'm not going to

14 point to the things that he's done here in the United States

04:06 15 while waiting his sentence.  I'm going to point to the one

16 thing that I've submitted in my briefs, Judge, is the COVID-19

17 humanitarian rescue operation because it is relevant to what

18 was going on at the time during this offense.  The Court has

19 seen the pictures.  The Court has seen the text messages of the

04:07 20 people that thanked him.  Philip helped a total of, I believe

21 it was 59 different tourists that were stuck in Bolivia during

22 this -- the beginning of COVID, which is at the time when they

23 were fighting to get paid by the Bolivian government.  He

24 risked this deal, they still needed to get paid, and he started

04:07 25 making phone calls because he gets a call from somebody saying,

1  "Hey, there's folks out there in Bolivia."  He's in Argentina.

2  He could have easily said, "Hey, I can't help you."  But he

3  knew that the Bolivian government was scheduling to send the

4  empty cargo plane to pick up the rest of the teargas to Brazil

04:07  5  whose borders were open, and he said, "What if I can at least

6  help these folks and get them on that plane, they can get to

7  Brazil, and they can get out."

8          I know the Court's read this, but I think it gives you

9  a sense of who this man is who thinks of others.  He put aside

04:08  10  the potential of losing his profit in this deal.  Why would an

11  Argentinian businessman be contacting the Bolivian military?

12  How does he even know about this plane that's taking off to

13  Brazil to pick up teargas, let alone to get all these folks

14  from around the country?

04:08  15          He organized and got individuals to donate their

16  planes, their time, and get within four days, Judge, he got

17  these 59 people on that cargo plane.  That's a man that does

18  good deeds for others who is selfless.  That's what I'm asking

19  the Court to take into consideration.

04:08  20          THE COURT:  As you were going through that, you say

21  selfless.  I guess maybe because I'm old and have a different

22  perspective than I did when I was younger.  I think good deeds

23  are really important for people.  And I thought about it a lot

24  recently.  I'm now kind of philosophizing because I'm tired of

25  hearing you guys talk so I'm just going to talk for a little

1  bit.  You'll probably get tired of hearing me.

2          But I've come to realize that, and I've coined a

3  phrase that I think sums it up about so-called good deeds.

4  Good deeds.  And the phrase is "beneficent selfishness."  You

04:09  5  do good deeds for the right reason.  I'm assuming you do it for

6  the right reason and hopefully, people do and I'm assuming

7  that's true of these four defendants.  But, you know, I put the

8  word "selfish" after benevolent because it makes you feel so

9  good and that's why people do good deeds because they know it's

04:09  10  the right thing to do and it makes them feel good to do right

11  things, so in some respects, it's almost a feeling of

12  selfishness, you get more out of it by doing it than the people

13  who are receiving it.  That's my view.

14          And I appreciate that.  I mean, I think I say I

04:09  15  haven't seen these kinds of letters, frankly, there were too

16  many of them, but they were very persuasive letters and shows a

17  lot of support and you got four people here who appear to be

18  fairly good human beings who did a really bad, corrupt thing.

19  So that's what makes this job tougher than other jobs.  It's

04:10  20  easier to put somebody who is just a real bad person in prison

21  than someone who is not, in essence, a bad person but for some

22  reason or other, guilt, usually greed, does something like this

23  and that's -- I think these guys all got a little too greedy,

24  but, anyway, did your client want to say anything?

25          **MR. SCHWARTZ**:  Yes, Judge.

1        **THE COURT:**  Before that, does the government want to

2   say anything about Mr. Lichtenfeld or any of the other

3   defendants before I -- well, let me let Mr. Lichtenfeld say

4   something first.  Let's get him --

04:10  5        **MR. SCHWARTZ:**  Judge, I do have the rabbi who is the

6   head of the Aleph Institute, I know the Aleph Institute

7   submitted a letter for alternative sentencing.  He's here.

8        Would the Court, this Court like to hear from him?

9        **THE COURT:**  I really don't.  You know what, as a

04:11 10  matter of fact, that would be a negative.  I mean, that's just

11  me.  Maybe every other judge in the country feels differently.

12  It does not impress me.  As a matter of fact, it's a slight

13  negative.  If you're going to bring in your rabbi or your

14  priest or your minister to come in, I just --

04:11 15       **MR. SCHWARTZ:**  I won't call him, Judge.

16       **THE COURT:**  It's like bringing in your minor children

17  to talk.  You know, you have somebody who is sentenced, one of

18  the worst situations for a child, to have him sit in the

19  courtroom and have him actually say something to the Judge.  I

04:11 20  mean, that's just -- for me, it's --

21       **MR. SCHWARTZ:**  I understand, Judge.

22       **THE COURT:**  I've read the letters, great letters.  I'm

23  convinced four good people here.  And, unfortunately, their

24  families have suffered, and it was their decision, not my

04:11 25  decision, not the government's decision.

1        But if Mr. Lichtenfeld would like to say something.

2        **MR. SCHWARTZ:**  Thank you, Judge.

3        **THE COURT:**  And if I heard from your rabbi, I would

4   hear from everybody else's rabbi or whomever and we would be

04:11  5   here until 9:00.

6        **DEFENDANT LICHTENFELD:**  Your Honor, first I want to

7   start by apologize to the government of the United States and

8   Bolivia and the Court.  I am truly sorry for my actions.  I am

9   doing everything I can to cooperate with the government and to

04:12  10  make amends.  I also want to apologize to my family who I have

11  hurt because of my involvement in this case.  These have been

12  the most difficult days of my life as I await me sentencing,

13  separated from my wife and children.  The greatest challenge

14  has been trying to comfort them from a distance.  Each in their

04:12  15  own way are terrified of the unknown.  For my children, it is a

16  question of when we can live as a family again, and for my wife

17  is extreme worry for me and my children.

18        Even though I have been suffering to be apart from

19  them, I have been able to work to make meaning of my poor

04:12  20  choices in regards to this crime, and to understand what I have

21  done and why I have done it.  To that end, I have been working

22  with a psychiatrist, Dr. Mussa (ph.), who has presented me with

23  hard questions that cause me to entangle the many details that

24  led me astray.  With this work, I was able to fully accept my

04:13  25  responsibility for my wrongdoing.

1          Growing up, my father was my role model, my

2    inspiration, and I looked up to him and cherished him.  His

3    moral compass was as strong as could be.  He taught me to

4    always consider what is right and what is wrong.  In this

04:13  5    situation, I betrayed my father, and I betrayed my own true

6    values.  I often wonder what my father would say to me now and

7    I imagine he would want to lift me up to repair the damage to

8    others and the harm it has caused to our family name by making

9    amends.

04:13  10          I am living a block away from the Chabad where I have

11    been attending prayer services three times a day.  That

12    connection has been an extraordinary support for my word to

13    take responsibility, feel and express my remorse and to make

14    amends.

04:13  15          I fully accept and take complete responsibility for my

16    actions, without excuse.  I am so deeply regretful for what I

17    have done that I'm working and transforming in positive ways

18    and I have a clear view on how to go about decisionmaking.  I

19    got into a situation where one wrong decision totally changed

04:14  20    my life and that of so many others.  I am trying to make amends

21    by dedicating myself to serving others in need.  I am on the

22    path of the Shiva, of repentance, a path to return to the

23    person I was always meant to be, the person my father and

24    mother raised me to be and the father whose children can be

04:14  25    proud of.

1          With all my heart and soul, I take responsibility for

2     my actions, and express my deep remorse and a commitment to

3     never make the same mistakes faced with any situation that will

4     compromise my core values.

04:14  5          Thank you, Your Honor.

6          **THE COURT:**  Thank you.

7          **AUSA SIMON:**  Your Honor, the government doesn't have

8     anything further regarding the conduct of the defendants or the

9     seriousness of the offenses.  I do have a point on surrender

04:14 10   date, if now is an appropriate time.

11         **THE COURT**:  All right.  We can do that.

12         **AUSA SIMON:**  Okay.  That's it, Your Honor.

13         **THE COURT:**  All right.  And I'm prepared to move

14    forward.

04:14 15         A couple of general comments.  I'm granting the

16    motions that are based on Rodriguez and I'm going to exercise

17    my discretion and reduce the sentence based on the principal, I

18    call it principal theory on Rodriguez.  I think it applies in

19    this case and I think it is appropriate in this case, so I put

04:15 20   that in mixed with all the other factors, Section 3553(a)

21    factors and everything else that was said here today.

22         In addition, I also acknowledge, this applies across

23    the board so I will just say it once:  I do acknowledge and

24    give credit or whatever, consideration I guess is a better

04:15 25   word, to the fact that some gentlemen, individuals, have

1   suffered very substantially in other ways, other losses and

2   other penalties and setbacks.  While that does not condone,

3   obviously I don't, but I think it's part of the mix with regard

4   to 3553(a).  And that applies to all four of the defendants

04:16   5   here.  So we're going to start.  You've provided so many

6   papers.

7           We'll start with Mr. Berkman, Luis Berkman.  I've,

8   again, considered the statements of the parties and the

9   recommendations of the parties.  Of course, I reviewed the

04:16   10   Presentence Investigation Report.  And I've considered the

11   advisory guidelines that are set forth therein and we discussed

12   today.  I've considered the statutory factors set forth in

13   3553(a), which I discussed some more specific to those.  And I

14   think a sentence below the guidelines is appropriate to meet

04:16   15   the goals of Section 3553(a).  And that's true for all the

16   defendants in this case.

17           It also appears, based on the financial information I

18   received for this defendant, he's not able to pay a fine,

19   therefore no fine is going to be imposed.

04:17   20           Therefore, it's the judgment of the Court that

21   defendant Luis Berkman shall be committed to the Bureau of

22   Prisons to be imprisoned for a term of 38 months.  Upon release

23   from imprisonment, he shall be placed on supervised release for

24   a term of three years.  Within 72 hours of his release from the

04:17   25   Bureau of Prisons, he shall report in person to the probation

office in the district into which he's released.  While on

supervised release, he shall not -- he shall comply with all

the mandatory and standard conditions which have been adopted

by this Court for supervised release, which include not

committing any crimes, not possessing a firearm or other

dangerous device or weapon, any controlled substance, and he

shall cooperate with the collection of his DNA sample.

He shall also comply with the following special

conditions:  The financial disclosure requirement, permissible

search, and unpaid restitution, fines or special assessments,

all as described in greater detail in Part F of the Presentence

Investigation Report.

In addition, for the first 16 months of his home

confinement, he shall -- I'm mean, of his supervised release,

he shall be confined to his home.  He shall have a monitor

sufficient for -- and a phone in his home sufficient for

probation to monitor his home confinement, and during each of

his three years of supervised release, he shall perform

community service as follows:  If he's fully employed, he shall

perform 300 hours of community service each year on a year-to-

year basis, can carry over his obligation from one year to the

next.  If he's not fully employed, he shall perform 1,000 hours

of community service, again, each year, and if he's part-time

employed, then he shall perform a prorated number of hours

based on the amount of his part-time work.

1       He's also to pay a special assessment of $100.

2       Therefore, the total sentence is it 38 months in

3  prison, three years of supervised release in the terms I've

4  just outlined, and special assessment of $100.  His right,

04:18   5  title, and interest in the property identified in the summary

6  order of forfeiture is going to be incorporated into the

7  judgment.

8       Do we need anything further?  You have already got the

9  order, right?  Do you need anything further for the forfeiture?

04:19   10       **AUSA SIMON:**  We don't, Your Honor.

11       **MR. DeMARIA:**  Your Honor, we will be submitting an

12  agreed motion to allow the property to be sold.  We have to

13  release it from the bond, they've agreed.  We'll do that

14  tomorrow.

04:19   15       **THE COURT:**  Fine.  Mr. Berkman, now that sentence has

16  been imposed, do you or your counsel object to the Court's

17  findings of fact or the manner in which sentence has been

18  pronounced here this afternoon?

19       **MR. DeMARIA:**  No objection, Your Honor.

04:19   20       **THE COURT:**  Let me tell about your right to appeal.

21  Pursuant to the rules of criminal procedure, you have the right

22  to appeal the sentence I've just imposed.  If it's your desire

23  to appeal, you must file your notice to appeal within 14 days

24  after the entry of judgment against you.  If you're unable to

04:19   25  pay the cost of that appeal, the government will pay for your

 1  appeal, including providing legal counsel.

 2          Do you understand you have those rights?

 3          **DEFENDANT LUIS BERKMAN:**  Yes, Your Honor.

 4          **THE COURT:**  We will talk about surrender for all at

 5  one time.

 6          I have a note here on the blue sheet about passport.

 7  He's already surrendered his passport, hasn't he?  I'm not sure

 8  what this is all about.  There's a note here about passport

 9  instruction.

04:20 10         **MR. DeMARIA:**  Your Honor, would now be the time, could

 11  I make that request or recommendation for --

 12         **THE COURT:**  Sure.

 13         **MR. DeMARIA:**  -- FPC Montgomery because that's close

 14  to his wife in Atlanta?

04:20 15         **THE COURT:**  Places close --

 16         **MR. DeMARIA:**  Closest to Atlanta, it's the closest one

 17  to Atlanta where is wife lives.  Montgomery, Alabama.

 18         **THE COURT:**  Close to that facility -- close to that

 19  location if it's available and appropriate.

04:20 20         Now we go to Bryan Berkman.

 21         Again, I've considered the statements and the

 22  recommendations of the parties.  I've reviewed the Presentence

 23  Investigation Report, set forth the advisory guidelines, which

 24  also take into consideration the statutory factors set forth in

04:21 25  Section 3553(a).

1          It appears, based on his financial information, he's

2   unable to pay a fine, therefore, no fine will be ordered.

3          It's the judgment of the Court that the defendant,

4   Bryan Berkman, is committed to the Bureau of Prisons to be

04:21  5   imprisoned for a term of 28 months as to Count 1 in the

6   indictment.  Upon his release from imprisonment, Mr. Berkman

7   shall be placed on supervised release for a term of three

8   years, and 72 hours after release from the Bureau of Prisons,

9   he shall report to the probation office in the district into

04:21  10  while he is released.  While on supervised release, he shall

11  comply with standard mandatory conditions of supervised

12  release, which have been adopted by this Court, including he's

13  prohibited from possessing a firearm or other dangerous weapon,

14  any controlled substance.  Also, he shall not possess a firearm

04:21  15  or dangerous device, as I've said, cooperate with the

16  collection of his DNA.  He shall also comply with the following

17  special conditions:  Financial disclosure, permissible search,

18  unpaid restitution, fines or special assessments as noted and

19  described in greater detail in Part F of the Presentence

04:22  20  Investigation Report.  And for each of his three years of

21  supervised release, and for the first 16 months he shall be

22  confined to his home, wear a monitoring device, and pay for

23  that device, as should his father Luis pay for the device.  He

24  shall also have a phone at his home sufficient for probation to

04:22  25  monitor his home confinement, and for each of the three years

1  of supervised release, he shall perform community service as

2  follows:  If he's fully employed, he shall perform 300 hours

3  each year on a year-to-year basis.  If not fully employed,

4  1,000 hours each year.  Part-time employed, pro rata number of

04:22  5  hours based on the amount of his part-time work.  He shall also

6  pay immediately to the United States a special assessment of

7  $100.

8        Therefore, the total sentence is 28 months in prison,

9  three years of supervised release in the terms I've just

04:23  10  outlined and a $100 special assessment.

11        Mr. Berkman, now that -- same thing with regard to

12  forfeiture?

13        **AUSA SIMON:**  Yes, Your Honor.

14        **THE COURT:**  Get it by Monday?  By Monday?

04:23  15        **AUSA SIMON:**  Yes, Your Honor.

16        **THE COURT:**  Mr. Berkman, now that sentence has been

17  imposed, do you or counsel object to the Court's finding of

18  fact or the manner in which sentence has been pronounced here

19  this afternoon.

04:23  20        **MR. NADLER:**  We do not, Your Honor.

21        **THE COURT:**  Again, let me tell you about your right to

22  appeal.  The rules provide that you may appeal the sentence I

23  have just imposed.  If it's your desire to appeal, you must

24  file a notice of appeal within 14 days after the entry of

25  judgment against you.

1    If you are unable to pay the cost of that appeal, the

2  government will apply for your appeal and provide legal

3  counsel.  Do you understand you have those rights?

4    **DEFENDANT BRYAN BERKMAN:**  Yes, Your Honor.

04:23  5    **THE COURT:**  Any recommendation?

6    **MR. NADLER:**  Yes, Your Honor.  We're going to ask for

7  a recommendation of FDC Miami to be close to his family.

8    **THE COURT:**  I don't make specific recommendations,

9  what I am going to do is I recommend he be placed in a facility

04:23  10  that is appropriate as close to South Florida as is available.

11    **MR. NADLER:**  We appreciate that, Your Honor.  Thank

12  you.

13    **THE COURT:**  Next we'll go to Mr. Mendez.  Again, I've

14  considered the statements of the parties, the recommendations

04:24  15  of both sides, the matters set forth in the Presentence

16  Investigation Report, set forth in the advisory guidelines

17  which we all agreed upon.  And I've considered those, together

18  with the statutory factors set for in 18 United States Code,

19  Section 3553(a).  And I'm going to -- I think a sentence below

04:24  20  the guidelines is appropriate to meet the goals of Section

21  3553(a).  Also, it appears, based on his circumstances, that

22  Mr. Mendez is unable to pay a fine, therefore, no fine is going

23  to be imposed.

24    Therefore, it's the judgment of the Court that the

04:24  25  defendant, Sergio Rodrigo Mendez-Mendizabal, is committed to

1  the Bureau of Prisons to be imprisoned for a term of 42 months

2  as to Count 1.  Upon his release from imprisonment, he shall be

3  placed in -- let me make a statement here.

4        Mr. Mendez, you are getting a sentence that's a bit

04:25  5  higher than anyone else.  That's because I agree with the

6  statements made, I think you are the most culpable here.  I

7  think someone who demands a bribe in order to get involved in a

8  business transaction or payment to get into the game, so to

9  speak, that person is more culpable than the person who wants

04:25  10  to do business but is unable to do so unless he pays that

11  bribe, so that's why.  And it's also reflected in the two-plus

12  level that you got in the Presentence Investigation Report, and

13  is set forth in the guidelines.

14        Because it's, I think, a serious violation of your

04:26  15  fiduciary duty as a representative or officer of Bolivia.  So I

16  think that justifies a little higher sentence than the others.

17        In any event, upon release from imprisonment,

18  Mr. Mendez shall be placed on supervised release for a term of

19  three years as to Count 1.  Within 72 hours of his release, he

04:26  20  shall report in person to the probation office in the district

21  into which he's released.

22        While on supervised release, he shall comply with the

23  mandatory and standard conditions of supervised release, which

24  have been adopted by this Court, which includes not committing

04:26  25  any crimes, possessing a firearm or other dangerous device or

1  weapon, any controlled substance, and shall comply with the

2  collection of DNA.

3         He shall also comply with the special conditions which

4  are as follows:  Cooperating with immigration authorities

04:26  5  during his removal proceedings.  Also, permissible search,

6  financial disclosure requirement, unpaid restitution, fines and

7  special assessments, all as noted and described in greater

8  detail in Note F of the Presentence Investigation Report.

9         I will note this:  If he's not successful with his

04:27  10  immigration petition, if he's here -- it will continue

11  obviously until he's removed, he'll comply with these

12  conditions.  If he is removed, obviously, he's going to be

13  nonreporting supervised release.  He shall immediately pay to

14  the United States a special assessment of $100.

04:27  15         Therefore, the total sentence is 42 months

16  imprisonment followed by three years of supervised release

17  under the terms I've just outlined, and a special assessment of

18  $100.

19         Mr. Mendez, not that sentence has been imposed, do you

04:27  20  or your counsel object to the Court's findings of fact or the

21  manner in which sentence has been pronounced here this

22  afternoon?

23         **MR. MAGILLIGAN:**  There's no objection, Your Honor.

24         **THE COURT:**  Let me tell you about your right to

04:27  25  appeal.

1        Again, pursuant to the rules of criminal procedure,

2   you have the right to appeal the sentence I've just imposed.

3   If it's your desire to appeal, you must file a notice of appeal

4   within 14 days after the entry of judgment against you.  If you

5   are unable to pay the cost of that appeal, the government will

6   pay for your appeal, including providing legal counsel.

7        Do you understand you have those rights?

8        **DEFENDANT SERGIO RODRIGO MENDEZ-MENDIZABAL:**  Yes.

9        **THE COURT:**  Anything else?  Any recommendations or

04:28  10   anything?

11       **MR. SCHWARTZ:**  Just that his wife and daughter live in

12   Naples, Judge, so that there be a recommendation that be at the

13   appropriate facility closest to them.

14       **THE COURT:**  I will make that recommendation.

04:28  15       And last, whether it's the least amount, we'll soon

16   find out.

17       Again, with Mr. Lichtenfeld, I've also considered the

18   statements and recommendations with regard to you made by the

19   parties in this case.  I've reviewed the Presentence

04:28  20   Investigation Report and established the advisory guidelines,

21   and for everybody, I think I've made it pretty clear, I have

22   gone away from guidelines for among other reasons, the

23   Rodriguez principle, but I have considered the guidelines and

24   the statutory factors that are set forth in 18 United States

04:29  25   Code, Section 3553(a).

1          I find that in this case that Mr. Lichtenfeld is able

2    to pay a fine and I'm going to order a fine of $75,000, and

3    there's no particular rhyme or reason.  He's got more than

4    enough wealth to take care of that, but I'm thinking he's going

04:29  5    to pay, to a great extent, for his own cost of incarceration.

6    That's about as good a reason as any, that will be more than

7    $75,000.  But I think $75,000 at least sends a small message

8    that I think is appropriate in this case.

9          Therefore, it's the judgment of the Court that the

04:29 10   defendant, Philip Lichtenfeld is committed to the Bureau of

11   Prisons for a terms of 26 months, as to the count in the

12   information.  He shall also pay a fine in the amount of

13   forty-five -- $75,000, I'm sorry.

14         And that fine is to be paid -- shall be paid

04:30 15   immediately, and the fine shall be made payable to the Clerk,

16   United States Courts and it shall be forwarded to the U.S.

17   clerk's office, attention financial section, 400 North Miami

18   Avenue, Room 8N09, Miami, Florida 33128.

19         Upon his release from imprisonment, defendant shall be

04:30 20   placed on supervised release for term of three years, again, as

21   to the one count in the information.  Within 72 hours of his

22   release, he shall report in person to the probation office in

23   the district into which he's released, and while on supervised

24   release he shall comply with all the mandatory and standard

04:30 25   conditions of supervised release which have been adopted by

1  this Court, including not committing any crimes, not possessing

2  a firearm or other dangerous device or weapon, any controlled

3  substance, and shall cooperate with the collection of his DNA

4  sample.  He shall also comply with the following special

04:31  5  conditions which are set forth in greater detail in Part F of

6  the Presentence Investigation Report:  Financial disclosure,

7  permissible search, unpaid restitution, fines and special

8  assessments.  In addition, he shall, in each of his three years

9  of supervised release, shall perform community service hours as

04:31  10  follows:  300 hours of community service if he's fully

11  employed, 1,000 hours if he's not fully employed, and a pro

12  rata number of hours based on the amount of his part-time

13  employment.  Again, that's to be performed on a yearly basis,

14  not carrying one year's obligation to the next.

04:31  15          Therefore, the total sentence is 26 months in prison,

16  three years of supervised release under the terms I've just

17  outlined, a $75,000 fine, a special assessment of $100.

18          Again, you have agreed to the forfeiture, submit the

19  order to me as soon as you can, but hopefully by Monday.

04:32  20          **AUSA SIMON:**  Your Honor, he has paid the $500,000.

21  He's forfeited that already.

22          **THE COURT:**  I don't need an order then?  Do I need an

23  order?  You'll figure it out.  If I need an order, submit it.

24          **AUSA SIMON:**  Yes, we will, Your Honor.  Thank you.

04:32  25          **THE COURT:**  Mr. Lichtenfeld, now that sentence has

1  been imposed, do you or your counsel have an objection to the

2  manner in which the sentence has been --

3          **MR. SCHWARTZ:**  No objection.

4          **THE COURT:**  -- pronounced or any facts set forth here?

5          **MR. SCHWARTZ:**  No objection.

6          **THE COURT:**  Let me tell you about your right to

7  appeal.  Pursuant to the rules of criminal procedure, you have

8  the right to appeal.  Should you desire to appeal, you must

9  file a notice of appeal within 14 days after the entry of

04:32 10  judgment against you, if you're unable to pay the cost of that

11  appeal, the government will pay for your appeal and provide

12  legal counsel.

13          Do you understand you have those rights?

14          **DEFENDANT PHILIP LICHTENFELD:**  Yes, I do.

04:32 15          **THE COURT:**  Any recommendations?

16          **MR. SCHWARTZ:**  Yes, placement in South Florida,

17  closest to South Florida.

18          **THE COURT:**  I will make a recommendation to be placed

19  in a facility as close and available and appropriate to South

04:33 20  Florida as possible.

21          **MR. SCHWARTZ:**  Thank you.

22          **THE COURT:**  Now, with regards to surrender date, you

23  wanted to say anything about that?

24          **AUSA SIMON:**  Yes, Your Honor.  Murillo's trial date is

04:33 25  currently scheduled for November 28th of this year.  He's the

1  fifth defendant in this conspiracy.  The government joins

2  defendant Luis Berkman, Bryan Berkman, Lichtenfeld in

3  requesting a surrender date after the trial.  All of the

4  defendants are expected to be witnesses in Murillo's trial and

04:33  5  a surrender date after November 28th, would assist with trial

6  prep logistics.

7       THE COURT:  I assume the defendants have no objection

8  to that?

9       MR. SCHWARTZ:  No objection.

04:33  10       THE COURT:  That's what we'll do.

11       Without getting into the details or any of the merits,

12  put that trial way, way, way over.  I think November?

13       AUSA SIMON:  It's in -- November 28th is when it's

14  scheduled for, Your Honor.

04:33  15       THE COURT:  Okay.  How is that coming along?

16       AUSA SIMON:  The government is prepared to go on that

17  date, Your Honor.

18       THE COURT:  Should I make it shorter, sooner so that

19  these people can move on with their lives?  I mean, you've now

04:34  20  had the chance to look at all of the documents and things.

21       AUSA SIMON:  Well, I mean, we had it --

22       THE COURT:  I think everybody overstated the amount of

23  work.  Think about that, talk to your opposing counsel, see if

24  you want to do something different about that.

04:34  25       AUSA SIMON:  Okay.  Thank you, Your Honor.

1           THE COURT:  Anything else?

2           THE COURTROOM DEPUTY:  Judge, I need a date for

3    surrender.  I can't have after the trial.  I need an exact

4    date.

04:34    5           THE COURT:  What's the trial date?

6           AUSA SIMON:  November 28th, Your Honor.

7           THE COURT:  Let's make it the second Monday in

8    December.  Let me know if there is anything to change that

9    date.

10           AUSA SIMON:  Yes, Your Honor.

11           THE COURT:  Did you all hear that?  The second Monday

12    in December, whatever that date is.  December, D as in Delta.

13           MR. NADLER:  So surrender date, second Monday in

14    December.  I got it.

04:35   15           THE COURT:  Anything else from anybody?

16           AUSA SIMON:  Not from the government.

17           MR. SCHWARTZ:  No, Judge, thank you.

18           THE COURT:  Let me just, again, while everybody is

19    here and I've got a big audience, I just want to compliment the

04:35   20    lawyers, both sides, and I will say this:  I know there's a lot

21    of work that went into these sentencing memos and things.  And,

22    quite frankly, I'm a little bit surprised that the sentences

23    are as low as they are.  I don't think if you'd asked me a week

24    ago, I would have had them this low, I would have thought they

04:35   25    would have be this low.

1        Anyway, good luck to you all.

2        **MR. DeMARIA**:  Thank you, Your Honor.

3        **MR. NADLER**:  Thank you, Your Honor.

4        (Thereupon, the above hearing was concluded.)

5

6                    *          *          *

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1 <u>**C E R T I F I C A T E**</u>

2

3      I hereby certify that the foregoing is an accurate

4 transcription of the proceedings in the above-entitled

5 matter.

6

8   06/30/2022                      _____

9   DATE COMPLETED      GIZELLA BAAN-PROULX, RPR, FCRR

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## #

**#1600** [1] - 1:23

## $

**$1,000,000** [4] - 5:9, 5:13, 6:2, 31:17
**$100** [7] - 72:1, 72:4, 75:7, 75:10, 78:14, 78:18, 81:17
**$100,000** [1] - 31:3
**$120,000** [1] - 44:13
**$2,000,000** [7] - 5:15, 5:25, 9:19, 10:9, 31:17, 32:6, 33:16
**$20,000** [2] - 46:5, 47:4
**$250,000** [2] - 37:3, 61:13
**$3.357** [1] - 5:21
**$30,000** [6] - 46:7, 46:11, 46:14, 61:11, 61:12
**$500,000** [9] - 32:9, 32:19, 32:20, 54:22, 55:10, 60:7, 60:22, 60:25, 81:20
**$650,000** [1] - 12:16
**$75,000** [5] - 80:2, 80:7, 80:13, 81:17
**$820,000** [1] - 62:10
**$875,000** [1] - 12:10

## 0

**06/28/2022** [1] - 86:8

## 1

**1** [10] - 4:4, 7:23, 8:3, 8:5, 17:20, 31:19, 37:1, 74:5, 77:2, 77:19
**1,000** [3] - 71:22, 75:4, 81:11
**100** [1] - 2:5
**108** [5] - 8:9, 21:23, 22:2, 22:4, 22:7
**12** [2] - 45:14, 46:13
**120** [7] - 9:1, 9:2, 13:22, 15:4, 16:5, 27:7, 30:22
**121** [4] - 7:24, 15:21, 16:4, 18:25
**122** [1] - 33:10
**13-year-old** [1] - 50:10
**130** [1] - 33:24
**1300** [1] - 2:5
**135** [1] - 8:9
**139** [2] - 13:7, 13:8
**14** [4] - 72:23, 75:24, 79:4, 82:9
**140** [2] - 13:7, 13:15
**15** [6] - 24:15, 24:17, 46:8, 46:13, 46:25, 49:18
**151** [3] - 7:24, 8:3, 8:4
**16** [2] - 71:13, 74:21

## 2

**18** [3] - 6:19, 76:18, 79:24
**180** [2] - 24:3, 33:11
**188** [1] - 8:3
**19-CR-20004** [1] - 21:21
**1956** [1] - 7:14
**1957** [1] - 7:14

## 2

**2** [6] - 1:20, 1:23, 4:5, 21:24, 37:2, 38:19
**2.2** [7] - 54:11, 54:21, 55:11, 57:21, 57:22, 57:23, 58:3
**2.3** [2] - 5:21, 32:12
**20** [4] - 22:12, 33:25, 35:9, 47:2
**2017** [1] - 25:9
**2018** [1] - 25:7
**2021** [1] - 46:9
**2022** [1] - 1:5
**20th** [1] - 12:2
**21-CR-60255** [1] - 1:2
**21-CR-60256** [1] - 1:2
**21-CR-60257** [1] - 1:2
**21-CR-60258** [1] - 1:2
**225** [1] - 36:21
**24** [9] - 9:5, 9:10, 18:11, 19:3, 22:11, 22:12, 31:3, 35:9, 50:21
**24-month** [1] - 18:17
**250** [3] - 10:11, 37:9
**250,000** [1] - 54:22
**26** [2] - 80:11, 81:15
**27** [2] - 11:15, 16:6
**2750** [1] - 1:20
**28** [3] - 15:11, 74:5, 75:8
**28th** [4] - 82:25, 83:5, 83:13, 84:6
**299** [1] - 2:11
**2X** [1] - 23:16

## 3

**3** [1] - 4:6
**3.357** [1] - 32:10
**3.4** [1] - 32:11
**3.6** [1] - 32:7
**300** [4] - 13:11, 71:20, 75:2, 81:10
**303-2327** [1] - 2:12
**305** [6] - 1:17, 1:21, 1:24, 2:3, 2:6, 2:12
**31** [1] - 8:9
**32** [1] - 7:23
**33** [1] - 5:21
**33021** [1] - 2:2
**33128** [1] - 80:18
**33131** [2] - 1:20, 1:24
**33132** [2] - 1:16, 2:6

## 33301

**33301** [1] - 2:11
**34** [1] - 8:1
**35** [6] - 20:2, 21:24, 22:5, 22:8, 22:10, 22:16
**3553** [2] - 52:19, 62:23
**3553(a** [3] - 6:20, 69:20, 70:13
**3553(a)** [7] - 63:6, 70:4, 70:15, 73:25, 76:19, 76:21, 79:25
**36** [5] - 21:22, 22:2, 22:7, 22:13, 35:11
**371** [1] - 7:17
**379-5661** [1] - 2:6
**38** [2] - 70:22, 72:2
**3900** [1] - 2:2

## 4

**4.6** [2] - 32:24, 33:20, 34:22, 34:23, 34:24
**4.7** [1] - 10:9
**40** [1] - 22:23
**40-something** [1] - 22:22
**400** [1] - 80:17
**401(k** [1] - 13:13
**42** [2] - 77:1, 78:15
**442-6547** [1] - 1:21
**46** [3] - 25:8, 35:8, 35:11
**469-1870** [1] - 2:3
**48** [2] - 25:8, 35:6
**4th** [1] - 1:16

## 5

**5.6** [3] - 5:19, 34:22, 34:24
**50** [5] - 14:15, 30:4, 46:21, 46:23, 46:24
**50,000** [1] - 31:2
**500** [2] - 33:11, 33:21
**500,000** [1] - 32:19
**503** [1] - 12:2
**51** [1] - 35:7
**53** [1] - 25:11
**57** [2] - 25:8, 25:10
**59** [2] - 63:21, 64:17
**5:00** [1] - 56:3
**5K** [5] - 21:19, 22:9, 22:15, 30:13
**5K1.1** [3] - 21:4, 21:11, 23:5
**5K1s** [1] - 23:5

## 6

**6.5** [1] - 34:21
**60** [10] - 8:25, 15:4, 15:5, 19:9, 19:21, 27:7, 30:22, 44:19, 45:6
**60-month** [1] - 42:19
**614-1400** [1] - 1:24
**649** [1] - 12:18

## 650

**650** [7] - 12:19, 12:22, 13:5, 33:10, 36:21, 37:2, 37:9

## 7

**700** [2] - 33:8, 33:23
**70s** [1] - 13:25
**71** [1] - 25:10
**72** [4] - 70:24, 74:8, 77:19, 80:21
**78** [2] - 15:11, 15:22

## 8

**80** [1] - 46:9
**84** [2] - 24:3, 24:16
**87** [5] - 21:22, 22:1, 22:2, 22:3, 22:7
**88** [1] - 8:5
**8N09** [1] - 80:18

## 9

**9** [3] - 1:5, 28:10, 35:5
**961-9247** [1] - 1:17
**97** [1] - 15:11
**99** [1] - 1:16
**9:00** [1] - 67:5

## A

**aback** [1] - 54:8
**aberrant** [1] - 13:21
**ability** [2] - 39:25, 49:12
**able** [8] - 11:13, 52:2, 52:7, 56:23, 67:19, 67:24, 70:18, 80:1
**above-entitled** [1] - 86:4
**Absolutely** [1] - 56:13
**absolutely** [1] - 27:11
**accept** [3] - 53:20, 67:24, 68:15
**according** [2] - 17:14, 17:15
**accordingly** [1] - 60:20
**account** [5] - 5:22, 11:9, 11:11, 13:13, 32:17
**accounts** [6] - 25:24, 42:5, 42:11, 43:10, 43:11, 62:4
**accurate** [1] - 86:3
**accused** [1] - 62:18
**acknowledge** [4] - 44:11, 60:10, 69:22, 69:23
**act** [4] - 38:14, 38:15, 39:6, 52:5
**Act** [2] - 27:16, 62:4
**action** [1] - 62:1
**actions** [6] - 40:3, 48:2, 51:8, 67:8, 68:16, 69:2
**active** [3] - 42:21, 47:20, 60:18

**acts** [3] - 50:18, 51:1, 51:10
**actual** [1] - 62:23
**add** [2] - 6:17, 34:14
**addition** [8] - 4:16, 23:22, 62:10, 62:14, 63:1, 69:22, 71:13, 81:8
**additional** [5] - 7:25, 8:7, 12:11, 42:3, 44:23
**address** [2] - 31:19, 36:13
**addressed** [1] - 38:20
**admits** [1] - 40:24
**admitted** [2] - 6:5, 6:16
**adopt** [1] - 45:6
**adopted** [4] - 71:3, 74:12, 77:24, 80:25
**advantage** [1] - 50:6
**advice** [2] - 6:11, 6:14
**advise** [1] - 4:9
**advised** [1] - 6:25
**advisory** [6] - 7:24, 8:8, 70:11, 73:23, 76:16, 79:20
**advocacy** [1] - 28:11
**advocates** [1] - 26:22
**affected** [2] - 27:9, 45:4
**afternoon** [10] - 3:6, 3:8, 3:16, 4:4, 4:6, 4:8, 48:17, 72:18, 75:19, 78:22
**ago** [1] - 84:24
**agree** [21] - 10:24, 18:4, 19:18, 19:19, 21:5, 21:12, 21:17, 22:13, 29:3, 31:20, 34:25, 42:24, 43:4, 44:5, 44:9, 54:8, 54:9, 55:16, 58:10, 77:5
**agreed** [10] - 11:17, 12:4, 16:24, 16:25, 55:9, 60:23, 72:12, 72:13, 76:17, 81:18
**agreeing** [1] - 39:21
**agreement** [8] - 8:10, 11:7, 11:25, 16:11, 17:15, 43:9, 47:11, 60:3
**agreements** [1] - 27:5
**agrees** [3] - 34:9, 34:10, 54:16
**ahead** [3] - 9:25, 36:14, 50:13
**Alabama** [1] - 73:17
**Aleph** [2] - 66:6
**ALL** [1] - 2:19
**allocute** [1] - 3:23
**allow** [2] - 7:9, 72:12
**allowed** [1] - 42:5
**allowing** [1] - 39:18
**allows** [3] - 11:13, 35:17
**almost** [3] - 46:7, 46:11, 65:11
**alone** [1] - 64:13
**alternative** [1] - 66:7
**Alvarado** [1] - 4:7

**Amendment** [1] - 10:14
**amends** [4] - 67:10, 68:9, 68:14, 68:20
**America** [1] - 53:8
**AMERICA** [2] - 1:4, 1:15
**American** [3] - 30:6, 32:17, 37:4
**amount** [12] - 12:10, 14:18, 36:12, 42:9, 44:12, 71:25, 75:5, 79:15, 80:12, 81:12, 83:22
**amounts** [1] - 20:1
**AND** [1] - 1:7
**announce** [1] - 3:23
**announced** [1] - 32:23
**annual** [1] - 46:7
**answer** [3] - 41:10, 41:13, 41:17
**anyway** [4] - 6:19, 35:2, 65:24, 85:1
**apart** [1] - 67:18
**Apartment** [1] - 12:2
**apologize** [7] - 39:19, 47:9, 48:11, 51:9, 57:8, 67:7, 67:10
**appeal** [24] - 72:20, 72:22, 72:23, 72:25, 73:1, 75:22, 75:23, 75:24, 76:1, 76:2, 78:25, 79:2, 79:3, 79:5, 79:6, 82:7, 82:8, 82:9, 82:11
**Appeals** [1] - 35:17
**appear** [1] - 65:17
**appearances** [1] - 2:25
**apples** [4] - 17:8, 17:9, 17:10
**application** [1] - 15:7
**applied** [1] - 61:4
**applies** [4] - 22:25, 69:18, 69:22, 70:4
**apply** [5] - 19:4, 19:5, 19:8, 40:12, 76:2
**appreciate** [4] - 6:14, 59:23, 65:14, 76:11
**appropriate** [13] - 7:12, 12:5, 20:12, 61:5, 69:10, 69:19, 70:14, 73:19, 76:10, 76:20, 79:13, 80:8, 82:19
**area** [1] - 44:17
**Argentina** [1] - 64:1
**Argentine** [1] - 32:13
**Argentinian** [1] - 64:11
**argue** [1] - 40:16
**arguing** [2] - 13:19, 37:7
**argument** [8] - 13:21, 16:8, 17:12, 27:12, 29:18, 30:2, 40:11, 45:6
**arguments** [3] - 9:23, 27:12, 28:1
**arm's** [2] - 56:9, 56:10
**arms** [1] - 34:20

**arrest** [2] - 9:8, 55:25
**arthritis** [1] - 20:10
**ashamed** [1] - 51:9
**aside** [2] - 16:5, 64:9
**aspect** [3] - 21:8, 42:22, 42:23
**aspects** [1] - 45:4
**assessment** [7] - 72:1, 72:4, 75:6, 75:10, 78:14, 78:17, 81:17
**assessments** [4] - 71:10, 74:18, 78:7, 81:8
**assist** [1] - 83:5
**assistance** [1] - 21:2
**Assistant** [1] - 3:2
**assume** [4] - 4:9, 21:25, 27:18, 51:8, 83:7
**assuming** [2] - 65:5, 65:6
**astray** [1] - 67:24
**Atlanta** [6] - 29:9, 29:11, 29:22, 73:14, 73:16, 73:17
**attending** [1] - 68:11
**attention** [2] - 58:23, 80:17
**Attorney** [1] - 3:2
**attorney** [4] - 3:3, 32:20, 55:1, 55:19
**Attorney's** [1] - 1:15
**attorneys** [1] - 55:5
**audience** [2] - 5:2, 84:19
**AUSA** [51] - 1:14, 1:15, 2:24, 3:1, 8:11, 8:18, 8:21, 8:25, 10:20, 12:8, 12:22, 23:11, 23:17, 23:21, 23:25, 24:7, 24:10, 24:12, 24:14, 24:19, 24:23, 25:2, 25:5, 26:5, 26:9, 26:17, 26:24, 27:11, 27:14, 27:17, 27:20, 34:14, 44:9, 60:5, 61:1, 61:7, 69:7, 69:12, 72:10, 75:13, 75:15, 81:20, 81:24, 82:24, 83:13, 83:16, 83:21, 83:25, 84:6, 84:10, 84:16
**authorities** [1] - 78:4
**available** [4] - 6:8, 73:19, 76:10, 82:19
**Avenue** [2] - 12:2, 80:18
**await** [1] - 67:12
**aware** [5] - 5:2, 49:16, 57:16, 59:14, 60:11, 60:13
**awful** [1] - 50:12

**B**

**BAAN** [2] - 2:9, 86:9
**BAAN-PROULX** [2] - 2:9, 86:9
**baby** [1] - 44:22
**background** [1] - 7:13
**bad** [9] - 17:19, 31:7, 38:14, 39:6, 45:25, 61:19, 65:18,

65:20, 65:21
**balanced** [1] - 15:2
**bank** [5] - 25:24, 32:17, 42:5, 43:10, 53:18
**Bank** [1] - 32:17
**banking** [1] - 53:25
**based** [13] - 5:10, 6:12, 7:8, 8:9, 48:19, 69:16, 69:17, 70:17, 71:25, 74:1, 75:5, 76:21, 81:12
**basis** [6] - 46:7, 47:10, 71:21, 75:3, 81:13
**become** [2] - 37:23, 60:10
**becomes** [2] - 29:15, 57:16
**BEFORE** [1] - 1:11
**beg** [1] - 52:2
**beginning** [3] - 31:21, 43:19, 63:22
**behalf** [8] - 3:1, 3:7, 3:9, 3:11, 3:14, 9:11, 25:17, 26:6
**behavior** [2] - 13:21, 58:12
**beholder** [2] - 59:19, 59:24
**beings** [1] - 65:18
**believes** [2] - 46:21, 46:24
**below** [7] - 13:22, 19:9, 30:12, 30:14, 30:19, 70:14, 76:19
**beneficent** [1] - 65:4
**benefit** [7] - 21:13, 27:13, 27:22, 40:14, 43:1, 48:18, 49:5
**benefits** [1] - 49:1
**benevolent** [1] - 65:8
**BERKMAN** [8] - 1:6, 1:16, 1:19, 1:23, 39:17, 47:25, 73:3, 76:4
**Berkman** [56] - 2:22, 3:7, 3:9, 7:13, 7:16, 7:22, 8:8, 8:14, 9:1, 9:2, 9:4, 10:1, 11:4, 11:5, 12:11, 16:17, 16:20, 16:23, 17:4, 19:9, 19:11, 19:17, 19:18, 20:8, 28:5, 37:2, 38:12, 40:22, 41:5, 41:14, 41:21, 42:1, 44:5, 44:9, 44:10, 44:11, 44:21, 53:10, 60:19, 70:7, 70:21, 72:15, 73:20, 74:4, 74:6, 75:11, 75:16, 83:2
**Berkman's** [3] - 25:22, 32:17, 40:20
**beside** [1] - 48:1
**best** [2] - 4:1, 50:13
**betrayed** [2] - 68:5
**better** [2] - 47:14, 69:24
**between** [5] - 5:18, 16:8, 23:8, 32:12, 62:13
**beyond** [2] - 20:13, 35:5
**bid** [1] - 41:24
**big** [4] - 22:17, 38:10, 84:19
**billions** [1] - 22:16

**bills** [1] - 11:15
**birth** [1] - 48:7
**Biscayne** [3] - 1:20, 1:23, 2:5
**bit** [6] - 6:17, 6:18, 48:1, 65:1, 77:4, 84:22
**bleed** [1] - 28:1
**block** [1] - 68:10
**blood** [1] - 20:10
**blue** [1] - 73:6
**Blvd** [5] - 1:20, 1:23, 2:2, 2:5, 2:11
**BMW** [1] - 46:10
**board** [4] - 8:16, 30:11, 40:12, 69:23
**body** [1] - 60:2
**Bolivia** [20] - 5:14, 5:16, 29:5, 31:13, 33:23, 34:4, 36:25, 39:20, 49:10, 49:11, 49:18, 51:23, 53:7, 60:15, 62:2, 63:21, 64:1, 67:8, 77:15
**Bolivia's** [1] - 31:14
**Bolivian** [16] - 5:9, 5:25, 36:11, 50:17, 53:2, 53:11, 53:20, 55:3, 57:12, 57:16, 62:1, 62:9, 63:23, 64:3, 64:11
**bond** [7] - 43:13, 54:25, 56:23, 72:13
**bonds** [2] - 32:19, 32:21
**book** [1] - 31:23
**books** [2] - 14:15, 31:21
**BOP** [3] - 35:20, 36:2, 36:3
**border** [1] - 60:14
**borders** [1] - 64:5
**bother** [1] - 45:17
**bottle** [1] - 53:6
**bottom** [3] - 8:16, 9:4, 40:21
**bought** [1] - 47:16
**brand** [1] - 47:5
**Braun** [1] - 4:6
**Brazil** [8] - 32:7, 54:14, 54:15, 54:19, 55:1, 64:4, 64:7, 64:13
**Brazilian** [4] - 32:13, 43:15, 53:13, 55:5
**break** [1] - 20:7
**breaking** [2] - 31:2, 31:10
**bribe** [15] - 12:13, 18:5, 32:6, 33:1, 34:2, 41:24, 54:18, 54:19, 55:12, 57:16, 60:14, 77:7, 77:11
**briberies** [1] - 32:5
**bribery** [12] - 5:9, 5:13, 6:3, 7:19, 16:19, 19:25, 20:1, 25:17, 27:10, 31:20, 41:9, 42:22
**bribes** [11] - 20:15, 21:22,

25:21, 25:23, 33:12, 33:23, 34:14, 56:18, 56:20, 57:1, 60:15
**bribing** [5] - 5:9, 5:17, 26:2, 31:9, 31:24
**brief** [9] - 20:5, 22:11, 23:12, 23:22, 25:5, 29:5, 35:5, 35:6, 35:14
**briefly** [1] - 36:19
**briefs** [1] - 63:16
**bring** [1] - 66:13
**bringing** [3] - 39:22, 58:23, 66:16
**brings** [1] - 61:2
**broken** [1] - 48:4
**brought** [7] - 37:22, 39:2, 39:4, 40:23, 41:6, 42:7, 43:7
**Broward** [1] - 2:11
**Bryan** [36] - 2:22, 3:9, 7:16, 8:8, 9:2, 9:6, 19:8, 19:18, 25:22, 32:16, 38:12, 39:2, 39:3, 39:4, 40:7, 40:17, 40:19, 40:22, 41:4, 41:5, 41:15, 41:20, 41:22, 41:23, 42:8, 44:5, 44:9, 44:11, 44:17, 45:18, 53:12, 59:19, 73:20, 74:4, 83:2
**BRYAN** [4] - 1:6, 1:23, 47:25, 76:4
**Bryan's** [2] - 42:4, 43:10
**builds** [1] - 32:14
**bump** [1] - 8:7
**Bureau** [6] - 70:21, 70:25, 74:4, 74:8, 77:1, 80:10
**business** [12] - 18:6, 26:7, 34:20, 44:24, 49:12, 53:6, 53:7, 56:11, 62:2, 62:5, 77:8, 77:10
**businesses** [1] - 38:13
**businessman** [4] - 37:22, 37:24, 38:6, 64:11
**businessmen** [1] - 15:1
**Butner** [1] - 36:4
**BY** [1] - 2:9

**C**

**camp** [1] - 36:4
**Campo** [1] - 17:8
**cannot** [1] - 40:1
**cap** [1] - 44:19
**caps** [1] - 53:6
**car** [2] - 46:10, 47:5
**care** [4] - 38:2, 47:16, 47:17, 80:4
**Care** [1] - 29:11
**career** [4] - 14:24, 37:11, 39:24, 51:13
**carefully** [1] - 21:18
**cargo** [2] - 64:4, 64:17

**Carlos** [2] - 24:3, 24:14
**carry** [1] - 71:21
**carrying** [1] - 81:14
**case** [34] - 5:8, 6:14, 9:19, 10:17, 14:19, 14:20, 17:24, 20:2, 20:4, 20:14, 20:22, 24:24, 25:15, 26:13, 26:14, 30:21, 35:21, 36:8, 36:9, 39:3, 42:13, 43:8, 49:9, 49:24, 51:13, 59:4, 61:25, 67:11, 69:19, 70:16, 79:19, 80:1, 80:8
**CASE** [1] - 1:2
**Case** [1] - 21:21
**cases** [39] - 7:18, 14:14, 17:7, 19:24, 19:25, 20:6, 21:6, 21:18, 22:10, 22:12, 22:13, 22:15, 22:20, 23:3, 23:5, 23:10, 23:12, 23:22, 24:25, 25:16, 25:19, 26:6, 26:10, 26:11, 26:14, 27:2, 27:3, 28:12, 30:11, 35:3, 35:4, 35:12, 38:9, 50:14, 59:1, 59:2, 59:3, 59:8
**cash** [6] - 13:6, 16:13, 54:24, 54:25, 60:15, 62:9
**categorizing** [1] - 59:16
**caused** [3] - 40:2, 51:10, 68:8
**cautionary** [2] - 50:19
**cell** [1] - 49:20
**Center** [1] - 62:4
**certainly** [2] - 44:18, 60:17
**certify** [1] - 86:3
**cetera** [3] - 13:21, 43:17
**Chabad** [1] - 68:10
**chair** [1] - 48:3
**challenge** [1] - 67:13
**chance** [2] - 3:23, 83:20
**change** [2] - 12:19, 84:8
**changed** [2] - 41:25, 68:19
**character** [2] - 52:18, 58:14
**characteristics** [7] - 14:2, 14:10, 19:23, 35:13, 36:13, 44:21, 48:21
**charge** [2] - 7:15, 42:25
**charged** [6] - 7:14, 7:17, 30:23, 42:23, 43:24, 60:19
**charges** [3] - 7:18, 7:20, 55:21
**charging** [3] - 27:8, 42:18, 59:16
**charitable** [2] - 14:3, 28:15
**charities** [1] - 28:21
**charity** [2] - 28:23, 29:22
**cherished** [1] - 66:2
**child** [2] - 46:6, 66:18
**children** [9] - 40:1, 44:23, 46:6, 51:22, 66:16, 67:13, 67:15, 67:17, 68:24

**children's** [1] - 47:21
**choices** [1] - 67:20
**chose** [2] - 7:1, 17:2
**church** [1] - 28:23
**Circuit** [3] - 17:8, 32:1, 37:6
**circumstances** [3] - 5:7, 35:7, 76:21
**cite** [2] - 22:20, 28:14
**cited** [9] - 22:11, 22:23, 23:11, 23:22, 27:3, 28:12, 59:1, 59:2
**cites** [1] - 59:2
**citizen** [1] - 49:5
**civil** [1] - 11:11
**clarify** [1] - 60:6
**clawed** [1] - 57:19
**claws** [1] - 57:17
**clear** [5] - 16:25, 55:11, 56:14, 68:18, 79:21
**Clerk** [1] - 80:15
**clerk's** [1] - 80:17
**client** [28] - 10:23, 13:20, 14:24, 17:12, 26:23, 33:10, 42:16, 48:22, 49:4, 49:7, 49:12, 50:5, 50:15, 50:18, 51:2, 52:20, 53:2, 54:10, 54:19, 55:2, 56:24, 57:14, 59:13, 59:18, 62:19, 63:7, 63:11, 65:24
**client's** [2] - 48:21, 61:25
**clients** [3] - 6:24, 31:6, 36:3
**close** [10] - 5:15, 13:16, 33:16, 73:13, 73:15, 73:18, 76:7, 76:10, 82:19
**closest** [3] - 73:16, 79:13, 82:17
**clothing** [1] - 48:22
**co** [2] - 52:24, 59:2
**co-counsel** [1] - 52:24, 59:2
**Code** [3] - 6:20, 76:18, 79:25
**codefendants** [1] - 48:23
**coined** [1] - 65:2
**collateral** [2] - 61:24, 62:24
**colleagues** [1] - 14:17
**collection** [4] - 71:7, 74:16, 78:2, 81:3
**comfort** [1] - 67:14
**coming** [6] - 6:20, 21:8, 21:9, 45:24, 63:2, 83:15
**commands** [1] - 28:17
**commenced** [1] - 62:2
**comment** [1] - 4:22
**comments** [2] - 28:25, 69:15
**commit** [2] - 39:19, 52:5
**commitment** [2] - 52:4, 69:2
**committed** [4] - 70:21,

74:4, 76:25, 80:10
**committing** [3] - 71:5,
77:24, 81:1
**community** [11] - 14:3,
28:16, 38:19, 45:1, 45:15,
71:19, 71:20, 71:23, 75:1,
81:9, 81:10
**companies** [2] - 42:6, 53:8
**company** [17] - 5:24, 25:22,
26:7, 26:12, 38:10, 38:12,
38:13, 41:10, 41:18, 41:19,
42:4, 43:15, 53:13, 54:14,
54:15
**compared** [2] - 15:21,
59:13
**comparison** [1] - 41:3
**compass** [1] - 68:3
**compassion** [1] - 40:4
**compelling** [1] - 9:23
**complete** [1] - 68:15
**COMPLETED** [1] - 86:9
**complex** [1] - 5:4
**compliment** [2] - 4:11,
84:19
**comply** [10] - 71:2, 71:8,
74:11, 74:16, 77:22, 78:1,
78:3, 78:11, 80:24, 81:4
**compromise** [1] - 69:4
**concluded** [1] - 85:4
**conclusion** [1] - 63:2
**condition** [2] - 51:15
**conditional** [1] - 10:2
**conditions** [10] - 20:10,
71:3, 71:9, 74:11, 74:17,
77:23, 78:3, 78:12, 80:25,
81:5
**condone** [1] - 70:2
**Condor** [8] - 32:7, 32:15,
39:4, 41:7, 54:24, 55:2,
57:13, 57:21
**condor's** [1] - 33:18
**conduct** [16] - 14:19, 16:9,
17:3, 19:12, 39:23, 40:19,
40:20, 41:4, 41:5, 45:7,
55:13, 55:17, 55:18, 56:14,
57:2, 69:8
**conducted** [1] - 41:4
**confined** [2] - 71:15, 74:22
**confinement** [7] - 9:12,
9:14, 9:15, 45:15, 71:14,
71:17, 74:25
**confirm** [1] - 15:14
**Congressman** [1] 47:8
**connection** [1] - 68:12
**connections** [5] - 30:6,
39:3, 41:7, 41:15, 42:4
**consequence** [1] - 42:25
**consequences** [2] - 61:24,
62:25
**conservative** [1] - 62:11

**consider** [8] - 5:23, 7:10,
21:6, 21:10, 28:20, 35:12,
59:4, 68:4
**consideration** [15] - 6:10,
6:11, 16:1, 20:9, 28:17,
28:19, 29:14, 29:15, 29:17,
37:17, 44:25, 62:24, 64:19,
69:24, 73:24
**considered** [9] - 46:9, 70:8,
70:10, 70:12, 73:21, 76:14,
76:17, 79:17, 79:23
**considering** [2] - 6:19,
50:17
**conspiracy** [8] - 5:5, 6:4,
12:11, 41:10, 44:4, 44:13,
60:17, 83:1
**conspired** [1] - 25:21
**contact** [3] - 48:24, 50:4,
56:5
**contacting** [1] - 64:11
**contacts** [4] - 40:23, 54:10,
54:19, 56:5
**contents** [1] - 6:24
**continue** [2] - 29:13, 78:10
**continues** [1] - 47:21
**continuously** [2] - 49:19,
50:2
**contract** [5] - 5:18, 5:20,
12:4, 25:22, 33:3, 33:19,
34:3, 34:17, 38:6, 38:16,
41:23, 53:1, 55:4, 57:18,
60:8
**contracts** [5] - 20:1, 55:3,
59:5, 59:6
**contributions** [1] - 14:3
**control** [1] - 42:9
**controlled** [4] - 71:6, 74:14,
78:1, 81:2
**conversations** [1] - 44:3
**convinced** [1] - 66:23
**Cooke** [2] - 21:21, 23:15
**cooperate** [5] - 52:21, 67:9,
71:7, 74:15, 81:3
**cooperated** [2] - 6:6, 6:7
**cooperating** [1] - 78:4
**cooperation** [2] - 21:7,
21:8, 21:10
**cooperative** [1] - 50:3
**cooperators** [1] - 24:5
**coordinated** [2] - 60:13,
60:15
**core** [1] - 69:4
**correct** [12] - 10:20, 12:21,
12:25, 15:15, 25:12, 43:14,
43:18, 43:21, 53:23, 54:5,
54:7
**corrupt** [8] - 25:23, 25:25,
34:17, 37:23, 50:18, 60:8,
60:11, 65:18
**corrupting** [1] - 31:16

**Corruption** [1] - 27:15
**corruption** [3] - 23:13,
31:15, 49:21
**corrupts** [4] - 31:8, 31:9
**cost** [5] - 72:25, 76:1, 79:5,
80:5, 82:10
**counsel** [13] - 2:23, 6:23,
52:24, 59:2, 72:16, 73:1,
75:17, 76:3, 78:20, 79:6,
82:1, 82:12, 83:23
**count** [3] - 27:22, 80:11,
80:21
**Count** [3] - 74:5, 77:2,
77:19
**countries** [2] - 10:19, 49:21
**country** [12] - 21:10, 31:12,
35:15, 47:6, 49:10, 49:11,
49:15, 50:13, 51:17, 52:8,
64:14, 66:11
**counts** [3] - 24:20, 27:19
**couple** [5] - 3:20, 5:14, 8:7,
60:12, 69:15
**course** [10] - 11:6, 15:16,
23:19, 23:25, 25:18, 26:25,
29:21, 30:2, 38:1, 70:9
**court** [6] - 2:17, 14:7,
23:20, 28:21, 28:22, 50:11
**COURT** [217] - 1:1, 1:12,
2:18, 2:20, 2:25, 3:5, 3:16,
4:8, 7:6, 8:4, 8:6, 8:14, 8:20,
8:23, 9:3, 9:6, 9:9, 9:13,
9:16, 10:16, 10:21, 10:24,
11:14, 11:18, 11:20, 11:23,
12:2, 12:6, 12:16, 12:20,
12:23, 13:1, 13:5, 13:17,
14:6, 15:6, 15:13, 15:16,
15:19, 16:4, 16:19, 16:25,
17:11, 17:19, 17:23, 18:4,
18:8, 18:11, 18:14, 18:16,
18:19, 18:21, 18:25, 19:3,
19:15, 19:19, 20:4, 20:17,
20:19, 20:23, 21:1, 21:4,
21:13, 22:1, 22:3, 22:5,
22:20, 22:25, 23:14, 23:19,
23:24, 24:6, 24:9, 24:11,
24:13, 24:17, 24:22, 24:24,
25:3, 26:1, 26:8, 26:10,
26:18, 27:8, 27:12, 27:15,
27:18, 27:24, 28:9, 28:18,
29:17, 29:22, 30:8, 30:14,
30:19, 30:24, 32:10, 32:12,
33:6, 33:10, 33:13, 34:5,
34:7, 34:12, 34:19, 35:2,
36:14, 36:16, 37:16, 37:19,
37:25, 38:2, 39:9, 39:12,
40:7, 40:14, 41:1, 41:9,
41:13, 41:17, 42:12, 42:15,
42:24, 43:4, 43:7, 43:12,
43:15, 43:19, 43:22, 44:7,
44:15, 45:5, 45:9, 45:12,

45:17, 45:20, 46:16, 46:18,
46:20, 46:23, 46:25, 47:3,
47:13, 47:18, 47:22, 48:16,
48:18, 51:3, 52:10, 52:12,
52:14, 53:17, 53:22, 53:24,
54:3, 54:6, 55:6, 56:6, 56:8,
56:17, 56:21, 57:7, 57:9,
57:25, 58:4, 59:10, 59:15,
60:1, 61:2, 61:12, 61:16,
61:19, 63:2, 63:4, 63:7,
64:20, 66:1, 66:9, 66:16,
66:22, 67:3, 69:6, 69:11,
69:13, 72:15, 72:20, 73:4,
73:12, 73:15, 73:18, 75:14,
75:16, 75:21, 76:5, 76:8,
76:13, 78:24, 79:9, 79:14,
81:22, 81:25, 82:4, 82:6,
82:15, 82:18, 82:22, 83:7,
83:10, 83:15, 83:18, 83:22,
84:1, 84:5, 84:7, 84:11,
84:15, 84:18
**Court** [37] - 2:10, 3:13,
3:15, 4:14, 26:19, 35:17,
39:20, 40:3, 44:21, 45:1,
45:3, 49:6, 49:16, 52:16,
52:17, 53:5, 55:17, 59:3,
61:23, 62:19, 62:22, 62:24,
63:11, 63:18, 63:19, 64:19,
66:8, 67:8, 70:20, 71:4, 74:3,
74:12, 76:24, 77:24, 80:9,
81:1
**Court's** [8] - 44:25, 58:23,
61:15, 62:17, 64:8, 72:16,
75:17, 78:20
**COURTROOM** [1] - 84:2
**courtroom** [1] - 66:19
**Courts** [1] - 80:16
**courts** [2] - 28:25, 37:5
**COVID** [1] - 36:24, 63:22
**COVID-19** [2] - 23:6, 63:16
**created** [2] - 41:8, 42:4
**creating** [1] - 50:25
**credit** [5] - 15:8, 53:11,
53:14, 53:21, 69:24
**crime** [8] - 31:7, 31:16,
31:17, 31:20, 32:6, 39:19,
67:20
**crimes** [4] - 30:25, 71:5,
77:25, 81:1
**criminal** [12] - 5:4, 7:23,
38:14, 38:15, 55:13, 55:17,
55:18, 56:14, 57:2, 72:21,
79:1, 82:7
**cross** [1] - 60:14
**cross-border** [1] - 60:14
**crucial** [1] - 19:23
**cry** [1] - 48:5
**culpabilities** [1] - 44:2
**culpability** [6] - 16:21,
16:24, 27:9, 43:24, 59:17,

61:9
**culpable** [19] - 17:24, 18:1, 18:2, 18:4, 19:16, 25:18, 25:19, 40:20, 42:17, 42:24, 43:2, 44:6, 44:10, 44:16, 55:9, 59:18, 60:19, 77:6, 77:9
**custodial** [1] - 36:10
**custodian** [2] - 35:16, 36:12
**custody** [1] - 48:23

**D**

**damage** [1] - 68:7
**dangerous** [5] - 71:6, 74:13, 74:15, 77:25, 81:2
**DATE** [1] - 86:9
**date** [12] - 69:10, 82:22, 82:24, 83:3, 83:5, 83:17, 84:2, 84:4, 84:5, 84:9, 84:12, 84:13
**dates** [1] - 48:6
**daughter** [3] - 50:11, 51:21, 79:11
**David** [1] - 3:11
**DAVID** [1] - 2:1
**david@demesq.com** [1] - 2:3
**days** [8] - 29:5, 29:6, 64:16, 67:12, 72:23, 75:24, 79:4, 82:9
**de** [2] - 20:14, 21:20
**De** [1] - 20:18
**deal** [11] - 32:21, 34:3, 34:21, 53:12, 53:18, 54:11, 54:12, 56:1, 58:6, 63:24, 64:10
**dealing** [1] - 52:22
**deals** [1] - 54:12
**dealt** [2] - 19:25, 31:25
**debriefed** [1] - 17:22
**debts** [1] - 54:13
**December** [4] - 84:8, 84:12, 84:14
**decide** [4] - 21:7, 35:19, 36:6, 36:7
**decided** [2] - 20:12, 27:10
**decision** [7] - 49:6, 50:8, 59:25, 66:24, 66:25, 68:19
**decisionmaking** [1] - 68:18
**dedicating** [1] - 68:21
**deduction** [2] - 37:4, 37:7
**deed** [1] - 29:2
**deeds** [10] - 29:1, 63:10, 63:11, 63:12, 64:18, 64:22, 65:3, 65:4, 65:5, 65:9
**deep** [1] - 69:2
**deeply** [1] - 68:16
**Deerfield** [3] - 11:5, 11:24,

12:3
**DEFENDANT** [12] - 1:19, 1:22, 2:1, 2:4, 39:17, 47:25, 51:5, 67:6, 73:3, 76:4, 79:8, 82:14
**defendant** [14] - 1:8, 4:12, 4:24, 25:15, 59:21, 70:18, 70:21, 74:3, 76:25, 80:10, 80:19, 83:1, 83:2
**defendants** [38] - 3:5, 3:22, 4:10, 4:20, 5:5, 5:19, 6:10, 6:13, 6:23, 7:12, 8:19, 9:3, 9:24, 17:3, 19:6, 23:1, 23:13, 23:23, 24:1, 25:12, 25:21, 26:1, 27:6, 27:13, 27:16, 28:2, 28:4, 40:18, 44:12, 49:2, 52:25, 65:7, 66:3, 69:8, 70:4, 70:16, 83:4, 83:7
**defense** [6] - 13:9, 24:25, 34:1, 34:4, 36:22, 41:22
**definitely** [1] - 45:12
**definition** [1] - 19:9
**Delgado** [2] - 29:11, 38:25
**delinquent** [1] - 47:12
**delivered** [1] - 28:24
**Delta** [1] - 84:12
**demands** [1] - 77:7
**deMaria** [7] - 10:2, 12:9, 13:22, 26:10, 27:25, 40:10, 40:21
**DeMaria** [87] - 1:19, 3:6, 7:2, 8:12, 9:5, 10:4, 10:18, 10:22, 11:2, 11:16, 11:19, 11:22, 11:24, 12:3, 12:18, 12:21, 12:25, 13:3, 13:6, 13:23, 14:8, 15:10, 15:15, 15:18, 16:3, 16:7, 16:20, 17:1, 17:18, 17:20, 18:1, 18:7, 18:10, 18:13, 18:15, 18:18, 18:20, 18:24, 19:2, 19:8, 19:17, 19:20, 20:5, 20:18, 20:20, 20:25, 21:3, 21:12, 21:17, 22:2, 22:4, 22:6, 22:22, 28:5, 28:10, 29:3, 29:21, 30:2, 30:9, 30:18, 30:20, 31:19, 32:11, 32:14, 33:8, 33:12, 33:17, 34:6, 34:9, 34:18, 34:22, 35:3, 36:15, 36:18, 37:18, 37:24, 38:1, 38:4, 39:10, 39:13, 72:11, 72:19, 73:10, 73:13, 73:16, 85:2
**deMaria's** [1] - 45:6
**Department** [2] - 3:3, 30:3
**department** [3] - 10:8, 34:1, 34:4
**departure** [2] - 7:8, 10:12
**DEPUTY** [1] - 84:2
**describe** [1] - 50:9
**described** [3] - 71:11,

74:19, 78:7
**description** [1] - 42:15
**desire** [4] - 72:22, 75:23, 79:3, 82:8
**destroyed** [2] - 39:2, 50:10
**destroys** [1] - 40:5
**detail** [4] - 71:11, 74:19, 78:8, 81:5
**detailed** [1] - 30:5
**details** [2] - 67:23, 83:11
**deter** [1] - 50:25
**deterrence** [5] - 14:21, 14:23, 14:25, 31:25, 50:16
**development** [2] - 62:3
**device** [7] - 71:6, 74:15, 74:22, 74:23, 77:25, 81:2
**diabetes** [2] - 20:7, 23:6
**difference** [6] - 5:18, 5:21, 16:14, 23:8, 24:22, 60:12
**different** [14] - 7:17, 21:16, 24:4, 25:20, 29:19, 35:7, 44:2, 59:1, 59:2, 59:3, 59:17, 63:21, 64:21, 83:24
**differently** [3] - 5:12, 19:11, 66:11
**difficult** [3] - 49:8, 51:16, 67:12
**digest** [1] - 4:15
**Dios** [4] - 20:2, 20:5, 20:7, 20:11
**directly** [1] - 62:9
**disagree** [4] - 12:9, 34:12, 43:5, 52:23
**disclosure** [4] - 71:9, 74:17, 78:6, 81:6
**discount** [2] - 18:12, 21:4
**discretion** [2] - 36:8, 61:15, 62:17, 69:17
**discriminated** [1] - 51:19
**discussed** [3] - 6:23, 70:11, 70:13
**discussions** [1] - 3:21
**dismiss** [1] - 59:10
**disparities** [1] - 14:11
**disparity** [3] - 16:8, 17:3, 40:12
**dispute** [1] - 60:9
**disputed** [1] - 60:6
**distance** [1] - 67:14
**distinction** [3] - 26:5, 57:5, 58:24
**distinguished** [1] - 23:5
**distinguishing** [1] - 59:12
**district** [12] - 19:24, 22:18, 23:23, 24:1, 25:7, 25:9, 25:15, 59:8, 71:1, 74:9, 77:20, 80:23
**District** [4] - 2:10, 24:6, 24:7, 30:7
**DISTRICT** [3] - 1:1, 1:1,

74:19, 78:7
**Districts** [1] - 14:16
**districts** [3] - 19:25, 22:18, 30:5
**DNA** [4] - 71:7, 74:16, 78:2, 81:3
**document** [3] - 2:20, 42:18, 58:11
**documents** [2] - 27:8, 83:20
**DOJ** [2] - 1:15, 2:14
**dollar** [5] - 9:20, 18:16, 35:4, 57:20, 62:6
**dollars** [18] - 5:18, 11:1, 20:15, 21:21, 22:17, 31:11, 34:10, 34:13, 34:15, 34:17, 35:1, 38:11, 45:8, 58:1, 58:3, 58:7, 62:13, 62:14
**Dominguez** [1] - 25:7
**donate** [1] - 64:15
**done** [18] - 14:24, 14:25, 23:9, 32:21, 35:14, 35:18, 36:8, 46:4, 48:12, 57:15, 63:11, 63:13, 63:14, 67:21, 68:17
**doubling** [2] - 10:8, 17:4
**doubt** [2] - 16:22, 32:22
**down** [15] - 13:25, 15:7, 15:9, 15:10, 15:11, 15:22, 16:5, 19:3, 21:16, 22:7, 30:22, 45:24, 46:18, 46:19, 46:25
**downward** [1] - 7:7
**dozen** [1] - 46:8
**Dr** [1] - 67:22
**draconian** [1] - 15:5
**Drive** [1] - 11:23
**driving** [1] - 47:5
**drops** [1] - 60:15
**dues** [1] - 36:23
**during** [4] - 63:18, 63:21, 71:17, 78:5
**duty** [1] - 77:15

**E**

**early** [1] - 62:19
**easier** [3] - 3:18, 40:11, 65:20
**easiest** [1] - 41:15
**easily** [1] - 64:2
**East** [1] - 2:11
**Eastern** [2] - 14:16, 30:7
**eats** [1] - 31:12
**egregious** [1] - 15:7
**eight** [2] - 20:15, 21:21
**Eighth** [1] - 10:14
**either** [1] - 56:23
**Eleventh** [2] - 17:8, 31:25
**ELI** [1] - 1:15

Eli [1] - 3:3
eli.rubin@usdoj.gov [1] - 1:18
employed [8] - 71:19, 71:22, 71:24, 75:2, 75:3, 75:4, 81:11
employees [1] - 53:9
employer [1] - 26:11
employers [1] - 25:18
employment [1] - 81:13
employs [1] - 53:9
empty [1] - 64:4
end [16] - 8:20, 11:10, 15:21, 22:13, 27:3, 27:4, 28:12, 30:15, 30:16, 35:6, 35:9, 35:10, 35:11, 35:13, 61:10, 67:21
enforcement [2] - 37:12, 48:24
English [2] - 39:13, 51:6
entangle [1] - 67:23
entered [1] - 11:3
entitled [1] - 86:4
entry [4] - 72:24, 75:24, 79:4, 82:9
equal [2] - 43:22, 52:24
equally [1] - 55:9
equity [6] - 11:4, 11:8, 11:16, 11:19, 11:20, 13:10
equivalent [1] - 23:15
Escobar [1] - 25:7
especially [2] - 36:2, 39:22
ESQ [5] - 1:19, 1:22, 2:1, 2:4, 2:14
Esquenazi [2] - 24:3, 24:15
essence [1] - 65:21
essentially [1] - 42:8
established [1] - 79:20
estate [1] - 62:3
estimate [1] - 62:12
et [3] - 13:21, 43:17
evaluation [1] - 44:1
event [1] - 77:17
eventually [2] - 42:6, 60:22
ex [2] - 49:17, 49:18
ex-president [2] - 49:17, 49:18
exact [3] - 16:9, 17:3, 84:3
exactly [3] - 27:14, 27:20, 42:10
example [3] - 21:17, 21:20, 23:14
exceeds [1] - 8:22
except [1] - 17:24
excess [1] - 34:17
excuse [3] - 9:1, 21:4, 68:16
exercise [1] - 69:16
exhibits [1] - 4:18

exist [1] - 41:10
existed [1] - 42:21
expected [2] - 48:13, 83:4
experience [2] - 40:24, 41:6
explain [1] - 28:10
explained [1] - 57:4
express [2] - 68:13, 69:2
extent [3] - 19:6, 50:23, 80:5
extra [1] - 36:5
extradition [1] - 56:1
extraordinary [1] - 68:12
extreme [1] - 67:17
eye [1] - 59:19
eyes [1] - 59:24

## F

fabric [1] - 31:12
face [3] - 17:4, 31:1
face-to-face [1] - 31:1
faced [1] - 69:3
facility [4] - 73:18, 76:9, 79:13, 82:19
fact [13] - 6:15, 26:25, 27:21, 37:21, 48:25, 49:17, 57:11, 66:10, 66:12, 69:25, 72:17, 75:18, 78:20
fact-intensive [1] - 26:25
factor [4] - 6:17, 7:25, 15:25, 18:9
factors [10] - 6:20, 26:21, 52:19, 62:23, 69:20, 69:21, 70:12, 73:24, 76:18, 79:24
facts [4] - 26:17, 43:8, 60:6, 82:4
factual [3] - 5:11, 16:9, 19:14
fair [4] - 9:17, 19:5, 28:11, 43:24
fairly [2] - 5:4, 65:18
familiar [1] - 23:4
families [2] - 49:3, 66:24
family [17] - 4:21, 39:2, 39:20, 39:25, 40:4, 45:4, 46:3, 47:16, 48:5, 51:12, 52:3, 52:4, 53:6, 67:10, 67:16, 68:8, 76:7
family's [1] - 53:7
fanciful [1] - 46:10
far [1] - 13:3
fashion [1] - 7:10
father [13] - 17:24, 42:17, 42:19, 44:14, 44:22, 45:24, 48:10, 68:1, 68:5, 68:6, 68:23, 68:24, 74:23
fault [3] - 48:2, 59:22
FCPA [10] - 14:14, 16:15, 23:12, 23:23, 24:1, 24:16, 24:20, 25:12, 26:6, 35:12

FCRR [2] - 2:9, 86:9
FDC [1] - 76:7
federal [3] - 30:10, 30:11, 35:17
fellow [1] - 28:25
felt [2] - 27:18, 51:18
few [3] - 4:23, 25:6, 38:11
fiduciary [1] - 77:15
fifth [2] - 16:6, 83:1
fight [2] - 11:13, 13:14
fighting [1] - 63:23
figure [3] - 3:25, 30:16, 81:23
figured [1] - 32:12
file [7] - 7:1, 7:9, 40:8, 72:23, 75:24, 79:3, 82:9
filed [3] - 7:6, 7:7, 7:10
filing [1] - 12:5
filled [1] - 48:9
finality [3] - 49:2, 49:3
finally [1] - 49:6
financial [13] - 11:15, 12:7, 51:14, 51:15, 56:22, 61:24, 70:17, 71:9, 74:1, 74:17, 78:6, 80:17, 81:6
financially [1] - 14:24
findings [2] - 72:17, 78:20
fine [21] - 10:3, 10:5, 10:9, 14:7, 61:3, 61:4, 61:5, 62:17, 70:18, 70:19, 72:15, 74:2, 76:22, 80:2, 80:12, 80:14, 80:15, 81:17
fines [4] - 71:10, 74:18, 78:6, 81:7
finger [1] - 59:22
finish [1] - 58:16
firearm [5] - 71:5, 74:13, 74:14, 77:25, 81:2
First [1] - 37:6
first [20] - 3:17, 3:20, 4:8, 6:23, 9:3, 13:23, 14:13, 16:7, 18:18, 19:15, 21:18, 22:6, 28:1, 28:11, 41:1, 61:3, 66:4, 67:6, 71:13, 74:21
fit [1] - 42:16
five [4] - 7:18, 13:15, 62:13, 80:13
FL [6] - 1:16, 1:20, 1:24, 2:2, 2:6, 2:11
flag [1] - 53:18
flags [1] - 58:9
fleecing [1] - 59:8
floor [1] - 28:3
FLORIDA [1] - 1:1
Florida [8] - 2:10, 14:16, 24:8, 76:10, 80:18, 82:16, 82:17, 82:20
focus [2] - 48:21, 48:25
folks [3] - 64:1, 64:6, 64:13
followed [2] - 10:8, 78:16

following [4] - 2:17, 71:8, 74:16, 81:4
follows [4] - 71:19, 75:2, 78:4, 81:10
FOR [5] - 1:14, 1:19, 1:22, 2:1, 2:4
foregoing [1] - 86:3
Foreign [1] - 27:15
foreign [1] - 10:19
forfeited [1] - 81:21
forfeiture [12] - 10:22, 11:3, 12:9, 12:15, 13:4, 37:5, 60:25, 62:15, 72:6, 72:9, 75:12, 81:18
forget [1] - 15:4
forgive [8] - 51:20, 51:21, 51:22, 51:23, 51:24, 51:25, 52:1
FORT [1] - 1:2
Fort [1] - 2:11
forth [13] - 10:10, 48:8, 54:4, 70:11, 70:12, 73:23, 73:24, 76:15, 76:16, 77:13, 79:24, 81:5, 82:4
forthright [2] - 21:9, 26:18
forty [1] - 80:13
forty-five [1] - 80:13
forward [7] - 6:5, 10:7, 45:24, 49:23, 58:13, 61:10, 69:14
forwarded [1] - 80:16
Foslid [1] - 1:23
four [18] - 2:21, 4:12, 5:5, 6:21, 7:11, 13:12, 13:15, 16:10, 17:3, 19:6, 19:11, 19:12, 23:5, 64:16, 65:7, 65:17, 66:23, 70:4
four-something [1] - 13:12
Fox [1] - 1:19
FPC [1] - 73:13
FRANK [1] - 2:4
Frank [2] - 2:5, 3:13
frank@fschwartzlaw.net [1] - 2:7
frankly [4] - 35:22, 55:21, 65:15, 84:22
freedom [2] - 51:16, 51:19
friend [8] - 52:25, 53:10, 53:16, 54:14, 54:16, 54:20, 58:12
friends [4] - 4:10, 4:21, 39:20, 41:25
front [3] - 9:16, 21:9, 59:21
froze [2] - 62:4
full [5] - 5:2, 15:6, 16:1, 45:20, 51:8
fully [11] - 17:21, 40:24, 51:20, 67:24, 68:15, 71:19, 71:22, 75:2, 75:3, 81:10, 81:11

**fund** [2] - 53:12, 53:21
**funding** [1] - 53:14
**funds** [2] - 55:14, 60:23
**future** [4] - 49:24, 49:25, 50:16, 50:25

## G

**game** [1] - 77:8
**gas** [1] - 53:13
**GD** [1] - 46:9
**ge** [1] - 43:16
**general** [6] - 13:19, 14:21, 14:25, 31:24, 44:17, 69:15
**Genesis** [1] - 46:9
**gentleman** [1] - 58:11
**gentlemen** [3] - 14:23, 32:22, 69:25
**Georgia** [1] - 11:5
**GERALD** [1] - 2:14
**Gerald** [1] - 3:4
**given** [8] - 4:15, 11:17, 30:15, 40:19, 41:3, 52:20, 61:8
**GIZELLA** [2] - 2:9, 86:9
**gizella_baan** [1] - 2:12
**gizella_baan-proulx@flsd .uscourts.gov** [1] - 2:12
**glad** [1] - 47:13
**glove** [1] - 15:24
**goals** [3] - 50:22, 70:15, 76:20
**God** [3] - 51:20, 51:24, 52:4
**goods** [1] - 28:24
**gotcha** [3] - 19:2, 26:8, 30:18
**government** [74] - 8:18, 10:6, 10:12, 10:18, 11:7, 12:8, 13:2, 14:20, 16:15, 16:22, 17:21, 18:1, 20:6, 21:1, 21:5, 21:25, 23:1, 27:18, 31:14, 31:22, 33:4, 33:19, 33:22, 34:3, 34:9, 34:10, 34:12, 34:15, 40:18, 41:25, 43:24, 44:4, 46:11, 49:2, 49:17, 50:3, 50:5, 50:17, 52:20, 52:23, 53:2, 53:12, 54:8, 54:9, 55:3, 55:20, 55:22, 55:23, 56:4, 56:5, 57:3, 57:13, 57:17, 59:2, 59:15, 60:1, 60:24, 61:4, 62:1, 62:9, 62:15, 63:23, 64:3, 66:1, 67:7, 67:9, 69:7, 72:25, 76:2, 79:5, 82:11, 83:1, 83:16, 84:16
**government's** [8] - 4:11, 8:15, 8:16, 12:6, 19:13, 30:15, 53:21, 66:25
**governments** [2] - 53:3, 59:5

**gracious** [1] - 48:6
**granting** [1] - 69:15
**gravity** [1] - 50:5
**great** [5] - 40:2, 46:3, 46:4, 66:22, 80:5
**greater** [4] - 71:11, 74:19, 78:7, 81:5
**greatest** [1] - 67:13
**greed** [1] - 65:22
**greedy** [1] - 65:23
**grew** [2] - 48:11, 53:7
**groups** [1] - 4:12
**grow** [1] - 48:12
**growing** [1] - 68:1
**guess** [9] - 15:23, 32:11, 38:10, 44:15, 46:10, 59:16, 59:19, 64:21, 69:24
**guideline** [4] - 7:24, 8:1, 8:18, 25:6
**guidelines** [35] - 7:21, 7:24, 8:9, 8:20, 8:22, 15:7, 15:20, 15:22, 16:5, 19:1, 21:22, 22:19, 24:21, 25:6, 25:8, 25:10, 27:4, 27:7, 30:12, 30:14, 30:19, 32:1, 34:25, 35:1, 61:12, 70:11, 70:14, 73:23, 76:16, 76:20, 77:13, 79:20, 79:22, 79:23
**guilt** [2] - 6:5, 40:3, 65:22
**guilty** [9] - 5:5, 5:6, 5:11, 6:7, 9:21, 21:9, 26:2, 56:16, 60:24
**guy** [1] - 31:24
**guys** [3] - 38:12, 64:25, 65:23

## H

**half** [6] - 10:25, 57:19, 58:1, 58:3, 58:7, 62:14
**hallmark** [1] - 29:18
**hammer** [1] - 31:22
**hand** [3] - 6:4, 15:24, 18:23
**handed** [1] - 12:13
**hard** [2] - 23:2, 67:23
**harm** [2] - 40:2, 68:8
**head** [1] - 66:6
**health** [6] - 14:2, 20:8, 20:9, 28:15, 36:3, 36:5
**hear** [17] - 3:24, 23:1, 28:21, 32:20, 35:25, 36:17, 39:11, 39:12, 45:2, 47:13, 51:12, 60:1, 61:4, 61:5, 66:8, 67:4, 84:11
**heard** [1] - 67:3
**hearing** [5] - 10:15, 62:19, 64:25, 65:1, 85:4
**HEARING** [1] - 1:10
**hearings** [1] - 57:10
**heart** [2] - 20:10, 69:1

**heaven** [1] - 51:24
**heavily** [1] - 14:15
**heavy** [1] - 10:22
**held** [1] - 2:17
**help** [8] - 26:12, 54:14, 54:16, 54:20, 55:14, 58:11, 64:2, 64:6
**helped** [2] - 29:6, 63:20
**helpful** [1] - 4:14
**helping** [1] - 57:2
**Herald** [1] - 36:11
**hereby** [1] - 86:3
**herself** [1] - 40:1
**high** [5] - 15:20, 30:12, 30:15, 32:22, 35:6
**higher** [8] - 13:4, 22:21, 24:21, 26:19, 27:4, 28:12, 77:5, 77:16
**himself** [2] - 37:23, 47:16
**hired** [2] - 55:1, 55:19
**history** [1] - 7:23
**hits** [1] - 36:24
**holding** [2] - 13:9, 49:19
**Hollywood** [2] - 2:2, 2:2
**home** [15] - 9:12, 9:14, 9:15, 11:20, 11:23, 12:12, 45:15, 49:13, 71:13, 71:15, 71:16, 71:17, 74:22, 74:24, 74:25
**homes** [4] - 11:4, 11:5, 11:19, 13:11
**honestly** [1] - 61:14
**honor** [1] - 51:14
**Honor** [97] - 2:19, 2:24, 3:1, 3:6, 3:8, 4:5, 4:6, 7:2, 7:3, 7:4, 8:11, 8:12, 8:13, 8:21, 9:5, 9:7, 10:4, 10:20, 11:2, 11:3, 12:8, 12:22, 14:10, 14:17, 21:12, 22:14, 23:11, 23:17, 23:21, 23:25, 25:2, 26:24, 27:11, 27:14, 27:20, 29:3, 29:14, 34:14, 34:18, 35:14, 35:18, 39:7, 39:10, 39:17, 40:6, 40:10, 41:3, 42:14, 43:21, 44:9, 44:20, 45:16, 46:15, 47:9, 47:15, 47:25, 48:15, 48:17, 48:20, 49:7, 49:15, 49:23, 49:25, 51:1, 51:4, 52:9, 60:5, 60:18, 61:1, 61:7, 61:8, 67:6, 69:5, 69:7, 69:12, 72:10, 72:11, 72:19, 73:3, 73:10, 75:13, 75:15, 75:20, 76:4, 76:6, 76:11, 78:23, 81:20, 81:24, 82:24, 83:14, 83:17, 83:25, 84:6, 84:10, 85:2, 85:3
**Honor's** [1] - 34:16
**HONORABLE** [1] - 1:11
**hopefully** [2] - 65:6, 81:19
**hours** [17] - 28:16, 29:11,

29:12, 70:24, 71:20, 71:22, 71:24, 74:8, 75:2, 75:4, 75:5, 77:19, 80:21, 81:9, 81:10, 81:11, 81:12
**house** [3] - 9:8, 31:2, 31:11
**HUCK** [1] - 1:11
**huge** [2] - 44:24, 50:7
**human** [1] - 65:18
**humanitarian** [1] - 63:17
**humble** [1] - 47:6
**hundred** [2] - 13:7, 38:11, 56:15
**hundreds** [1] - 53:9
**hurt** [1] - 67:11
**husband** [1] - 39:5

## I

**idea** [1] - 24:16
**identified** [1] - 72:5
**ignore** [2] - 14:9, 17:2
**ignored** [2] - 14:3, 39:8
**illegal** [2] - 32:9, 39:22
**illegitimate** [1] - 38:5
**illicit** [1] - 60:23
**imagine** [2] - 39:5, 68:7
**immediately** [4] - 6:5, 75:6, 78:13, 80:15
**immense** [1] - 45:2
**immigration** [5] - 49:8, 50:14, 78:4, 78:10
**implying** [1] - 60:22
**important** [14] - 14:5, 18:7, 18:8, 20:14, 28:7, 33:1, 33:17, 34:1, 34:6, 37:15, 39:2, 47:22, 58:24, 64:23
**importantly** [1] - 29:9
**imposed** [10] - 70:19, 72:16, 72:22, 75:17, 75:23, 76:23, 78:19, 79:2, 82:1
**impress** [1] - 66:12
**imprisoned** [3] - 70:22, 74:5, 77:1
**imprisonment** [6] - 70:23, 74:6, 77:2, 77:17, 78:16, 80:19
**inaud.)** [1] - 4:5
**incarceration** [1] - 80:5
**incentive** [1] - 47:3
**include** [2] - 25:16, 71:4
**includes** [2] - 12:10, 77:24
**including** [8] - 17:7, 25:6, 39:24, 57:19, 73:1, 74:12, 79:6, 81:1
**incorporated** [1] - 72:6
**incredibly** [1] - 48:5
**indicted** [1] - 27:19
**indictment** [2] - 59:11, 74:6
**indirect** [1] - 26:9
**individual** [10] - 3:24, 15:3,

26:6, 28:7, 32:4, 35:13, 36:1,
36:13, 52:8, 59:4
 **individualized** [2] - 14:4,
14:22
 **individually** [1] - 28:15
 **individuals** [5] - 25:17,
38:20, 53:15, 64:15, 69:25
 **industry** [2] - 22:16, 41:22
 **information** [5] - 27:22,
70:17, 74:1, 80:12, 80:21
 **informations** [1] - 27:6
 **informative** [1] - 4:15
 **initial** [3] - 20:15, 41:23,
57:13
 **innocent** [1] - 56:6
 **inquiries** [1] - 55:22
 **inquiry** [1] - 26:25
 **inspiration** [1] - 68:2
 **installments** [1] - 57:18
 **instance** [2] - 37:25, 38:3
 **instead** [2] - 23:15, 57:18
 **Institute** [2] - 66:6
 **instruction** [1] - 73:9
 **intend** [1] - 36:18
 **intended** [1] - 12:13
 **intensive** [1] - 26:25
 **interest** [1] - 72:5
 **interested** [1] - 53:3
 **interrupt** [1] - 28:21
 **Investigation** [10] - 6:25,
70:10, 71:12, 73:23, 74:20,
76:16, 77:12, 78:8, 79:20,
81:6
 **investment** [8] - 53:1,
53:15, 54:11, 56:11, 57:24,
58:2, 58:8, 58:17
 **involved** [20] - 14:19,
16:10, 16:11, 16:12, 17:13,
17:14, 17:16, 19:12, 21:1,
37:13, 42:10, 45:7, 50:18,
53:1, 53:3, 57:12, 58:19,
59:5, 62:5, 77:7
 **involvement** [6] - 5:25,
55:12, 58:25, 61:25, 62:23,
67:11
 **involves** [1] - 31:1
 **IRA** [2] - 13:12, 13:14
 **IRS** [1] - 37:8
 **issue** [4] - 10:5, 14:18,
31:15, 36:21
 **issued** [1] - 30:4
 **issues** [4] - 20:8, 31:19,
39:10, 53:25
 **itself** [1] - 15:23

## J

 **J&C** [1] - 20:21
 **jail** [6] - 38:12, 39:5, 48:22,
49:18, 49:20, 51:17

 **jails** [1] - 51:18
 **James** [1] - 4:4
 **jdemaria@foxrothschild.
com** [1] - 1:21
 **jewelry** [1] - 31:11
 **JILL** [1] - 1:14
 **Jill** [1] - 3:1
 **jill.simon@usdoj.gov** [1] -
1:17
 **job** [3] - 40:10, 59:18, 65:19
 **jobs** [1] - 65:19
 **Joe** [1] - 3:6
 **Joel** [2] - 24:3, 24:15
 **join** [1] - 50:21
 **joined** [2] - 3:2, 60:17
 **joins** [1] - 83:1
 **JOSEPH** [1] - 1:19
 **Judge** [40] - 4:4, 7:5, 8:3,
9:14, 18:7, 18:18, 20:12,
21:21, 23:15, 24:8, 24:9,
24:10, 24:12, 50:9, 50:23,
54:7, 54:17, 55:21, 56:2,
56:7, 57:4, 58:10, 58:16,
59:12, 59:23, 61:14, 62:17,
63:1, 63:3, 63:6, 63:10,
63:16, 64:16, 65:25, 66:15,
66:19, 66:21, 67:2, 79:12,
84:17
 **JUDGE** [1] - 1:12
 **judge** [13] - 9:10, 9:11,
17:7, 23:16, 23:20, 52:11,
52:15, 55:8, 60:21, 66:5,
66:11, 84:2
 **judges** [5] - 14:10, 22:18,
23:9, 24:25, 35:23
 **judgment** [4] - 4:25, 5:3,
38:14, 70:20, 72:7, 72:24,
74:3, 75:25, 76:24, 79:4,
80:9, 82:10
 **judiciary** [2] - 30:10, 30:11
 **jump** [1] - 55:25
 **jump-start** [1] - 55:25
 **June** [1] - 1:5
 **jury** [1] - 31:9
 **Justice** [3] - 3:3, 30:4,
38:11
 **justifies** [1] - 77:16

## K

 **keep** [5] - 6:2, 23:2, 32:4,
32:5, 36:16
 **keeping** [1] - 12:12
 **keeps** [1] - 45:20
 **key** [1] - 2:20
 **kickback** [6] - 18:2, 32:23,
33:1, 34:24, 38:16, 39:21
 **kickbacks** [2] - 16:12,
55:15
 **kidney** [1] - 20:11

 **kind** [1] - 6:1, 14:7, 15:24,
21:6, 28:16, 43:7, 44:17,
45:13, 55:24, 59:20, 64:24
 **kinds** [2] - 50:25, 65:15
 **knowing** [2] - 40:2, 57:1
 **knowledge** [4] - 54:17,
55:11, 57:15, 58:22
 **Kolaya** [1] - 1:23

## L

 **Lake** [3] - 11:21, 11:23,
11:24
 **language** [3] - 39:14, 51:18,
60:2
 **large** [2] - 50:23, 62:2
 **last** [9] - 3:18, 11:14, 24:2,
48:24, 57:9, 60:10, 62:18,
63:6, 79:15
 **lastly** [1] - 63:10
 **late** [1] - 38:23
 **Latin** [1] - 30:6, 53:8
 **LAUDERDALE** [1] - 1:2
 **Lauderdale** [1] - 2:11
 **laundered** [1] - 25:23
 **laundering** [12] - 7:14,
7:20, 9:20, 16:16, 23:13,
24:20, 26:2, 27:10, 31:17,
34:8, 42:22, 42:23
 **Law** [1] - 2:1
 **law** [12] - 4:17, 11:9, 11:13,
13:13, 20:22, 35:17, 35:21,
37:4, 37:12, 48:24, 50:22,
53:25
 **lawyer** [1] - 49:12
 **lawyers** [6] - 4:11, 4:12,
28:4, 31:5, 84:20
 **leaders** [1] - 35:15
 **leadership** [1] - 17:13
 **least** [6] - 40:20, 42:9, 44:6,
64:5, 79:15, 80:7
 **leave** [2] - 61:15, 62:17
 **lectern** [1] - 52:11
 **led** [1] - 67:24
 **left** [8] - 3:7, 3:10, 13:8,
28:4, 39:25, 40:5
 **legal** [7] - 6:11, 6:14, 49:21,
73:1, 76:2, 79:6, 82:12
 **legitimate** [14] - 32:20,
32:21, 33:3, 33:20, 33:21,
34:20, 37:21, 37:24, 38:5,
38:13, 55:2, 55:4, 56:11,
58:6
 **lend** [2] - 54:11, 54:21
 **length** [1] - 34:20, 56:9,
56:10
 **lent** [1] - 55:10
 **less** [9] - 18:1, 42:24, 43:2,
43:23, 44:10, 44:16, 44:18,
59:18, 60:19

 **lesser** [1] - 25:3
 **letter** [8] - 38:21, 39:15,
39:18, 53:11, 53:14, 53:21,
66:7
 **letters** [12] - 4:18, 4:20,
4:23, 29:7, 36:16, 52:18,
58:13, 65:15, 65:16, 66:22
 **level** [5] - 7:23, 8:1, 16:1,
36:4, 77:12
 **Level** [2] - 8:9, 15:11
 **levels** [4] - 8:7, 15:8, 16:21,
59:17
 **LICHTENFELD** [4] - 1:7,
2:5, 67:6, 82:14
 **Lichtenfeld** [37] - 2:23,
3:14, 7:16, 8:8, 8:25, 9:1,
9:11, 16:24, 17:16, 18:3,
19:9, 19:18, 32:8, 32:9,
32:18, 33:3, 33:11, 33:21,
42:7, 43:3, 43:5, 44:10,
44:16, 52:24, 54:6, 54:15,
60:7, 60:10, 61:6, 66:2, 66:3,
67:1, 79:17, 80:1, 80:10,
81:25, 83:2
 **Lichtenstein** [1] - 40:22
 **life** [11] - 29:6, 29:14, 37:13,
38:17, 38:18, 39:24, 40:5,
50:8, 50:10, 67:12, 68:20
 **lifelong** [2] - 53:10, 53:16,
58:12
 **lifetime** [1] - 54:13
 **lift** [1] - 68:7
 **light** [1] - 11:2
 **limited** [2] - 6:6, 21:8
 **line** [3] - 8:16, 9:4, 25:24
 **lining** [1] - 26:3
 **list** [1] - 20:6
 **listed** [1] - 20:20
 **listen** [2] - 54:20, 58:18
 **live** [5] - 11:25, 12:1, 18:14,
67:16, 79:11
 **lives** [4] - 47:21, 49:4,
73:17, 83:19
 **living** [1] - 68:10
 **LLP** [1] - 1:19
 **loan** [8] - 46:7, 46:11,
46:12, 46:15, 47:6, 47:11,
54:23, 58:7
 **loans** [2] - 47:1, 47:10
 **location** [1] - 73:19
 **logic** [1] - 17:1
 **logistics** [1] - 83:6
 **long-winded** [1] - 57:6
 **look** [5] - 5:12, 5:13, 5:14,
16:21, 19:24, 28:14, 30:3,
30:9, 31:7, 40:1, 41:4, 61:9,
62:22, 83:20
 **looked** [3] - 17:7, 56:3, 68:2
 **looking** [8] - 11:14, 14:18,
14:19, 20:23, 23:21, 56:2,

56:4, 56:5
**looks** [1] - 4:3
**Lopez** [1] - 25:9
**lose** [2] - 11:9, 62:8
**losing** [3] - 57:21, 58:17, 64:10
**loss** [3] - 51:11, 51:19, 62:12
**losses** [2] - 51:11, 70:1
**lost** [9] - 6:1, 39:24, 48:14, 49:12, 49:13, 51:13, 51:16
**low** [10] - 8:20, 15:21, 22:13, 22:14, 30:15, 35:9, 61:10, 84:23, 84:24, 84:25
**lowball** [1] - 24:25
**lower** [6] - 15:4, 15:5, 26:20, 27:3, 28:13, 28:14
**lowered** [1] - 14:11
**lowest** [2] - 35:10, 44:12
**loyal** [1] - 45:23
**luck** [1] - 85:1
**LUIS** [1] - 1:6, 1:19, 39:17, 73:3
**Luis** [34] - 2:22, 3:7, 7:13, 7:22, 8:14, 9:2, 9:4, 10:1, 12:11, 17:24, 19:11, 19:17, 21:20, 28:6, 28:14, 36:2, 40:21, 41:14, 41:20, 42:1, 44:10, 53:10, 54:10, 55:2, 57:21, 57:22, 58:17, 60:19, 70:7, 70:21, 74:23, 83:2
**luxury** [2] - 46:10, 47:5

**M**

**MAGILLIGAN** [8] - 2:1, 3:11, 7:4, 9:10, 48:17, 48:20, 51:4, 78:23
**Magilligan** [2] - 2:1, 3:11
**mail** [1] - 38:22
**main** [2] - 13:21, 14:1
**Main** [1] - 38:11
**major** [6] - 15:22, 22:16, 28:19, 29:14, 30:2, 48:21
**majority** [1] - 60:13
**man** [7] - 29:11, 31:21, 46:3, 48:10, 49:14, 64:9, 64:17
**Management** [1] - 32:15
**mandatory** [4] - 71:3, 74:11, 77:23, 80:24
**manner** [4] - 72:17, 75:18, 78:21, 82:2
**manufacturing** [1] - 53:8
**marginalized** [1] - 42:8
**markup** [1] - 5:23
**marriage** [1] - 47:17
**Martinez** [3] - 24:10, 24:11, 24:12
**Martínez** [1] - 24:8

**mask** [3] - 14:6, 23:24, 52:13
**Massachusetts** [1] - 37:5
**matter** [5] - 4:13, 5:3, 66:10, 66:12, 86:5
**matters** [3] - 2:21, 3:20, 76:15
**maximum** [9] - 7:17, 7:19, 8:21, 10:9, 10:10, 24:18, 42:19, 45:10, 45:12
**mean** [20] - 5:10, 9:23, 19:20, 23:11, 26:17, 38:17, 38:18, 43:25, 44:3, 48:21, 49:16, 50:9, 50:18, 50:20, 65:14, 66:10, 66:20, 71:14, 83:19, 83:21
**meaning** [1] - 67:19
**meant** [2] - 48:7, 68:23
**mechanism** [1] - 59:16
**meet** [2] - 70:14, 76:20
**memo** [2] - 23:2, 44:21
**memorandum** [5] - 4:17, 14:12, 14:13, 17:6
**memos** [4] - 6:17, 29:25, 36:17, 84:21
**men** [1] - 32:7
**Mendez** [36] - 2:23, 3:12, 3:17, 3:18, 6:8, 7:8, 7:15, 7:25, 9:2, 9:9, 15:18, 15:19, 15:23, 16:14, 17:4, 17:25, 19:10, 32:24, 32:25, 33:8, 33:11, 33:24, 40:21, 41:25, 42:17, 44:11, 48:16, 56:15, 58:19, 60:19, 76:13, 76:22, 76:25, 77:4, 77:18, 78:19
**MENDEZ** [4] - 1:7, 2:2, 51:5, 79:8
**Mendez-Mendizabal** [2] - 3:12, 76:25
**MENDEZ-MENDIZABAL** [4] - 1:7, 2:2, 51:5, 79:8
**Mendizabal** [2] - 3:12, 76:25
**MENDIZABAL** [4] - 1:7, 2:2, 51:5, 79:8
**mention** [1] - 20:3
**mentioned** [1] - 25:5
**merchants** [1] - 5:23
**mercifully** [1] - 35:18
**mercy** [2] - 40:4, 52:2
**merits** [1] - 83:11
**message** [6] - 14:21, 15:1, 32:4, 35:20, 36:10, 80:7
**messages** [1] - 63:19
**Miami** [10] - 1:16, 1:20, 1:24, 2:6, 33:24, 36:11, 60:16, 76:7, 80:17, 80:18
**MICHAEL** [1] - 1:22
**Michael** [2] - 3:8, 4:5
**mid** [2] - 35:10, 36:4

**middle** [3] - 5:24, 25:4
**middleman** [1] - 59:6
**might** [2] - 17:12, 31:3
**military** [3] - 36:23, 37:12, 64:11
**million** [32] - 5:18, 5:19, 5:21, 5:22, 9:20, 10:9, 10:25, 18:16, 20:15, 21:21, 31:11, 32:12, 32:25, 33:22, 34:7, 34:10, 34:13, 34:15, 34:17, 35:1, 35:3, 38:11, 45:7, 54:11, 54:21, 57:20, 58:1, 58:3, 58:7, 62:13, 62:14
**millions** [2] - 20:1, 20:15
**mind** [4] - 9:20, 19:16, 36:16, 61:21
**minimize** [2] - 38:24, 50:4
**minimum** [1] - 61:17
**minister** [3] - 34:2, 36:22, 66:14
**minor** [6] - 36:20, 41:1, 41:2, 42:12, 42:16, 66:16
**minus** [1] - 5:22
**minute** [1] - 57:20
**misconduct** [1] - 39:23
**missing** [1] - 2:20
**mistake** [3] - 4:24, 5:3, 55:18
**mistakes** [1] - 69:3
**mix** [1] - 70:3
**mixed** [1] - 69:20
**mnadler@sfslaw.com** [1] - 1:25
**model** [1] - 68:1
**moment** [3] - 16:5, 23:18, 61:7
**Monday** [6] - 75:14, 81:19, 84:7, 84:11, 84:13
**money** [33] - 7:14, 9:20, 12:10, 12:13, 12:23, 13:8, 16:12, 16:13, 16:16, 16:23, 22:17, 23:13, 24:20, 26:2, 27:10, 28:20, 29:4, 31:17, 32:16, 32:20, 33:2, 34:7, 36:25, 37:3, 42:3, 42:9, 42:11, 42:22, 42:23, 43:13, 57:14, 57:19, 58:20
**monies** [3] - 5:15, 12:12, 57:3
**monitor** [3] - 71:15, 71:17, 74:25
**monitoring** [1] - 74:22
**Montgomery** [2] - 73:13, 73:17
**month** [4] - 24:4, 44:22, 45:7, 47:11
**monthly** [2] - 46:17, 47:10
**months** [47] - 7:25, 8:3, 8:24, 8:25, 9:1, 9:5, 9:10, 13:22, 15:4, 15:5, 15:12,

16:5, 16:6, 19:10, 20:2, 21:22, 22:2, 22:7, 24:16, 25:8, 25:9, 25:10, 25:11, 27:7, 31:3, 35:6, 35:7, 35:8, 35:10, 35:11, 45:14, 49:19, 50:21, 70:22, 71:13, 72:2, 74:5, 74:21, 75:8, 77:1, 78:15, 80:11, 81:15
**MOODY** [1] - 2:14
**Moody** [1] - 3:4
**moral** [1] - 68:3
**morning** [1] - 56:4
**most** [7] - 5:23, 37:14, 39:1, 39:24, 51:16, 67:12, 77:6
**mother** [1] - 68:24
**motion** [6] - 7:9, 10:10, 10:12, 22:5, 59:10, 72:12
**motions** [3] - 7:21, 22:9, 69:16
**motorcycle** [1] - 46:10
**move** [6] - 11:12, 40:7, 49:3, 57:3, 69:13, 83:19
**moved** [1] - 36:4
**moving** [1] - 16:12
**MR** [173] - 3:6, 3:8, 3:11, 3:13, 7:2, 7:3, 7:4, 7:5, 8:12, 8:13, 9:5, 9:7, 9:10, 9:11, 9:14, 10:4, 10:18, 10:22, 11:2, 11:16, 11:19, 11:22, 11:24, 12:3, 12:18, 12:21, 12:25, 13:3, 13:6, 13:23, 14:8, 15:10, 15:15, 15:18, 16:3, 16:7, 16:20, 17:1, 17:18, 17:20, 18:1, 18:7, 18:20, 18:24, 19:2, 19:8, 19:17, 19:20, 20:5, 20:18, 20:20, 20:25, 21:3, 21:12, 21:17, 22:2, 22:4, 22:6, 22:22, 28:5, 28:10, 29:3, 29:21, 30:2, 30:9, 30:18, 30:20, 31:19, 32:11, 32:14, 33:8, 33:12, 33:17, 34:6, 34:9, 34:18, 34:22, 35:3, 36:15, 36:18, 37:18, 37:24, 38:1, 38:4, 39:10, 39:13, 40:10, 40:16, 41:3, 41:12, 41:14, 41:19, 42:14, 42:20, 43:2, 43:6, 43:10, 43:14, 43:18, 43:21, 44:3, 44:20, 45:6, 45:11, 45:16, 45:19, 46:14, 46:17, 46:19, 46:21, 46:24, 47:1, 47:9, 47:15, 47:20, 47:24, 48:17, 48:20, 51:4, 52:11, 52:13, 52:15, 53:20, 53:23, 54:2, 54:5, 54:7, 55:8, 56:7, 56:13, 56:19, 56:25, 57:8, 57:11, 58:2, 58:10, 59:12, 59:23, 60:21, 61:14, 61:18, 61:23,

63:3, 63:6, 63:10, 65:25,
66:5, 66:15, 66:21, 67:2,
72:11, 72:19, 73:10, 73:13,
73:16, 75:20, 76:6, 76:11,
78:23, 79:11, 82:3, 82:5,
82:16, 82:21, 83:9, 84:13,
84:17, 85:2, 85:3
  **muffled** [1] - 14:7
  **multimillion** [1] - 62:5
  **multiple** [3] - 24:20, 25:23,
60:14
  **Murillo** [10] - 17:25, 33:6,
33:9, 33:24, 33:25, 40:21,
41:25, 42:2, 56:15, 58:19
  **Murillo's** [2] - 82:24, 83:4
  **Mussa** [1] - 67:22
  **must** [5] - 39:23, 72:21,
75:23, 79:3, 82:8

# N

  **NADLER** [40] - 1:22, 3:8,
7:3, 9:7, 40:10, 40:16, 41:3,
41:12, 41:14, 41:19, 42:14,
42:20, 43:2, 43:6, 43:10,
43:14, 43:18, 43:21, 44:3,
44:20, 45:6, 45:11, 45:16,
45:19, 46:14, 46:17, 46:19,
46:21, 46:24, 47:1, 47:9,
47:15, 47:20, 47:24, 59:23,
75:20, 76:6, 76:11, 84:13,
85:3
  **Nadler** [1] - 3:9
  **Nadler's** [1] - 14:12
  **name** [3] - 3:18, 37:14, 68:8
  **names** [1] - 23:4
  **Naples** [1] - 79:12
  **nature** [1] - 60:11
  **NE** [1] - 1:16
  **near** [1] - 25:6
  **necessarily** [1] - 43:25
  **necessary** [1] - 35:25
  **need** [15] - 10:4, 32:25,
50:20, 54:3, 54:12, 54:13,
58:15, 68:21, 72:8, 72:9,
81:22, 81:23, 84:2, 84:3
  **needed** [3] - 43:12, 53:10,
63:24
  **needs** [4] - 15:3, 35:19,
36:2, 58:24
  **needy** [1] - 28:24
  **negated** [1] - 42:6
  **negative** [3] - 51:12, 66:10,
66:13
  **negotiated** [2] - 27:5, 27:21
  **negotiations** [1] - 17:20
  **nervous** [1] - 39:14
  **net** [2] - 10:25, 51:14
  **never** [7] - 13:9, 26:15,
29:4, 44:7, 50:4, 56:17, 69:3

  **new** [4] - 47:5, 50:12, 63:4,
63:5
  **New** [2] - 14:16, 30:7
  **next** [9] - 31:24, 35:2, 39:9,
51:24, 54:9, 61:2, 71:22,
76:13, 81:14
  **nobody** [1] - 36:24
  **nobody's** [1] - 48:2
  **none** [2] - 21:1, 63:4
  **nonlethal** [1] - 5:20
  **nonreporting** [1] - 78:13
  **normally** [2] - 59:7
  **north** [1] - 44:12
  **North** [1] - 80:17
  **NOS** [1] - 1:2
  **Note** [1] - 78:8
  **note** [6] - 5:8, 25:16, 27:2,
73:6, 73:8, 78:9
  **noted** [3] - 60:18, 74:18,
78:7
  **notes** [1] - 15:13
  **nothing** [5] - 11:10, 32:8,
47:3, 48:9, 49:13
  **notice** [7] - 4:22, 29:23,
29:24, 72:23, 75:24, 79:3,
82:9
  **notified** [1] - 48:6
  **November** [5] - 82:25, 83:5,
83:12, 83:13, 84:6
  **Number** [5] - 17:20, 21:21,
31:19, 37:1, 38:19
  **number** [11] - 4:18, 14:1,
16:23, 21:19, 22:19, 37:2,
45:14, 61:21, 71:24, 75:4,
81:12

# O

  **object** [3] - 72:16, 75:17,
78:20
  **objected** [1] - 10:8
  **objection** [11] - 10:2, 40:8,
40:9, 41:2, 72:19, 78:23,
82:1, 82:3, 82:5, 83:7, 83:9
  **objections** [4] - 3:22, 7:1,
7:6, 7:22
  **obligation** [3] - 11:6, 71:21,
81:14
  **obvious** [1] - 4:20
  **obviously** [5] - 50:21, 63:8,
70:3, 78:11, 78:12
  **occurred** [1] - 56:25
  **OF** [3] - 1:1, 1:4, 1:15
  **offense** [2] - 8:1, 63:18
  **offenses** [1] - 69:9
  **offer** [1] - 59:6
  **offered** [1] - 54:21
  **offering** [1] - 33:2
  **offers** [1] - 54:10
  **office** [5] - 71:1, 74:9,

77:20, 80:17, 80:22
  **Office** [1] - 1:15
  **officer** [2] - 26:19, 77:15
  **Officers** [1] - 2:14
  **officers** [1] - 29:7
  **official** [9] - 8:6, 13:9,
16:15, 18:2, 33:4, 33:19,
33:22, 50:6, 50:17
  **Official** [1] - 2:10
  **officials** [3] - 5:10, 5:14,
16:23
  **often** [1] - 68:6
  **oil** [1] - 22:16
  **old** [2] - 44:22, 64:21
  **oldest** [1] - 31:20
  **once** [6] - 6:4, 35:19, 58:16,
69:23
  **one** [53] - 4:21, 6:1, 7:8,
7:18, 8:4, 11:8, 11:24, 12:3,
13:7, 14:1, 20:17, 20:19,
21:14, 21:19, 22:19, 22:22,
22:23, 23:5, 23:6, 23:17,
23:20, 24:13, 24:16, 24:24,
26:11, 27:12, 28:1, 29:1,
31:4, 34:2, 34:15, 35:15,
36:20, 37:14, 38:21, 39:3,
39:6, 40:8, 41:22, 45:20,
48:22, 49:1, 61:7, 63:15,
66:17, 68:19, 71:21, 73:5,
73:16, 80:21, 81:14
  **ones** [1] - 22:21
  **open** [3] - 2:17, 40:8, 64:5
  **operation** [1] - 63:17
  **opinion** [1] - 47:7
  **opportunity** [3] - 52:9,
52:21, 54:20
  **opposing** [1] - 83:23
  **opposition** [1] - 35:6
  **order** [13] - 11:3, 18:6,
25:21, 26:7, 62:7, 72:6, 72:9,
77:7, 80:2, 81:19, 81:22,
81:23
  **ordered** [1] - 74:2
  **organized** [1] - 64:15
  **original** [1] - 46:20
  **originally** [1] - 48:24
  **ought** [1] - 28:19
  **outlined** [4] - 72:4, 75:10,
78:17, 81:17
  **overstated** [2] - 22:19,
83:22
  **owe** [1] - 46:11
  **own** [9] - 25:24, 26:3,
37:17, 37:19, 46:5, 48:14,
67:15, 68:5, 80:5

# P

  **PA** [1] - 2:5
  **Page** [3] - 11:15, 28:10,

35:5
  **paid** [27] - 29:4, 32:16,
32:19, 33:3, 37:3, 37:10,
43:16, 46:25, 54:18, 55:12,
57:1, 57:13, 57:14, 57:17,
58:18, 58:20, 60:24, 60:25,
61:25, 62:8, 62:14, 63:23,
63:24, 80:14, 81:20
  **pain** [1] - 51:11
  **papers** [6] - 6:13, 12:5,
16:22, 36:11, 36:22, 70:6
  **paperwork** [1] - 55:1
  **parcel** [1] - 42:20
  **pardon** [4] - 11:19, 11:22,
33:8, 37:18
  **parents** [1] - 51:23
  **Part** [4] - 21:24, 71:11,
74:19, 81:5
  **part** [14] - 11:14, 29:13,
42:20, 44:24, 51:16, 56:25,
57:2, 60:4, 70:3, 71:23,
71:25, 75:4, 75:5, 81:12
  **part-time** [5] - 71:23, 71:25,
75:4, 75:5, 81:12
  **participant** [1] - 60:18
  **participated** [2] - 25:17,
51:10
  **participation** [1] - 42:21
  **particular** [3] - 41:7, 61:20,
80:3
  **parties** [11] - 2:25, 3:22,
5:8, 6:5, 6:15, 7:7, 70:8,
70:9, 73:22, 76:14, 79:19
  **partner** [2] - 54:15, 54:19,
60:8
  **partners** [2] - 62:5, 62:8
  **party** [2] - 32:25, 38:7
  **passport** [2] - 73:6, 73:7,
73:8
  **past** [1] - 48:4
  **path** [2] - 68:22
  **PAUL** [1] - 1:11
  **pay** [35] - 11:6, 12:13,
16:11, 16:13, 18:5, 25:21,
32:18, 37:9, 38:7, 38:10,
38:16, 39:21, 41:24, 47:9,
53:13, 60:15, 70:18, 72:1,
72:25, 74:2, 74:22, 74:23,
75:6, 76:1, 76:22, 78:13,
79:5, 79:6, 80:2, 80:5, 80:12,
82:10, 82:11
  **payable** [1] - 80:15
  **paying** [6] - 37:9, 46:18,
46:19, 47:1, 47:5, 62:20
  **payment** [4] - 55:15, 57:13,
57:17, 77:8
  **payments** [3] - 46:17,
56:15, 60:14
  **pays** [4] - 46:6, 47:10,
57:13, 77:10

**Paz** [3] - 20:14, 20:18, 21:20
**PDVSA** [1] - 59:8
**peace** [1] - 52:4
**penalties** [1] - 70:2
**pending** [1] - 50:14
**people** [28] - 4:2, 4:9, 5:1, 5:16, 5:17, 5:25, 6:17, 17:17, 28:20, 28:23, 29:1, 30:24, 31:22, 34:20, 35:19, 37:13, 43:22, 58:15, 59:6, 63:20, 64:17, 64:23, 65:6, 65:9, 65:12, 65:17, 66:23, 83:19
**per** [1] - 47:11
**percent** [1] - 56:16
**perform** [7] - 71:18, 71:20, 71:22, 71:24, 75:1, 75:2, 81:9
**performed** [1] - 81:13
**period** [2] - 9:15, 60:13
**perjury** [1] - 31:8
**permissible** [4] - 71:9, 74:17, 78:5, 81:7
**perplexed** [1] - 46:5
**person** [19] - 5:24, 13:20, 28:16, 29:9, 36:23, 45:14, 48:13, 50:25, 58:14, 60:10, 65:20, 65:21, 68:23, 70:25, 77:9, 77:20, 80:22
**personal** [3] - 14:2, 14:9, 19:22
**personally** [3] - 28:25, 50:24, 62:13
**perspective** [1] - 64:22
**persuasive** [1] - 65:16
**petition** [1] - 78:10
**Petroecuador** [2] - 20:14, 22:16
**petroecuador** [1] - 21:22
**ph** [3] - 17:8, 20:2, 67:22
**ph.)** [2] - 20:5, 33:14
**PH2** [1] - 2:2
**Philip** [6] - 3:14, 40:22, 42:7, 44:10, 63:20, 80:10
**PHILIP** [3] - 1:7, 2:5, 82:14
**philosophizing** [1] - 64:24
**philosophy** [1] - 25:1
**phone** [3] - 63:25, 71:16, 74:24
**phrase** [2] - 65:3, 65:4
**physically** [1] - 54:24
**pick** [7] - 13:9, 27:25, 35:10, 36:23, 64:4, 64:13
**picked** [7] - 22:9, 22:10, 22:13, 35:3, 35:4, 49:7
**picks** [1] - 36:24
**pictures** [1] - 63:19
**piece** [1] - 58:21
**pitch** [1] - 59:24
**place** [2] - 36:5, 43:9

**placed** [7] - 70:23, 74:7, 76:9, 77:3, 77:18, 80:20, 82:18
**placement** [1] - 82:16
**places** [1] - 73:15
**plaintiff** [1] - 1:4
**PLAINTIFF** [1] - 1:14
**plane** [4] - 64:4, 64:6, 64:12, 64:17
**planes** [1] - 64:16
**plastic** [1] - 53:6
**plea** [2] - 27:5, 27:21
**plead** [2] - 5:6, 60:23
**pleading** [2] - 6:7, 21:9
**pleas** [1] - 5:11
**pled** [4] - 5:5, 27:6, 27:21, 56:16
**plus** [3] - 5:22, 37:9, 77:11
**pockets** [2] - 25:24, 26:3
**point** [27] - 8:10, 17:2, 17:6, 22:9, 30:21, 34:16, 34:21, 35:8, 36:13, 38:8, 40:24, 41:23, 48:1, 49:11, 54:17, 55:7, 55:8, 55:11, 56:13, 57:5, 58:16, 59:13, 61:23, 63:12, 63:14, 63:15, 69:9
**pointing** [1] - 59:22
**police** [1] - 29:7
**policy** [1] - 14:20
**poor** [5] - 4:24, 5:3, 39:5, 50:7, 67:19
**position** [4] - 3:25, 50:6, 50:12, 51:14
**positive** [1] - 68:17
**possess** [1] - 74:14
**possessing** [4] - 71:5, 74:13, 77:25, 81:1
**possible** [2] - 49:9, 82:20
**possibly** [1] - 17:11
**potential** [2] - 49:20, 64:10
**potentially** [2] - 49:10, 49:19
**Practices** [1] - 27:16
**prayer** [1] - 68:11
**preliminary** [1] - 3:20
**prep** [1] - 83:6
**prepare** [1] - 55:5
**prepared** [3] - 15:25, 69:13, 83:16
**present** [2] - 2:13, 3:14
**presentations** [1] - 36:1
**presented** [1] - 67:22
**Presentence** [10] - 6:24, 70:10, 71:11, 73:22, 74:19, 76:15, 77:12, 78:8, 79:19, 81:6
**presenting** [1] - 56:9
**president** [2] - 49:17, 49:18
**press** [1] - 36:24

**pressure** [1] - 20:10
**pressuring** [2] - 57:22, 58:17
**pretty** [7] - 6:15, 10:22, 15:20, 16:25, 58:4, 59:18, 79:21
**previous** [1] - 51:15
**price** [4] - 32:6, 32:24, 33:3, 33:18
**priest** [1] - 66:14
**principal** [2] - 69:17, 69:18
**principle** [2] - 7:11, 79:23
**principles** [1] - 13:20
**prison** [5] - 9:18, 65:20, 72:3, 75:8, 81:15
**Prisons** [6] - 70:22, 70:25, 74:4, 74:8, 77:1, 80:11
**pro** [2] - 75:4, 81:11
**Probation** [1] - 2:14
**probation** [23] - 4:3, 9:7, 9:13, 9:14, 9:18, 9:20, 10:6, 10:8, 10:24, 16:10, 21:24, 22:8, 25:13, 29:12, 36:7, 61:3, 61:9, 70:25, 71:17, 74:9, 74:24, 77:20, 80:22
**PROBATION** [5] - 4:4, 4:5, 4:6, 8:3, 8:5
**probations** [1] - 19:14
**problem** [2] - 23:19, 26:13
**problems** [1] - 37:22
**procedure** [3] - 72:21, 79:1, 82:7
**proceed** [3] - 2:18, 2:23, 4:1
**proceedings** [3] - 2:17, 78:5, 86:4
**proceeds** [2] - 25:23, 60:8
**produces** [1] - 32:15
**proffer** [1] - 16:9
**proffers** [2] - 5:11, 19:14
**profit** [11] - 32:8, 32:22, 33:13, 33:18, 57:14, 57:20, 57:23, 58:1, 58:3, 64:10
**profusely** [2] - 48:12, 51:9
**program** [2] - 30:3, 30:5
**prohibited** [1] - 74:13
**project** [3] - 62:6, 62:8, 62:11
**promise** [1] - 29:12
**pronounced** [4] - 72:18, 75:18, 78:21, 82:4
**proper** [1] - 20:9
**property** [3] - 12:15, 72:5, 72:12
**propose** [2] - 15:6, 46:1
**proposed** [1] - 46:1
**proposing** [1] - 21:15
**prorated** [1] - 71:24
**prosecuted** [5] - 14:14, 14:15, 16:14, 16:16, 16:19

**protected** [1] - 13:13
**proud** [1] - 68:25
**PROULX** [2] - 2:9, 86:9
**proulx@flsd.uscourts. gov** [1] - 2:12
**provide** [6] - 39:25, 44:25, 50:12, 75:22, 76:2, 82:11
**provided** [4] - 4:16, 27:1, 55:2, 70:5
**providing** [2] - 73:1, 79:6
**PSI** [2] - 4:17, 57:4
**psychiatrist** [1] - 67:22
**pulled** [1] - 20:21
**punish** [1] - 40:5
**punished** [5] - 36:20, 37:10, 38:17, 39:23, 50:24
**punishment** [3] - 14:22, 36:5, 50:21
**purchase** [1] - 5:20
**pursuant** [3] - 72:21, 79:1, 82:7
**pushed** [1] - 48:6
**put** [21] - 29:23, 30:1, 32:7, 32:18, 32:19, 32:21, 33:18, 35:15, 36:9, 43:13, 48:2, 48:14, 50:11, 54:23, 61:9, 64:9, 65:7, 65:20, 69:19, 83:12
**puts** [1] - 58:2
**putting** [1] - 54:25

**Q**

**questions** [1] - 67:23
**quickly** [1] - 8:2
**quite** [5] - 4:18, 45:24, 60:3, 61:14, 84:22
**quote** [2] - 32:13

**R**

**rabbi** [5] - 45:1, 66:5, 66:13, 67:3, 67:4
**radar** [1] - 9:19
**raised** [3] - 47:15, 48:10, 68:24
**range** [13] - 22:10, 22:12, 22:13, 22:14, 25:4, 25:8, 25:10, 28:12, 35:8, 35:9, 35:12, 61:9
**rata** [2] - 75:4, 81:12
**reached** [3] - 11:7, 53:14, 55:19
**read** [15] - 16:9, 23:2, 34:5, 36:16, 36:17, 37:16, 39:16, 44:21, 46:1, 52:16, 53:5, 55:6, 63:9, 64:8, 66:22
**reads** [1] - 52:17
**ready** [2] - 2:18, 2:23
**real** [3] - 60:18, 62:3, 65:20
**realize** [1] - 65:2

**realized** [1] - 42:1
**really** [10] - 33:17, 34:2, 37:20, 39:6, 45:25, 55:22, 58:11, 64:23, 65:18, 66:9
**reason** [20] - 10:7, 14:1, 14:10, 15:3, 18:22, 22:11, 29:1, 39:7, 53:10, 53:24, 55:10, 55:13, 59:20, 61:20, 65:5, 65:6, 65:22, 80:3, 80:6
**reasonable** [2] - 5:23, 19:21
**reasons** [1] - 79:22
**rebuild** [1] - 44:24
**received** [11] - 12:23, 24:2, 24:3, 24:15, 27:23, 42:8, 44:11, 44:12, 60:7, 60:22, 70:18
**receiving** [1] - 65:13
**recently** [2] - 20:21, 64:24
**recommend** [1] - 76:9
**recommendation** [11] - 8:15, 8:17, 8:24, 62:16, 73:11, 76:5, 76:7, 79:12, 79:14, 82:18
**recommendations** [9] - 3:22, 4:17, 70:9, 73:22, 76:8, 76:14, 79:9, 79:18, 82:15
**recommending** [3] - 8:18, 23:9, 26:20
**recommends** [1] - 61:3
**record** [2] - 56:14, 60:21
**records** [1] - 26:16
**recruited** [3] - 17:16, 17:18, 44:13
**red** [2] - 53:18, 58:9
**reduce** [1] - 69:17
**reduced** [1] - 22:5
**reduction** [3] - 15:22, 16:2, 48:19
**refer** [2] - 3:17, 5:8
**reference** [1] - 38:22
**referenced** [1] - 26:11
**references** [1] - 4:23
**referring** [1] - 6:2
**reflected** [4] - 42:18, 42:25, 48:3, 77:11
**regain** [1] - 48:13
**regard** [9] - 3:16, 6:12, 7:11, 7:16, 15:24, 40:9, 70:3, 75:11, 79:18
**regarding** [1] - 69:8
**regardless** [1] - 49:25
**regards** [5] - 10:2, 59:13, 62:16, 67:20, 82:22
**regret** [2] - 48:9, 52:7
**regretful** [2] - 51:10, 68:16
**reincorporate** [1] - 52:2
**reinsert** [1] - 52:3
**rejected** [4] - 18:23, 53:22, 54:1, 54:2

**related** [1] - 59:3
**relating** [1] - 40:11
**relationship** [1] - 41:20
**relative** [3] - 33:25, 44:1, 61:8
**relatives** [1] - 4:10
**release** [35] - 35:16, 35:21, 36:9, 70:22, 70:23, 70:24, 71:2, 71:4, 71:14, 71:18, 72:3, 72:13, 74:6, 74:7, 74:8, 74:10, 74:12, 74:21, 75:1, 75:9, 77:2, 77:17, 77:18, 77:19, 77:22, 77:23, 78:13, 78:16, 80:19, 80:20, 80:22, 80:24, 80:25, 81:9, 81:16
**released** [7] - 49:7, 57:14, 62:7, 71:1, 74:10, 77:21, 80:23
**relevant** [1] - 63:17
**relinquish** [1] - 62:11
**relinquishing** [1] - 62:12
**remember** [1] - 23:7
**remorse** [4] - 38:23, 48:9, 68:13, 69:2
**removal** [1] - 78:5
**removed** [3] - 49:10, 78:11, 78:12
**render** [1] - 49:6
**repair** [1] - 68:7
**repent** [2] - 39:21, 48:12
**repentance** [1] - 68:22
**repentful** [1] - 52:6
**report** [5] - 10:7, 70:25, 74:9, 77:20, 80:22
**Report** [10] - 6:25, 70:10, 71:12, 73:23, 74:20, 76:16, 77:12, 78:8, 79:20, 81:6
**REPORTED** [1] - 2:9
**representation** [1] - 43:24
**representative** [1] - 77:15
**represented** [1] - 6:24
**reputation** [2] - 37:14, 51:13
**request** [1] - 73:11
**requested** [1] - 57:18
**requesting** [2] - 19:7, 83:3
**requests** [1] - 7:7
**requirement** [2] - 71:9, 78:6
**requires** [1] - 16:1
**rescue** [1] - 63:17
**resolve** [1] - 49:9
**respect** [1] - 6:9
**respectfully** [1] - 52:23
**respectively** [1] - 24:4
**respects** [1] - 65:11
**responded** [1] - 55:22
**response** [3] - 20:6, 23:2, 23:8
**responsibility** [7] - 6:16,

45:21, 51:8, 67:25, 68:13, 68:15, 69:1
**rest** [1] - 64:4
**restitution** [6] - 10:16, 10:19, 71:10, 74:18, 78:6, 81:7
**result** [1] - 18:16
**results** [1] - 21:11
**retirement** [2] - 11:9, 11:11
**retribution** [1] - 14:22
**retrospect** [1] - 50:7
**return** [4] - 49:14, 58:4, 58:7, 68:22
**reviewed** [4] - 4:19, 70:9, 73:22, 79:19
**Reyes** [1] - 25:9
**rhyme** [1] - 80:3
**rights** [4] - 73:2, 76:3, 79:7, 82:13
**risked** [1] - 63:24
**road** [1] - 21:16
**robbery** [1] - 30:25
**robbing** [1] - 31:1
**Rodrigo** [2] - 3:12, 76:25
**RODRIGO** [4] - 1:6, 2:1, 51:5, 79:8
**Rodriguez** [18] - 7:8, 7:11, 13:19, 13:24, 13:25, 15:11, 15:25, 19:4, 24:3, 24:15, 40:11, 40:15, 48:19, 69:16, 69:18, 79:23
**role** [8] - 17:13, 40:9, 41:1, 41:2, 42:12, 42:16, 50:4, 68:1
**Rolex** [3] - 46:5, 46:9, 47:4
**Roman** [2] - 20:18, 21:20
**Room** [1] - 80:18
**room** [1] - 49:2
**Ross** [1] - 1:23
**Rothschild** [1] - 1:19
**round** [1] - 12:20
**RPR** [2] - 2:9, 86:9
**Rubin** [1] - 3:3
**RUBIN** [1] - 1:15
**ruined** [4] - 14:25, 37:14, 50:8
**Rule** [5] - 21:24, 22:5, 22:8, 22:10, 22:16
**rules** [4] - 72:21, 75:22, 79:1, 82:7
**run** [1] - 47:6

# S

**sacrifice** [1] - 32:3
**safe** [5] - 12:12, 12:14, 13:7, 13:8, 37:1
**sale** [2] - 12:4, 12:14, 13:11
**Sam** [1] - 37:10
**sample** [2] - 71:7, 81:4

**SAMUEL** [2] - 1:6, 1:23
**satisfied** [2] - 43:16, 50:23
**saw** [3] - 13:4, 47:18, 53:19
**scheduled** [2] - 82:25, 83:14
**scheduling** [1] - 64:3
**scheme** [1] - 5:9
**schemes** [1] - 25:17
**Schwarts** [1] - 2:5
**Schwartz** [2] - 3:13, 61:13
**SCHWARTZ** [43] - 2:4, 3:13, 7:5, 8:13, 9:11, 9:14, 52:11, 52:13, 52:15, 53:20, 53:23, 54:2, 54:5, 54:7, 55:8, 56:7, 56:13, 56:19, 56:25, 57:8, 57:11, 58:2, 58:10, 59:12, 60:21, 61:14, 61:18, 61:23, 63:3, 63:6, 63:10, 65:25, 66:5, 66:15, 66:21, 67:2, 79:11, 82:3, 82:5, 82:16, 82:21, 83:9, 84:17
**Schwartz's** [1] - 14:13
**screen** [1] - 9:19
**search** [4] - 71:10, 74:17, 78:5, 81:7
**seat** [1] - 2:21
**second** [6] - 19:10, 20:19, 39:14, 84:7, 84:11, 84:13
**secondly** [2] - 10:13, 32:6
**section** [2] - 35:2, 80:17
**Section** [7] - 6:20, 69:20, 70:15, 73:25, 76:19, 76:20, 79:25
**secure** [1] - 42:2
**securities** [1] - 11:18
**see** [18] - 6:22, 7:6, 9:3, 10:25, 15:20, 21:14, 27:22, 37:19, 44:16, 47:4, 48:22, 52:24, 53:17, 58:12, 58:13, 59:7, 59:8, 83:23
**seeing** [1] - 6:16
**seeking** [3] - 27:4, 62:20, 62:22
**seem** [2] - 5:8, 29:18
**selected** [1] - 21:18
**selfish** [1] - 65:8
**selfishness** [3] - 48:14, 65:4, 65:12
**selfless** [2] - 64:18, 64:21
**sell** [1] - 37:11
**selling** [1] - 11:8
**sells** [2] - 37:12
**send** [4] - 14:21, 15:1, 58:8, 64:3
**sending** [1] - 32:5
**sends** [1] - 80:7
**sense** [5] - 6:7, 17:1, 31:7, 42:4, 64:9
**sent** [5] - 32:17, 35:20, 38:22, 53:12, 55:4

**sentence** [32] - 9:8, 9:12, 9:18, 18:17, 20:16, 25:3, 25:8, 25:11, 43:25, 45:7, 49:21, 63:15, 69:17, 70:14, 72:2, 72:15, 72:17, 72:22, 75:8, 75:16, 75:18, 75:22, 76:19, 77:4, 77:16, 78:15, 78:19, 78:21, 79:2, 81:15, 81:25, 82:2

**sentenced** [2] - 30:25, 66:17

**sentences** [12] - 3:24, 6:21, 7:17, 8:19, 23:12, 24:2, 25:6, 25:13, 25:14, 30:10, 59:3, 84:22

**sentencing** [10] - 2:21, 14:4, 14:11, 17:2, 22:6, 49:1, 59:20, 66:7, 67:12, 84:21

**SENTENCING** [1] - 1:10

**sentencings** [1] - 15:3

**separated** [1] - 67:13

**SERGIO** [4] - 1:6, 2:1, 51:5, 79:8

**Sergio** [2] - 3:11, 76:25

**serious** [4] - 20:8, 20:9, 32:5, 77:14

**seriousness** [1] - 69:9

**Serveyos** [4] - 20:2, 20:5, 20:7, 20:11

**service** [11] - 28:16, 33:4, 38:20, 45:1, 45:15, 71:19, 71:20, 71:23, 75:1, 81:9, 81:10

**services** [1] - 68:11

**serving** [1] - 68:21

**set** [15] - 10:10, 11:5, 33:2, 35:7, 70:11, 70:12, 73:23, 73:24, 76:15, 76:16, 76:18, 77:13, 79:24, 81:5, 82:4

**setbacks** [1] - 70:2

**settle** [1] - 38:11

**seven** [2] - 34:10, 62:13

**severely** [1] - 36:20

**shall** [42] - 70:21, 70:23, 70:25, 71:2, 71:7, 71:8, 71:14, 71:15, 71:18, 71:19, 71:22, 71:24, 74:7, 74:9, 74:10, 74:14, 74:16, 74:21, 74:24, 75:1, 75:2, 75:5, 77:2, 77:18, 77:20, 77:22, 78:1, 78:3, 78:13, 80:12, 80:14, 80:15, 80:16, 80:19, 80:22, 80:24, 81:3, 81:4, 81:8, 81:9

**shame** [2] - 40:3, 45:2

**shared** [1] - 60:7

**shares** [2] - 62:11, 62:12

**sheet** [1] - 73:6

**shipped** [1] - 43:16

**Shiva** [1] - 68:22

**short** [2] - 39:14, 58:7

**short-term** [1] - 58:7

**shorter** [1] - 83:18

**show** [2] - 17:6, 55:3

**showed** [1] - 23:12

**shown** [2] - 14:13, 20:7

**shows** [1] - 65:16

**sic** [1] - 40:22

**side** [1] - 11:11

**sides** [4] - 4:11, 28:11, 76:15, 84:20

**sign** [1] - 34:3

**significant** [4] - 9:15, 23:12, 24:2, 25:14

**similar** [2] - 26:13, 26:14

**similarly** [1] - 25:9

**Simon** [1] - 3:1

**SIMON** [50] - 1:14, 2:24, 3:1, 8:11, 8:18, 8:21, 8:25, 10:20, 12:8, 12:22, 23:11, 23:17, 23:21, 23:25, 24:7, 24:10, 24:12, 24:14, 24:19, 24:23, 25:2, 25:5, 26:5, 26:9, 26:17, 26:24, 27:11, 27:14, 27:17, 27:20, 34:14, 44:9, 60:5, 61:1, 61:7, 69:7, 69:12, 72:10, 75:13, 75:15, 81:20, 81:24, 82:24, 83:13, 83:16, 83:21, 83:25, 84:6, 84:10, 84:16

**simple** [1] - 39:19

**simply** [1] - 40:3

**single** [2] - 27:22, 48:4

**sit** [1] - 66:18

**sits** [2] - 40:20, 55:13

**sitting** [4] - 3:7, 3:9, 36:25, 60:2

**situation** [7] - 12:7, 24:4, 40:12, 50:15, 68:5, 68:19, 69:3

**situations** [1] - 66:18

**six** [2] - 34:21, 44:22

**six-month-old** [1] - 44:22

**sixty** [1] - 8:24

**slight** [1] - 66:12

**slightly** [1] - 26:9

**Sloman** [1] - 1:23

**small** [1] - 80:7

**Smith** [2] - 20:12, 23:16

**so-called** [1] - 65:3

**society** [1] - 52:3

**sold** [1] - 72:12

**soliciting** [1] - 59:5

**solidified** [1] - 42:3

**someone** [5] - 46:5, 54:3, 56:22, 65:21, 77:7

**somewhat** [4] - 15:24, 23:14, 27:24, 42:18

**somewhere** [3] - 12:1, 41:14, 41:21

**son** [8] - 17:14, 33:11, 39:5,

39:22, 41:23, 45:23, 48:10

**son's** [2] - 40:1, 48:7

**sons** [1] - 47:17

**soon** [3] - 63:2, 79:15, 81:19

**sooner** [1] - 83:18

**sorry** [3] - 17:23, 67:8, 80:13

**soul** [1] - 69:1

**sounds** [4] - 56:9, 58:5, 59:10

**South** [6] - 1:20, 1:23, 76:10, 82:16, 82:17, 82:19

**SOUTHERN** [1] - 1:1

**Southern** [4] - 2:10, 14:16, 24:6, 24:7

**Spanish** [1] - 51:6

**speaking** [1] - 4:2

**special** [15] - 71:8, 71:10, 72:1, 72:4, 74:17, 74:18, 75:6, 75:10, 78:3, 78:7, 78:14, 78:17, 81:4, 81:7, 81:17

**specific** [3] - 14:22, 70:13, 76:8

**specifically** [1] - 48:1

**spectrum** [1] - 27:3

**spend** [2] - 10:5, 26:15

**spending** [1] - 42:11

**spent** [2] - 22:17, 63:8

**split** [3] - 9:8, 9:12, 12:16

**spoken** [1] - 38:20

**squared** [1] - 6:22

**stage** [1] - 21:15

**stand** [1] - 29:10

**standard** [4] - 71:3, 74:11, 77:23, 80:24

**start** [9] - 8:14, 13:23, 13:24, 18:24, 33:17, 55:25, 67:7, 70:5, 70:7

**started** [4] - 4:22, 44:4, 52:19, 54:12, 63:24

**starting** [2] - 8:10, 30:21

**statement** [4] - 16:10, 54:10, 55:9, 77:3

**statements** [5] - 70:8, 73:21, 76:14, 77:6, 79:18

**States** [14] - 2:22, 3:2, 6:8, 6:20, 55:19, 55:24, 63:14, 67:7, 75:6, 76:18, 78:14, 79:24, 80:16

**STATES** [4] - 1:1, 1:4, 1:12, 1:15

**statute** [1] - 14:14

**statutory** [6] - 8:21, 24:17, 70:12, 73:24, 76:18, 79:24

**stayed** [1] - 33:24

**Ste** [1] - 1:20

**stealing** [2] - 31:1, 31:11

**Stenographer** [1] - 2:10

**step** [1] - 55:16

**stepped** [2] - 6:5, 6:15

**still** [3] - 46:11, 57:15, 63:24

**stones** [1] - 20:11

**stop** [3] - 10:13, 31:23, 57:25

**story** [4] - 3:25, 5:2, 60:4

**Street** [1] - 1:16

**strong** [2] - 4:21, 68:3

**stuck** [3] - 26:12, 54:3, 63:21

**student** [6] - 46:7, 46:12, 46:14, 47:1, 47:6, 47:10

**stuff** [2] - 34:5, 42:8

**stumphauzer** [1] - 1:23

**submissions** [3] - 27:1, 52:16, 63:9

**submit** [2] - 81:18, 81:23

**submitted** [7] - 6:13, 39:7, 52:17, 58:13, 63:16, 66:7

**submitting** [1] - 72:11

**subsection** [2] - 7:14, 7:15

**substance** [4] - 71:6, 74:14, 78:1, 81:3

**substantial** [2] - 5:15, 21:2

**substantially** [1] - 70:1

**subtly** [3] - 45:21, 45:22

**Suca** [2] - 33:14, 33:15

**successful** [2] - 53:6, 78:9

**suffer** [1] - 32:4

**suffered** [4] - 49:22, 50:22, 66:24, 70:1

**suffering** [1] - 67:18

**sufficient** [3] - 71:16, 74:24

**sugar** [1] - 33:15

**Suite** [1] - 2:5

**summary** [1] - 72:5

**summations** [1] - 53:5

**sums** [1] - 65:3

**supervised** [25] - 35:16, 35:21, 36:9, 70:23, 71:2, 71:4, 71:14, 71:18, 72:3, 74:7, 74:10, 74:11, 74:21, 75:1, 75:9, 77:18, 77:22, 77:23, 78:13, 78:16, 80:20, 80:23, 80:25, 81:9, 81:16

**support** [5] - 4:21, 39:25, 46:6, 65:17, 68:12

**supports** [1] - 44:23

**supposed** [2] - 36:22, 36:23

**surgeries** [1] - 20:11

**surprised** [1] - 84:22

**surrender** [7] - 69:9, 73:4, 82:22, 83:3, 83:5, 84:3, 84:13

**surrendered** [1] - 73:7

**system** [3] - 31:8, 31:9

## T

**tale** [2] - 50:19
**talks** [1] - 39:1
**taught** [1] - 68:3
**taxes** [3] - 37:3, 37:8
**teargas** [7] - 32:15, 33:18, 43:17, 45:8, 53:13, 64:4, 64:13
**temple** [1] - 44:25
**ten** [2] - 7:19, 24:2
**tend** [1] - 23:3
**tends** [3] - 35:10, 35:11
**term** [9] - 33:15, 58:7, 70:22, 70:24, 74:5, 74:7, 77:1, 77:18, 80:20
**terms** [8] - 50:16, 50:24, 61:19, 72:3, 75:9, 78:17, 80:11, 81:16
**terrible** [5] - 20:9, 40:2, 50:7, 50:15
**terribly** [1] - 51:9
**terrified** [1] - 67:15
**testified** [2] - 21:23, 22:8
**Texas** [2] - 14:16, 30:6
**text** [1] - 63:19
**thanked** [1] - 63:20
**THE** [223] - 1:1, 1:11, 1:14, 1:19, 1:22, 2:1, 2:4, 2:18, 2:20, 2:25, 3:5, 3:16, 4:8, 7:6, 8:4, 8:6, 8:14, 8:20, 8:23, 9:3, 9:6, 9:9, 9:13, 9:16, 10:16, 10:21, 10:24, 11:14, 11:18, 11:20, 11:23, 12:2, 12:6, 12:16, 12:20, 12:23, 13:1, 13:5, 13:17, 14:6, 15:6, 15:13, 15:16, 15:19, 16:4, 16:19, 16:25, 17:11, 17:19, 17:23, 18:4, 18:8, 18:11, 18:14, 18:16, 18:19, 18:21, 18:25, 19:3, 19:15, 19:19, 20:4, 20:17, 20:19, 20:23, 21:1, 21:4, 21:13, 22:1, 22:3, 22:5, 22:20, 22:25, 23:14, 23:19, 23:24, 24:6, 24:9, 24:11, 24:13, 24:17, 24:22, 24:24, 25:3, 26:1, 26:8, 26:10, 26:18, 27:8, 27:12, 27:15, 27:18, 27:24, 28:9, 28:18, 29:17, 29:22, 30:8, 30:14, 30:19, 30:24, 32:10, 32:12, 33:6, 33:10, 33:13, 34:5, 34:7, 34:12, 34:19, 35:2, 36:14, 36:16, 37:16, 37:19, 37:25, 38:2, 39:9, 39:12, 40:7, 40:14, 41:1, 41:9, 41:13, 41:17, 42:12, 42:15, 42:24, 43:4, 43:7, 43:12, 43:15, 43:19, 43:22, 44:7,

44:15, 45:5, 45:9, 45:12, 45:17, 45:20, 46:16, 46:18, 46:20, 46:23, 46:25, 47:3, 47:13, 47:18, 47:22, 48:16, 48:18, 51:3, 52:10, 52:12, 52:14, 53:17, 53:22, 53:24, 54:3, 54:6, 55:6, 56:6, 56:8, 56:21, 57:7, 57:9, 57:25, 58:4, 59:10, 59:15, 60:1, 61:2, 61:12, 61:16, 61:19, 63:2, 63:4, 63:7, 64:20, 66:1, 66:9, 66:16, 66:22, 67:3, 69:6, 69:11, 69:13, 72:15, 72:20, 73:4, 73:12, 73:15, 73:18, 75:14, 75:16, 75:21, 76:5, 76:8, 76:13, 78:24, 79:9, 79:14, 81:22, 81:25, 82:4, 82:6, 82:15, 82:18, 82:22, 83:7, 83:10, 83:15, 83:18, 83:22, 84:1, 84:2, 84:5, 84:7, 84:11, 84:15, 84:18
**theft** [4] - 5:15, 9:19, 18:16, 31:18
**themselves** [2] - 6:8, 50:12
**theory** [1] - 69:18
**therefore** [11] - 19:17, 70:19, 70:20, 72:2, 74:2, 75:8, 76:22, 76:24, 78:15, 80:9, 81:15
**therein** [1] - 70:11
**Thereupon** [1] - 85:4
**they've** [4] - 6:11, 50:11, 52:20, 72:13
**thinking** [5] - 31:5, 45:13, 61:16, 61:19, 80:4
**thinks** [2] - 44:16, 64:9
**Thomas** [1] - 4:4
**thought-out** [1] - 5:4
**thousand** [2] - 28:15, 29:11, 29:12
**three** [23] - 4:2, 7:7, 13:15, 15:8, 16:1, 20:11, 22:12, 36:15, 40:17, 68:11, 70:24, 71:18, 72:3, 74:7, 74:20, 74:25, 75:9, 77:19, 78:16, 80:20, 81:8, 81:16
**throughout** [3] - 29:6, 35:12, 53:8
**throw** [1] - 31:23
**timely** [1] - 7:10
**tired** [2] - 64:24, 65:1
**title** [1] - 72:5
**today** [10] - 2:21, 5:3, 48:14, 49:24, 50:1, 50:11, 52:22, 55:13, 69:21, 70:12
**together** [3] - 24:14, 33:9, 76:17
**tomorrow** [1] - 72:14
**took** [1] - 47:11

**top** [3] - 32:8, 33:19, 33:23
**total** [8] - 5:25, 10:25, 36:11, 63:20, 72:2, 75:8, 78:15, 81:15
**totality** [2] - 40:19, 44:5
**totally** [4] - 35:7, 49:25, 50:10, 68:19
**touch** [1] - 12:18
**tough** [1] - 18:11
**tougher** [1] - 65:19
**tourists** [1] - 63:21
**track** [1] - 23:2
**Trade** [1] - 62:3
**transaction** [5] - 53:19, 56:10, 56:11, 60:11, 77:8
**transcription** [1] - 85:6
**transfer** [1] - 56:15
**transferred** [1] - 32:16
**transferring** [1] - 55:14
**transfers** [1] - 60:14
**transformed** [1] - 51:20
**transforming** [1] - 68:17
**treat** [2] - 17:9, 36:3
**treated** [1] - 19:11
**treating** [1] - 30:10
**tremendous** [1] - 49:22
**tremendously** [3] - 49:23, 50:22, 50:24
**trial** [12] - 21:23, 22:8, 24:5, 24:19, 33:5, 82:24, 83:3, 83:4, 83:5, 83:12, 84:3, 84:5
**tried** [2] - 24:14, 50:4
**true** [11] - 5:10, 15:16, 17:11, 43:6, 58:6, 60:5, 61:1, 65:7, 68:5, 70:15
**truly** [1] - 67:8
**truly's** [1] - 49:14
**trust** [2] - 48:4, 48:13
**try** [3] - 49:9, 50:12, 51:24
**trying** [10] - 6:17, 20:23, 26:12, 44:23, 50:13, 54:20, 57:5, 67:14, 68:20
**turn** [2] - 13:12, 48:16
**turned** [6] - 13:1, 13:3, 13:5, 13:6, 13:10, 37:1
**turning** [1] - 13:10
**twice** [1] - 42:19
**two** [19] - 11:5, 16:23, 22:12, 23:23, 24:1, 25:13, 27:6, 27:7, 27:15, 27:19, 31:19, 34:20, 35:1, 37:5, 44:18, 44:23, 45:17, 47:17, 77:11
**two-plus** [1] - 77:11
**two-year** [1] - 25:13
**type** [3] - 14:18, 25:14, 25:15

## U

**U.S** [7] - 1:15, 2:14, 13:13, 16:13, 49:5, 80:16
**unable** [7] - 72:24, 74:2, 76:1, 76:22, 77:10, 79:5, 82:10
**Uncle** [1] - 37:10
**uncovered** [1] - 6:4
**under** [7] - 10:14, 11:9, 12:18, 13:13, 37:4, 78:17, 81:16
**understood** [1] - 45:16
**unfair** [1] - 30:22
**unfortunately** [2] - 49:4, 66:23
**unique** [1] - 40:17
**United** [14] - 2:22, 3:2, 6:8, 6:20, 55:19, 55:23, 63:14, 67:7, 75:6, 76:18, 78:14, 79:24, 80:16
**UNITED** [4] - 1:1, 1:4, 1:12, 1:15
**unknown** [1] - 67:15
**unlawfully** [1] - 5:16
**unless** [3] - 26:15, 56:21, 77:10
**unpaid** [4] - 71:10, 74:18, 78:6, 81:7
**unreasonable** [1] - 30:22
**unresolved** [1] - 49:25
**up** [29] - 6:15, 6:20, 9:16, 11:4, 11:17, 13:9, 13:12, 21:9, 21:25, 28:1, 32:15, 32:18, 32:19, 32:21, 34:14, 36:23, 36:24, 43:12, 43:13, 49:7, 56:23, 58:2, 58:8, 64:4, 64:13, 65:3, 68:1, 68:2, 68:7
**upfront** [1] - 57:18
**upper** [1] - 35:11
**upwards** [1] - 10:12
**US** [1] - 2:14
**uses** [1] - 35:6

## V

**vacation** [2] - 55:21, 55:24
**vaccinated** [1] - 14:8
**value** [3] - 11:8, 34:16, 62:12
**values** [2] - 68:6, 69:4
**variance** [1] - 22:6
**Venezuela** [1] - 22:17
**Vernon** [3] - 11:20, 11:23, 11:24
**version** [1] - 60:3
**versus** [2] - 2:22, 33:1
**victimless** [1] - 31:16
**view** [11] - 5:13, 12:6, 27:9, 27:17, 31:18, 34:8, 34:19,

60:18, 61:8, 65:13, 68:18
**views** [1] - 6:1
**violation** [1] - 77:14
**voluntarily** [1] - 55:20
**vs** [1] - 1:5

## W

**wait** [9] - 22:1, 22:3, 30:24, 33:13, 39:11, 56:9, 57:20
**waiting** [1] - 63:15
**wants** [3] - 15:1, 45:2, 77:9
**Washington** [2] - 15:1, 30:4
**watch** [4] - 46:5, 46:9, 47:4, 47:16
**watched** [1] - 48:5
**ways** [2] - 68:17, 70:1
**wealth** [1] - 80:4
**weapon** [4] - 71:6, 74:13, 78:1, 81:2
**weapons** [2] - 5:20, 37:12
**wear** [1] - 74:22
**week** [1] - 84:23
**weeks'** [1] - 60:12
**weight** [2] - 29:24, 29:25
**wherewithal** [1] - 56:22
**whole** [3] - 10:14, 38:17, 62:8
**wife** [14] - 11:25, 39:5, 39:6, 39:8, 39:25, 40:1, 44:22, 50:10, 51:21, 67:13, 67:16, 73:14, 73:17, 79:11
**win** [2] - 25:21, 26:7
**winded** [1] - 57:6
**wire** [1] - 60:14
**witnesses** [1] - 83:4
**wonder** [1] - 68:6
**word** [8] - 6:6, 17:18, 19:13, 21:25, 33:14, 65:8, 68:12, 69:25
**words** [2] - 27:9, 55:18
**World** [1] - 62:3
**world** [2] - 40:24, 41:7
**worried** [2] - 57:23, 57:24
**worry** [3] - 49:22, 58:18, 67:17
**worse** [1] - 31:10
**worst** [2] - 51:15, 66:18
**worth** [5] - 10:25, 31:11, 37:20, 46:5, 51:14
**written** [1] - 6:13
**wrongdoing** [1] - 67:25
**wrongdoings** [1] - 39:22
**wrote** [1] - 39:18

## Y

**year** [14] - 5:7, 25:13, 48:4, 51:17, 71:20, 71:21, 71:23, 75:3, 75:4, 82:25

**year's** [1] - 81:14
**year-to** [1] - 71:20
**year-to-year** [1] - 75:3
**yearly** [1] - 81:13
**years** [26] - 7:19, 14:15, 24:2, 24:15, 24:17, 26:16, 30:4, 41:22, 42:1, 46:8, 46:13, 46:25, 70:24, 71:18, 72:3, 74:8, 74:20, 74:25, 75:9, 77:19, 78:16, 80:20, 81:8, 81:16
**York** [2] - 14:17, 30:7
**young** [1] - 47:17
**younger** [1] - 64:22